# EXHIBIT A

(Pretrial Services Report of Senior United States Pretrial Services Officer Bryan Coomer)

(filed under seal pursuant to 18 U.S.C. § 3153(c)(1))