# EXHIBIT C

(Report of retired Senior
United States Probation Officer
Colleen Rahill-Beuler)

(filed under seal pursuant to
18 U.S.C. § 3153(c)(1))