AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>TIMOTHY ENIX a/k/a Blaze<br><br>*Defendant* | )<br>)<br>) Case No. 1:15-CR-00142 EAW<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Timothy Enix_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ __500,000.00_____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    11313 Davison Lane, Tavares, FL; 4530 Marsh Harbor Drive, Tavares, FL; 116 Sunnyside Drive, Leesburg, FL; and 917 Southland Drive, Tavares, FL

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

---

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 8/3/16                    _Timothy N. Enix_
                                Defendant's signature

David A. Enix                   _[signature]_ 8.3.16
Surety/property owner – printed name    Surety/property owner – signature and date

Matthew R. Enix                 _[signature]_ 7-29-16
Surety/property owner – printed name    Surety/property owner – signature and date

Ralph E. Enix                   _[signature]_ 7-29-16
Surety/property owner – printed name    Surety/property owner – signature and date

CLERK OF COURT

Date: 7-29-16                   _D. DeNicola, Deputy Clerk MDFL_ as to sureties
                                Signature of Clerk or Deputy Clerk

Approved.
Date: 8-3-16                    _[signature]_
                                Judge's signature





**97 74514**

This Instrument Prepared by: Ruthe G. Silber,
An Officer of Associated Land Title Group, Inc.,
202 W. Main Street, Tavares, FL 32778,
For Purposes of Title Ins.
File # 440-61963
Parcel ID # 2519250200-000-00101

O.R. BOOK 1558 PAGE 0297

REC 9.00 RECEIVED FOR
TF 1.50 EXCISE TAXES
MORT DOC
DEED DOC 1,119.30
INT
JAMES C. WATKINS, CLERK LAKE CO. FL
BY _____ D.C.

# Warranty Deed

*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*

Made October 23, 1997, BETWEEN

Alberta H. Jay individually and as Trustee of the Jay Trust dated 9/12/96.
whose post office address is 7804 Astral Ave. Las Vegas, Nv. 89129 of the County of
, State of Nevada, grantor, and

David A. Enix, a single man and Marie Nogueras, a single woman, as joint tenants with full right of survivorship.and NOT as tenants in common.
whose post office address is 11313 Davison Lane, Tavares, Florida 32778 of the County of Lake, State of Florida, grantee,

WITNESSETH: That the said grantor, for and in consideration of the sum of Ten ($10.00) Dollars, and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs, successors and assigns forever, the following described land, situate, lying and being in LAKE County, Florida to-wit:
Lot 1, less the East 10 feet thereof, in Davison Manor, a subdivision located in Lake County, Florida, according to the plat thereof as recorded in Plat Book 15, page 24, Public Records of Lake County, Florida.

Subject to easements and restrictions of record, if any, which are specifically not extended or reimposed hereby. Subject to 1997 taxes and assessments.
GRANTOR HEREIN AFFIRMS THAT SHE AND WING C. JAY WERE CONTINUOUSLY MARRIED EACH OTHER FROM AT LEAST 7/8/94 UNTIL HIS DEATH 4/28/96.

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

*Page 1 of 2*

BOOK 1558 PAGE 0298

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of:

_[signature]_           _[signature]_
GINA SELF           Alberta H. Jay, induvidually and as Trustee of the Jay Trust, dated 9/12/96.
PLEASE PRINT OR TYPE NAME AS IT APPEARS

_[signature]_
Leanne Eslinger
PLEASE PRINT OR TYPE NAME AS IT APPEARS

STATE OF ~~Florida~~ NEVADA      COUNTY OF ~~LAKE~~ CLARK

I HEREBY CERTIFY, that on October ~~23~~ 22, 1997, before me personally appeared Alberta H. Jay individually and as Trustee of the Jay Trust dated 9/12/96. who is personally known to me or has produced the identification identified below, who is the person described in and who executed the foregoing instrument, and who after being duly sworn says that the execution hereof is free act and deed for the uses and purposes herein mentioned.

SWORN TO AND SUBSCRIBED before me the undersigned Notary Public by my hand and official seal, the day and year last aforesaid.

( ) To me personally known  (X) Identified by Driver's License  ( ) Identified by _____

My Commission Expires: Oct 9 1999
Commission No.: 86-1892-1

_[signature]_
Notary Public
B Jill Manos
PLEASE PRINT OR TYPE NAME AS IT APPEARS

[Notary Seal: B. JILL MANOS, Notary Public - State of Nevada, Appointment Recorded in Clark County, My Appointment Expires OCTOBER 9, 1999, No. 86-1892-1]

Form LASWDI 8/30/94       Page 2 of 2

```
CFN    2001061222
BOOK 01967 PAGE 1632
DATE: 06/28/2001   03:54:52 PM
JAMES C. WATKINS, CLERK OF COURT
LAKE COUNTY
RECORDING FEES 5.00
TRUST FUND 1.00
DEED DOC 0.70
```

Prepared by and return to:
Keersten L. Heskin
Attorney at Law
Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, P. A.
20 N. Orange Avenue, Ste. 1500, Post Office Box 712
Orlando, Florida 32802
File Number: 250-128
Recording $6.00
Doc. Stamps $.70

_____[Space Above This Line For Recording Data]_____

# Quit Claim Deed

This Quit Claim Deed made this ___ day of June, 2001, between **MARIE E. ENIX**, an unmarried person whose post office address is **11313 Davison Lane, Tavares, Lake County, Florida 32778**, grantor, and **DAVID A. ENIX**, an unmarried person whose post office address is **11313 Davison Lane, Tavares, Lake County, Florida 32778**, grantee:
(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in **Lake County, Florida** to-wit:

> **Davison Manor Lot 1, less E. 10 Ft., as recorded in O.R. Book 1558, Page 0297, public records of Lake County, Florida.**
> **Parcel ID No. 25-19-25-020000000101.**

To Have and to Hold, the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

[Witness sign above] _Marissa Carlton_
Print Name: Marissa Carlton

[Witness sign above] _Colleen Doherty_
Print Name: Colleen Doherty

MARIE E. ENIX, Grantor
Print Name

State of Florida
County of __ORANGE__

The foregoing instrument was acknowledged before me this 28th day of June, 2001 by MARIE E. ENIX, who [ ] is personally known or [X] has produced _FL Driver's license # E520-585-70-635-0_ as identification.

Notary Public
Print Name: Wendy K. Skipper
Commission Expiration: November 2, 2001
#CC 693289

```
CFN  2006188791
Bk 03335 Pa 2158; (1ps)
DATE: 12/28/2006  10:21:46 AM
JAMES C. WATKINS, CLERK OF COURT
LAKE COUNTY
RECORDING FEES 10.00
DEED DOC 0.70
```

This instrument Prepared by & Return to:
Timothy M. Enix
200 Suffield
Erie, MI 48133

Parcel I.D. No. 2519250182-000-19300

    **THIS QUIT-CLAIM DEED**, executed this 28th day of December, 2006, by **RALPH E. ENIX, AN UNMARRIED MAN**, first party, whose address is 4530 MARSH HARBOR DRIVE, TAVARES, FLORIDA 32778, to **TIMOTHY M. ENIX, A MARRIED PERSON**, whose address is 200 SUFFIELD, ERIE, MI 48133, second party:

    (Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and
        assigns of individuals, and the successors and assigns of corporations, wherever the context so admits of requires.)

    **WITNESSETH**, That the said first party, for and in consideration of the sum of $10.00 in hand paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party forever, all the right, title, interest, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of Lake, State of Florida, to wit:

    **LOT 193, GROVES AT BAYTREE, PHASE III, AS RECORDED IN PLAT BOOK 53, PAGES 85 AND 86, PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.**

    **TO HAVE AND TO HOLD** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said first party, either in law or equity, to the only proper use, benefit and behalf of the said second party forever.

    **IN WITNESS WHEREOF**, the said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Witness Signature: *Charlotte P...*
Printed Name: Charlotte Peterson

Witness Signature: *Cathy Jean Pluchel*
Printed Name: CATHY JEAN PLUCHEL

Grantor Signature: *Ralph E. Enix*
Printed Name: RALPH E. ENIX
Address: 4530 MARSH HARBOR DRIVE
TAVARES, FLORIDA 32778

STATE OF FLORIDA
COUNTY OF LAKE

**I HEREBY CERTIFY** that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgements, personally appeared **RALPH E. ENIX**, known to me to be the person(s) described in and who executed the foregoing Quit-Claim Deed, and he acknowledged before me that he executed the same with full power and authority; said person is personally known to me OR provided drivers license as identification.

    **WITNESS** my hand and official seal in the County and State last aforesaid this 28th day of December, 2006.

CHARLOTTE PETERSON
MY COMMISSION # DD 192235
EXPIRES: March 11, 2007
Bonded Thru Budget Notary Services

NOTARY PUBLIC: *Charlotte P...*

INSTRUMENT#: 2011115756  OR BK 4100  PG 52  PAGES: 3  12/2/2011 1:05:45 PM
NEIL KELLY, LAKE COUNTY CLERK OF THE CIRCUIT COURT
REC FEES: $27.00 DEED DOC:$367.50

Prepared By and Return To:
Cassie Fleming
Title America of Central Florida, Inc.
Post Office Box 952981
Lake Mary, FL 32795

File No. L1110013

Property Appraiser's Parcel I.D. (folio) Number(s)
2519240001-000-03202

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made this November 30, 2011 by Robert E. Leverett & Associates, Inc., a Florida Corporation, hereinafter called the grantor and Matthew R. Enix, an unmarried man and Ralph E. Enix, an unmarried man, whose post office address is 116 Sunnyside Drive, Leesburg, FL 34748, hereinafter called the grantee:

> (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representative and assigns of individuals, and the successors and assigns of corporations.)

WITNESSETH: That the grantor, for and in consideration of the sum of $ 52,500.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all the certain land situated in Lake County, Florida, viz:

> Parcel "A": That part of Government Lot 1, Section 25, Township 19 South, Range 24 East, Lake County, Florida, bounded and described as follows: From a point on the East line of said Section 25 that is 1056.0 feet South of the Northeast corner of said Section 25, run thence West 332 feet, more or less, to the center of Sunnyside Drive; thence South 04°44'30" East, 150.0 feet; thence East 23.22 feet to a concrete monument located 20 feet from the centerline of said Sunnyside Drive and the Point of Beginning of this description; run thence South 09°05'38" East, 122.40 feet(Chord bearing and distance); run thence North 70°20'37" 242.27 feet to the Westerly line of a drainage easement granted to the State of Florida and recorded in Official Records Book 183, Page 507, of the Public Records of Lake County, Florida; run thence Northeasterly along said Westerly line of Drainage Easement to a point that is East of the Point of Beginning; run thence West to the Point of Beginning.

> Parcel "B": That part of Government Lot 1, Section 25, Township 19 South, Range 24 East, Lake County, Florida, bounded and described as follows: From a point on the East line of said Section 25, that is 1056 feet South of the Northeast corner of said Section 25, run thence West 332 feet, more or less, to the center of Sunnyside Drive; thence South 04°44'30" 150 feet; thence East 23.22 feet to a concrete monument located 20 feet from the centerline of said Sunnyside Drive; run thence South 09°05'38" East 122.40 feet to a concrete monument located 20 feet from the centerline of Sunnyside Drive and the Point of Beginning of this description; run thence South 29°52'38" East 180.60 feet to the Westerly line of a drainage easement granted to the State of Florida

Special Warranty Deed (Individual)
Rev. (3/99)

## SPECIAL WARRANTY DEED
(Continued)

and recorded in Official Records Book 183, Page 507, of the Public Records of Lake County, Florida; run thence Northeasterly along said Westerly right of way of said drainage easement to a point that is North 70°20'37" East, of the Point of Beginning; run thence South 70°20'37" West to the Point of Beginning.

Subject to encumbrances, easements and restrictions of record December 31, 2011.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said grantor.

Special Warranty Deed (Individual)
Rev (3/99)

INSTRUMENT# 2011115756        OR BOOK 4100/PAGE 54        PAGE 3 OF 3

## SPECIAL WARRANTY DEED
### (Continued)

IN WITNESS WHEREOF, the grantor has signed and sealed these presents the day and year the day and year first above written.

Signed, sealed and delivered in our presence:

_____
(Witness Signature)

Cassandra Fleming
(Print Name of Witness)

_____
(Witness Signature)

Carol D. Millo
(Print Name of Witness)

Robert E. Leverett & Associates, Inc., a Florida Corporation

BY: _____
Robert E. Leverett, II
President

Address:

7512 Dr. Phillips Blvd, Ste 50-902

Orlando, FL 32819

STATE OF Florida

COUNTY OF Seminole

I, Cassandra Fleming, a Notary Public of the County and State first above written, do hereby certify that Robert E. Leverett, President of Robert E. Leverett & Associates, Inc., a Florida Corporation personally appeared before me this day and acknowledged the execution of the foregoing instrument and provided a drivers license as identification.

Witness my hand and official seal, this the 30th day of November, 2011.

_____
Notary Public

My Commission Expires: 07/21/15

(SEAL)



Special Warranty Deed (Individual)
Rev. (3/98)

| WARRANTY DEED INDIVID. TO INDIVID | 87 15853 | O.R. BOOK 914 PAGE 1938 | RAMCO FORM 01 |

REC 5.50
DOC 31.50

**This Warranty Deed** Made the ___19th___ day of ___March___ A.D. 19 87 by

CHARLES W. JENKINS AND RUTH D. JENKINS, HIS WIFE

hereinafter called the grantor, to  87 15853

RALPH E. ENIX AND ANGELENE ENIX, HIS WIFE

whose postoffice address is  22 Southland Dr., Tavares, Fl. 32778
hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth:** That the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in   Lake County, Florida, viz:

Lot 155 in Imperial Mobile Terrace, Addition 4-A, a subdivision in the City of Tavares, Florida, according to the plat thereof recorded in Plat Book 18, page 54, Public Records of Lake County, Florida.

Subject to easements of record.
Subject to restrictions of record to the extent the same are valid or enforceable.
TOGETHER WITH 1974 double wide mobile home ID#G24256PAT40086 A & B located thereon.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 19 86.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

_____    Charles W. Jenkins (L.S.)
_____    Ruth D. Jenkins (L.S.)

STATE OF Tennessee
COUNTY OF Hamilton

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take

This Instrument was prepared by Elizabeth R. Andrews
LAWYERS TITLE INSURANCE CORPORATION
312 W. Main St., Tavares, Fla. 32778

APR 6 3 05 PM '87

SPACE BELOW FOR RECORDERS USE

3 0 7 0 7 4