# CONNORS LLP



**Attorneys At Law**
Terrence M. Connors
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Paul A. Woodard
Nicholas A. Romano
Caitlin M. Higgins
Christina L. Saccocio
Christopher J. Larrabee
Caitlin E. O'Neil

**Paralegals**
Susan B. Fischer, R.N.
Curtis J. Ahrens, Jr.
John P. Kromer
Sara E. Lyons
Christine A. Trojan, R.N.
Katherine M. Rusch
Margaret Dickey, R.N.
Julie Scott, L.P.N.
Stephanie M. Haberl, R.N.

*Also admitted in
District of Columbia

December 6, 2016

VIA EMAIL (roemer@nywd.uscourts.gov) and
REGULAR MAIL

Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re: United States v. Timothy Enix, et al.
Docket No.: 15-CR-142-EAW-MJR

Dear Magistrate Judge Roemer:

Pursuant to Local Rule of Criminal Procedure 12(c), on behalf of defendant Enix we respectfully request permission to file a memorandum of law in support of our omnibus pretrial motion that exceeds the 25-page limit. It is anticipated that our memorandum of law will exceed the limitation by 25 pages. The extension is sought so that we can provide the Court with all information material to the issues raised by our motion.

I have contacted counsel for the government to request consent, and the government does not oppose this request. We would not oppose a similar extension for the government's response.

Respectfully yours,

James W. Grable, Jr.

**SO ORDERED.**

MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

DATED: 12/6/16

klw
cc: (via email)
Assistant United States Attorney Joseph M. Tripi, Esq.
Assistant United States Attorney Brendan T. Cullinane, Esq.