UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
=====================================

THE UNITED STATES OF AMERICA,

    -vs-

TIMOTHY M. ENIX, et al.,

        Defendants.
=====================================

**DECLARATION OF TERRENCE M. CONNORS, ESQ., IN SUPPORT OF PRETRIAL MOTIONS**

Docket No.: 15-CR-142-EAW-MJR

**TERRENCE M. CONNORS, ESQ.**, under the penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. I am an attorney licensed to practice in the State of New York and admitted to the bar of this Court, and a partner in the law firm, **CONNORS LLP**, attorneys for defendant Timothy Enix in this matter; as such, I am fully familiar with the pleadings and proceedings in this matter.

2. I make this declaration in support of our pretrial motions submitted on behalf of Mr. Enix. More specifically, this declaration will provide the Court with information and exhibits pertinent to the requests for various forms of relief set forth in the accompanying notice of motion and memorandum of law.

3. Unless otherwise stated, the factual allegations contained in this declaration are made upon information and belief, based on the pleadings, and upon our independent investigation, discussions with the prosecution, and review of

1

various documents including the discovery materials, relevant statutes, case law, and other authorities.

4.  As explained more fully in extensive motion practice that resulted in Mr. Enix's release from pretrial detention, *see* Docket Items 177, 193, 205, 214, 224, 228, and 242 (all incorporated by reference), Tim Enix is the 58 year-old Chief Operating Officer of a successful Florida accounting firm. He is a father of 5, grandfather of 2, and is married to Malinda Enix, who has significant medical difficulties that Tim helps her manage on a daily basis. In his spare time, Mr. Enix rides a motorcycle and previously belonged to a motorcycle club, the Kingsmen Motorcycle Club ("KMC" or "the club").

5.  As explained more fully in the accompanying memorandum of law, the government is mistaken about Tim Enix. It has concluded, because some of the members of the club to which Enix belonged engaged in illegal conduct, that Tim is guilty by association. The paucity of references to Enix in the Second Superseding Indictment (docket item 33) and absence of any specific allegations of any illegal conduct by Enix himself helps prove the point.

6.  While Enix engaged in lawful club activities while a member of KMC, he did not join any criminal enterprise nor participate in any illegality.

7.  Consequently, for the reasons set forth in the accompanying memorandum of law, Count 1 must be dismissed as asserted against Enix because, as applied to him, the RICO conspiracy statute (18 U.S.C. § 1962(d)) would punish

his lawful exercise of First Amendment conduct and is unconstitutionally overbroad and vague.

8. The other counts asserted against him – Counts 2, 45, and 46 – merely lump him together with every single co-defendant without stating any specifics about what Tim is alleged to have done that is illegal. Consequently, these counts are fatally insufficient and also must be dismissed for the reasons set forth in the accompanying memorandum of law.

9. In the event that this Court disagrees and permits the allegations against Enix to proceed, he is entitled to alternative relief described more fully in the notice of motion and memorandum of law.

10. This relief includes suppression of statements he allegedly made to law enforcement, and to suppression of evidence obtained as a result of illegal searches and seizures of the Enix residence and containers and electronic media taken from within the residence.

11. The searches at issue were conducted pursuant to warrants and applications attached to this declaration as *Exhibit A* (warrant and paperwork related to a May 11, 2016 warrant for search and seizure at the Enix residence); *Exhibit B* (warrant and paperwork for a July 26, 2016 warrant application for additional search and seizure related to the first May warrant); and *Exhibit C* (a series of November 30, 2016 warrants for searches of seized electronic data taken from numerous electronic media seized from the Enix residence). The government furnished the sealed application warrants on the condition that they be kept

confidential, so the publicly-filed versions of these exhibits are redacted. The copies being provided to the Court and the government are un-redacted.

12.  In addition, statements that the government alleges Tim made to various law enforcement witnesses are described within *Exhibit D*. The publicly-filed version of this exhibit also is redacted to maintain confidentiality associated with these FBI 302's, but the copies being provided to the Court and the government are un-redacted.

13.  When Enix allegedly made the statements attributed to him within *Exhibit D*, he was in police custody and subjected to interrogation but was not given *Miranda* warnings. When he was arrested and taken into custody on March 22, 2016, he invoked his right to counsel and his right to remain silent, *see Exhibit D* (March 22, 2016 FBI 302), but he was not given *Miranda* warnings nor afforded his right to counsel or right to remain silent. Consequently, the statements he made to law enforcement must be suppressed for the reasons stated in the accompanying memorandum of law.

14.  In addition, law enforcement conducted a search and seizure of the Enix residence using a warrant obtained by an application that falsely implied that Tim had illegally possessed and used firearms when, in fact, he possesses a Florida permit to carry concealed weapons, including all those that were seized from his residence. The warrant deliberately omitted that Enix had a Florida concealed carry permit, and it omitted that Enix had never used a firearm to harm anyone, threaten anyone, or engage in any criminal conduct whatsoever. *See Exhibit A*.

Consequently, the magistrate who issued the warrant, United States Magistrate Judge Philip R. Lammens, was misled into issuing it. Had the application disclosed the truth – that Enix had a legal permit to carry firearms but did not carry them to engage in KMC violence or any other criminal activity – surely Magistrate Judge Lammens would not have issued the warrant. The truth is that Enix is not violent, he only owns and possesses guns he is legally permitted to own and possess, and he has never used a gun or weapon to engage in any criminal activity.

15. All of the subsequent warrant applications rested to one extent or another on the material omissions and false implications set forth within the first application. As such, those subsequent applications are equally defective.

16. Moreover, the warrants themselves are overbroad and lack sufficient particularity. This is especially true of the warrants that authorize searches of all of the data on every electronic media and storage device from the Enix home.

17. For the reasons stated in the accompanying memorandum of law, at a minimum this Court should order a *Franks* hearing to get to the bottom of these issues associated with the warrant applications and a taint hearing to measure the appropriate remedy for the breach of Tim Enix's Fourth Amendment rights.

18. In addition, this Court should order the other forms of relief requested in the accompanying notice of motion and memorandum of law, to permit Enix to fairly defend himself and exercise his constitutional rights. This includes various forms of disclosure, preservation of evidence, and preclusion of improper evidence that implicates *Bruton*.

19. Finally, Enix joins in the motions filed by his co-defendants and incorporates their submissions by reference, and he reserves his right to request additional relief and to supplement these motions upon the receipt of additional information that might warrant additional relief.

20. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON:   December 7, 2016

*/s/ Terrence M. Connors*
Terrence M. Connors, Esq.
**CONNORS LLP**
*Attorneys for Defendant*
 *TIMOTHY ENIX*
1000 Liberty Building
Buffalo, New York  14202
tmc@connorsllp.com
