# EXHIBIT A

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.    5:16-mj-1034-PRL |
| | ) | |
| property, premises, and curtilage located at | ) | |
| 4530 Marsh Harbor Drive, Tavares, Lake County, Florida | ) | |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____MIDDLE_____ District of _____FLORIDA_____ *(identify the person or describe the property to be searched and give its location)*:

property, premises, and curtilage located at 4530 Marsh Harbor Drive, Tavares, Lake County, Florida, as more fully described in Attachment C.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment D.

**YOU ARE COMMANDED** to execute this warrant on or before __May 25, 2016__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Philip R. Lammens, United States Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     5-11-16 @ 1:30 pm            _____
*Judge's signature*

City and state:     Ocala, Florida            Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |
|---|

| Case No.:<br>5:16-mj-1034-PRL | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*





**Attachment D**

**<u>Items to be Seized</u>**

Firearms, ammunition, holsters, stocks, and firearm cases.

























12



















FD-597 (Rev 8-11-94)

Page _____ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) ___May  12, 2016___

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name): MALINDA ENIY

(Street Address) 4530 Marsh Harbor

(City) Tavares, FL

Description of Item(s): _____

1. KEL-TEC .38 Auto    P3AT
2. INSIDE the pant Holster
3. Smith & Wesson EBE 7086
4. Ankle Holster
5. 5 Rounds .38 ammo (4 hollow point  1 ball round)
6. Inside pant holster
7. 6 rounds 38 hollowpoint
8. Stock

NO FURTHER

Received By: _____ (Signature)

Received From: ____Mindi Eniy____ (Signature)

FD-597 (Rev 8-11-94)

Page ____1____ of ____1____

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) ___May 12, 2016___

item(s) listed below were:
- ☒ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) ___MALINDA ENIX___ ( Consent to Search )

(Street Address) ___4530 Marsh Harbor___

(City) ___Tavares, FL___

Description of Item(s): _____

1. Copy of Federal Forms
2. Photographs.
3. Brown Ledger
4. 2- Black "KINGSMEN MC Notebooks
5. Newspaper Copies
6. Verizon Samsung Phone Fcc ID: A3LZSCH43365
7. LG Phone Fcc ID: ZNFLG440G
8. Black Leather Sap "Black Jack"

Received By: _____ (Signature)

Received From: _____ (Signature)   5-12-16