7204

08:35AM

1                    UNITED STATES DISTRICT COURT

2                    WESTERN DISTRICT OF NEW YORK

3

4

5     - - - - - - - - - - - - - X
      UNITED STATES OF AMERICA     )     15CR142
6                                  )
      vs.
7                                       Buffalo, New York
      DAVID PIRK, ANDRE JENKINS &
8     TIMOTHY ENIX,            )     April 18, 2018
                 Defendants.           8:42 a.m.
9     - - - - - - - - - - - - - X
      **TRIAL - VOLUME 40 - TESTIMONY OF E. GREEN & T. HALEY**
10
                       TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE ELIZABETH A. WOLFORD
                    UNITED STATES DISTRICT JUDGE
12
                    JAMES P. KENNEDY, JR., ESQ.
13                  United States Attorney
                    BY: JOSEPH TRIPI, ESQ.
14                      BRENDAN CULLINANE, Esq.
                    Assistant United States Attorneys
15                  138 Delaware Avenue
                    Buffalo, New York 14202
16
                    MARIANNE SHELVEY, ESQ.
17                  U.S. Department of Justice/Organized Crime
                    Division
18                  1301 New York Avenue, NW, Suite 700
                    Washington, D.C. 20530
19
                    WILLIAM EASTON, ESQ.
20                  Easton, Thompson, Kasperek & Shiffrin, LLP
                    16 W. Main Street, Suite 243
21                  Rochester, NY 14614

22                  CHERYL MEYERS BUTH, ESQ.
                    Meyers Buth Law Group PLLC
23                  21 Princeton Place
                    Orchard Park, NY 14127
24    COURT REPORTER:  Karen J. Clark, Official Court Reporter
                    Karenclark1013@AOL.com
25                  100 State Street
                    Rochester, New York 14614

7205

1                        **CONTINUATION OF APPEARANCES**

2                        TERRENCE M. CONNORS, ESQ.
                         JAMES W. GRABLE, JR.
3                        1000 Liberty Building,
                         Buffalo, New York 14202
4                        Appearing on behalf of the Defendant

5

6                        BARRY NELSON COVERT, ESQ.
                         Lipsitz Green Scime Cambria, LLP
                         42 Delaware Avenue, Suite 300
7                        Buffalo, NY 14202

8                        MICHAEL S. DEAL, ESQ.
                         DeMarie & Scheonborn PC
9                        403 Main Street, Suite 615
                         Buffalo, NY 14203
10

11                          I N D E X

12   WITNESS FOR
     THE GOVERNMENT    DX      CX     RDX      RCX
13
     T. Haley                  7213   7293     7332
14                             Grable Tripi    Easton
                                                7361
15                                             Grable

16   E. Green                         7383     7399
                                      Shelvey  Meyers Buth
17                                             7407
                                               Connors
18

19

20

21

22

23

24

25

7206

1                    USA VS. D. PIRK, A. JENKINS & T. ENIX

2                         P R O C E E D I N G S

3                         *            *            *

4

5

08:44AM   6                    THE COURT:  Who is on deck?

08:44AM   7                    MR. TRIPI:  Green, and we'll discuss a brief

08:44AM   8     stipulation regarding Hartigan and send him home.  And

08:44AM   9     depending on how far we get today, we'll be ready to go with

08:44AM  10     Donnelly and perhaps DePasquale and then Agent Mango and then

08:44AM  11     that certainly would get us through today, I would think.  I

08:44AM  12     don't think we'll get to Mango, though.

08:44AM  13                    THE COURT:  One can always hope.

08:44AM  14                    MR. TRIPI:  We'll see how far we get because I

08:44AM  15     would just fill the rest of the day.

08:44AM  16                    THE COURT:  I need a heads up.

08:44AM  17                    MR. TRIPI:  You won't miss your chance to cross

08:44AM  18     him.

08:44AM  19                    MR. COVERT:  I need to prepare day and night.

08:45AM  20                    THE COURT:  But your third presentation, Agent

08:45AM  21     Mango planned to address the Cellebrite records, which you

08:45AM  22     never did.

08:45AM  23                    MR. TRIPI:  I only briefly touched on them a few

08:45AM  24     more Facebook messages that he has prepared.

08:45AM  25                    THE COURT:  To read into the record?

7207

1                  USA VS. D. PIRK, A. JENKINS & T. ENIX

08:45AM  2              MR. TRIPI:  Not necessarily read them into the

08:45AM  3      record, but put them into evidence.

08:45AM  4              THE COURT:  All right.

08:45AM  5              MR. TRIPI:  And then the searches of Enix's

08:45AM  6      devices.

08:45AM  7              THE COURT:  When do we need to address the guns

08:45AM  8      that were seized from Mr. Pirk and Mr. Enix?

08:45AM  9              MR. TRIPI:  That will be before DePasquale were to

08:45AM 10      testify.

08:45AM 11              THE COURT:  We should do that today, right?

08:46AM 12              MR. TRIPI:  Yes, that would be great.

08:46AM 13              THE COURT:  At some point.  Do you have the

08:46AM 14      photographs and everything?

08:46AM 15              MR. TRIPI:  Yes.  We got them loaded in the

08:46AM 16      computer from the first search of the Enix's house and we can

08:46AM 17      show you what is seized.

08:46AM 18              THE COURT:  Let me ask you, a the request depends

08:46AM 19      on what we get through today.  Let's say we don't get to

08:46AM 20      Donnelly today.  Would your plan be to go with him tomorrow or

08:46AM 21      go with other witnesses tomorrow?

08:46AM 22              MR. TRIPI:  No, if I don't get that far today,

08:46AM 23      tomorrow would be Matthew Allen.  He is from D.C., so he has

08:46AM 24      been working in Rochester for the week to be available.  So he

08:46AM 25      is coming to Buffalo tonight and I'll meet with him tonight

1                USA VS. D. PIRK, A. JENKINS & T. ENIX

08:46AM  2    briefly to call him tomorrow.

08:46AM  3                MR. CONNORS:  Tomorrow is Thursday.

08:46AM  4                MR. TRIPI:  So I think he is an hour on direct and

08:47AM  5    the cross primarily related to Mr. Pirk and Mr. Jenkins, so I

08:47AM  6    don't know what they anticipate the cross for him.

08:47AM  7                MR. CONNORS:  But do you think that would be all

08:47AM  8    of Thursday with Allen?

08:47AM  9                MR. TRIPI:  No.  If we don't get to Donnelly and

08:47AM 10    DePasquale today, Allen and they would fall in line after

08:47AM 11    Allen.  Am I making any sentence?

08:47AM 12                THE COURT:  Yes, no, you are.  So we need to

08:47AM 13    address the gun issue and I think we need to do that with

08:47AM 14    Donnelly or DePasquale.

08:47AM 15                MR. TRIPI:  Two searches in Florida.  The first

08:47AM 16    one was DePasquale.  That was the gun and additional items that

08:47AM 17    were not guns.  And then a few months later, I might have my

08:47AM 18    dates off, he is not my witness.  A few months later, Donnelly

08:47AM 19    goes back and searches and seizes some electronic devices, and

08:47AM 20    those electronic devices ultimately are analyzed by Agent

08:48AM 21    Mango.  So Agent Mango is the brass tacks of it and Donnelly

08:48AM 22    just brought it from A to B, not to minimize his role.

08:48AM 23                THE COURT:  You don't need that evidence in before

08:48AM 24    you have Matt Allen testify?

08:48AM 25                MR. TRIPI:  Those phones, no.  Matt Allen's

1                    USA VS. D. PIRK, A. JENKINS & T. ENIX

08:48AM  2    testimony relates to cell tower records that are already in

08:48AM  3    evidence.

08:48AM  4                    THE COURT:  My point is before DePasquale gets on

08:48AM  5    the stand, we have to address --

08:48AM  6                    MR. TRIPI:  The scope of his permissible --

08:48AM  7                    THE COURT:  -- the scope of his permissible

08:48AM  8    testimony.

08:48AM  9                    MR. TRIPI:  That's fine.

08:48AM 10                    MR. CONNORS:  You had something scheduled tomorrow

08:48AM 11    at the end of the day.

08:48AM 12                    THE COURT:  To go over the exhibits to coordinate

08:48AM 13    to make sure we're all on the same page.

08:48AM 14                    MR. CONNORS:  In terms of what's in evidence.

08:48AM 15                    THE COURT:  And I'm assuming, Ms. Prawel, you can

08:48AM 16    circulate an updated exhibit list.

08:48AM 17                    MS. PRAWEL:  Yes.  I've been in touch with Sandra

08:49AM 18    and Alex from Mr. Covert's office.  We're reconciling as we go,

08:49AM 19    so we should have something to compare to.

08:49AM 20                    THE COURT:  All right.  Anything else from the

08:49AM 21    government that we need to talk about?

08:49AM 22                    MR. TRIPI:  No.  Before redirect of Mr. Haley, we

08:49AM 23    might need a moment, but nothing at this juncture.

08:49AM 24                    THE COURT:  Mr. Easton or Ms. Meyers Buth?

08:49AM 25                    MR. EASTON:  No, your Honor.

1          USA VS. D. PIRK, A. JENKINS & T. ENIX

08:50AM   2          MR. COVERT:  No, we were going to ask for a moment

08:50AM   3  before redirect.

08:50AM   4          MR. CONNORS:  And if we could have a moment before

08:50AM   5  the redirect of Green, also.

08:50AM   6          MR. TRIPI:  We're adding up the moments a lot of

08:50AM   7  moments.

08:50AM   8          THE COURT:  I mean, I'm not -- I looked at the

08:50AM   9  witness list last night and I'm coming to the conclusion that I

08:50AM  10  need to say something to the jury in terms of where I think we

08:50AM  11  are, and I want to go over it with you before I say it.  My

08:50AM  12  thought, No. 1, is the jury is sitting there not having an

08:50AM  13  appreciation of the fact that the defense case is not going to

08:50AM  14  last as long as the government case, and they've got to be

08:50AM  15  sitting thinking we've only heard from one party.  I would like

08:50AM  16  to come up with some information I can give them reiterating

08:50AM  17  the fact that the defense has no burden of proof and the sole

08:51AM  18  burden of proof is on the government.  And the government has

08:51AM  19  made a lot of progress, but, in all likelihood, the government

08:51AM  20  is going to be continuing its case until sometime in May and

08:51AM  21  you really won't know until the completion of the government's

08:51AM  22  proof as to what, if any, defense case will be presented.  And

08:51AM  23  in all likelihood, this is going to take us into June, and I

08:51AM  24  just don't know when into June.  But I can assure you that

08:51AM  25  you're not going to miss any vacations.  You know, if everybody

1          USA VS. D. PIRK, A. JENKINS & T. ENIX

08:51AM 2    thinks that that is unnecessary or is opposed to that, I'm

08:51AM 3    willing to hear you out.  I just -- I guess the sentence I get

08:51AM 4    is that the jury is aware of what is going on.

08:52AM 5              MR. TRIPI:  I think there are six substantial

08:52AM 6    witnesses to go.  If we budget each of those days, there are 12

08:52AM 7    days on the high end.  And then the remaining witnesses, I

08:52AM 8    think we can knock off three or four in a day, so...

08:52AM 9              THE COURT:  But, I mean, you're not telling me

08:52AM 10   that you're considering cutting any witnesses?

08:52AM 11             MR. TRIPI:  Hartigan.

08:52AM 12             THE COURT:  Other than Hartigan.  Because I'm

08:52AM 13   looking.

08:52AM 14             MR. TRIPI:  No.  I cut as many as I think I can.

08:52AM 15             THE COURT:  And I'm looking at your e-mail that

08:52AM 16   you sent back April 7th.  And we haven't completed the first

08:53AM 17   witness.  The first is Emmett Green and then Mr. Mango, and I'm

08:53AM 18   looking at the list of the 22 witnesses and we haven't knocked

08:53AM 19   off any of the people on this list.

08:53AM 20             MR. TRIPI:  We'll get through two big ones today,

08:53AM 21   though.

08:53AM 22             MR. GRABLE:  And Hartigan will take us below 20.

08:53AM 23             THE COURT:  I'm usually a cup half full.  I'm not

08:53AM 24   a pessimistic person, but in terms of jury management, I think

08:53AM 25   in fairness to them, we need to be saying something.

7212

1                   USA VS. D. PIRK, A. JENKINS & T. ENIX

08:53AM 2               MR. TRIPI:  You want to say it by the end of the

08:54AM 3      week?

08:54AM 4               THE COURT:  I'm thinking by the end of the week,

08:54AM 5      by the close of Friday.  If you think you should handle it

08:54AM 6      differently, tell me.  I'm open to suggestions as to how to

08:54AM 7      approach this with the jury.  I really am.  So think about it.

08:54AM 8               MR. CONNORS:  And you said, also, your Honor,

08:54AM 9      we've inquired through Sandra and others about what's going on

08:54AM 10     and it's on their minds.

08:54AM 11              MR. COVERT:  I think the sooner you tell them, the

08:54AM 12     better.  I'd say today.

08:54AM 13              THE COURT:  I'm thinking at the end of the week,

08:54AM 14     we'll have a better assessment as to who we've gotten through,

08:54AM 15     and my thought is I'm going to kind of draft something up as to

08:54AM 16     what I say and run it by you before I say it.  I want to

08:54AM 17     address the fact they shouldn't be sitting here thinking we're

08:54AM 18     going to be sitting here for months, and I want to be careful

08:54AM 19     how I address that with someone.  I'll run it by everyone

08:54AM 20     before I deal with it.  I'm assuming Mr. Haley is here.

08:55AM 21              MR. TRIPI:  I'm assuming he is as well.

08:55AM 22              THE COURT:  Bring him in.

08:55AM 23              Come on in, Mr. Haley.  Thanks, Sandra.  Good

08:55AM 24     morning.

08:55AM 25              THE WITNESS:  Good morning.

1          D. HALEY - CX BY MR. GRABLE

08:56AM   2              (The witness retakes the stand.)

08:56AM   3              THE COURT:  We'll bring the jury in and we'll get

08:56AM   4   started.

08:56AM   5              (Whereupon, the jury is escorted into the

08:56AM   6   courtroom.)

08:57AM   7              THE COURT:  Morning everybody.  Come on in.

08:57AM   8              JUROR NO. 4:  Good morning.

08:57AM   9              THE COURT:  So welcome back, ladies and gentlemen.

08:57AM  10              JUROR:  Good morning.

08:57AM  11              THE COURT:  As you can tell, Mr. Haley is back on

08:57AM  12   the witness stand and Mr. Grable is on the podium, and whenever

08:57AM  13   you're ready, you can continue your cross-examination of Mr.

08:57AM  14   Haley.  I remind you, you are still under oath.

08:57AM  15              THE WITNESS:  Yes, your Honor.

08:57AM  16              MR. GRABLE:  Thank you, your Honor.

08:57AM  17   CONTINUED CROSS-EXAMINATION BY MR. GRABLE:

08:57AM  18     Q.   Mr. Haley, where we left off yesterday, we were talking

08:57AM  19   about the meeting in Tennessee in the latter part of April or

08:58AM  20   early part of May of 2014, correct?

08:58AM  21     A.   Correct.

08:58AM  22     Q.   And you were talking to us about some of the events

08:58AM  23   that occurred at the meeting, correct?

08:58AM  24     A.   Yes.

08:58AM  25     Q.   And I was showing you a document that was in evidence,

7214

1                    D. HALEY - CX BY MR. GRABLE

08:58AM  2    153.1, and it's the top right corner numbered page 292, and on

08:58AM  3    the bottom, page 42 of 103.  We had started to look at this at

08:58AM  4    the close of the day yesterday, correct, Mr. Haley?

08:58AM  5        A.   Yes.

08:58AM  6        Q.   And this was a message that you saw that Tim Enix had

08:58AM  7    posted on the 6th of May at 3:25 in the afternoon, correct?

08:59AM  8        A.   Yes.

08:59AM  9        Q.   And you read that post yourself and then you put a post

08:59AM 10    on Facebook shortly thereafter, correct?

08:59AM 11        A.   Yes.

08:59AM 12        Q.   And that is Government's Exhibit 158.3.  And you recall

08:59AM 13    giving us some testimony about 158.3 during your direct

08:59AM 14    examination, correct?

08:59AM 15        A.   Yes.

08:59AM 16        Q.   This is a message that you posted a little less than an

08:59AM 17    hour after Mr. Enix had posted his message, shorter message,

08:59AM 18    about the Tennessee meeting, correct?

08:59AM 19        A.   Yes.

08:59AM 20        Q.   And this was you commenting on Mr. Enix's post,

08:59AM 21    correct?

08:59AM 22        A.   I'm not sure it was that post that we just read.  It

08:59AM 23    might have been a different post, but I was commenting on a

08:59AM 24    post from Mr. Enix, yes.

08:59AM 25        Q.   And you're commenting on a post about the events that

                         D. HALEY - CX BY MR. GRABLE

09:00AM  2    occurred in Tennessee?

09:00AM  3         A.   Yes.

09:00AM  4         Q.   And you start the message by addressing the fact that

09:00AM  5    you're responding to something Mr. Enix had posted when you say

09:00AM  6    "with all respect to my brother Blaze," right?

09:00AM  7         A.   Yes.

09:00AM  8         Q.   And then you purport to describe in 158.3 events that

09:00AM  9    you were relaying to the Kingsmen Nation about your

09:00AM 10    observations from the trip to Tennessee, at least some of those

09:00AM 11    observations, correct?

09:00AM 12         A.   Yes.

09:00AM 13         Q.   And you were putting these out to the Kingsmen Nation

09:00AM 14    to share with them your view of what transpired in Tennessee

09:00AM 15    and the events that unfolded there, correct?

09:00AM 16         A.   Yes.

09:00AM 17         Q.   And one of the things you said in responding to

09:00AM 18    something Mr. Enix posted was you said that is why when Blaze

09:00AM 19    told them all in the meeting to, I think you put it on your

09:01AM 20    direct testimony, "F off, we're here to stay, they shit

09:01AM 21    themselves."  You wrote that in your message, correct?

09:01AM 22         A.   Yes.

09:01AM 23         Q.   In point of fact, you weren't in the meeting, were you?

09:01AM 24         A.   That's correct.

09:01AM 25         Q.   So you were essentially embellishing what you believed

1                     D. HALEY - CX BY MR. GRABLE

09:01AM  2   happened in the meeting to everyone, though you weren't there?

09:01AM  3       A.   I was repeating what Blaze had told me happened in the

09:01AM  4   meeting.

09:01AM  5       Q.   So it's your testimony that when Blaze posted his

09:01AM  6   description on page 42 of 153.1, you see, of course, he doesn't

09:01AM  7   say anything about all this drama that you describe in 158.3.

09:01AM  8   You see the difference between your message and his, correct?

09:01AM  9       A.   Certainly.

09:01AM 10       Q.   And your message is far more dramatic and contains far

09:01AM 11   more dramatic details, correct?

09:01AM 12       A.   Yes.

09:01AM 13       Q.   Including details about things that -- supposed things

09:02AM 14   that happened in the meeting itself?

09:02AM 15       A.   The one comment, yes.

09:02AM 16       Q.   And we now understand it's a meeting you weren't in

09:02AM 17   attendance at, correct?

09:02AM 18       A.   That's correct.

09:02AM 19       Q.   And the other interesting thing about -- let's look one

09:02AM 20   more moment at 158.3.  You're describing in 158.3 conduct that

09:02AM 21   you claim you engaged in outside that meeting, correct?

09:02AM 22       A.   Correct, when we first arrived.

09:02AM 23       Q.   And you're talking about the fact that there was this

09:02AM 24   dramatic moment involving guns and harsh language and lots of

09:02AM 25   people dropping the F word, correct?

D. HALEY - CX BY MR. GRABLE

09:02AM  2    A.   Yes.

09:02AM  3    Q.   The reality is that that is all embellished, correct?

09:02AM  4    A.   No.

09:02AM  5    Q.   Well, the way it really went down is you guys rode up

09:02AM  6    to the meeting.  There was a short discussion between Mr. Pirk,

09:02AM  7    Mr. Enix, on the one hand, and Outlaw leadership on the other

09:03AM  8    hand.  And there was an amicable understanding without harsh

09:03AM  9    language that it would be okay to bring guns into the meeting,

09:03AM  10   correct?

09:03AM  11   A.   The language is common amongst us, whether you perceive

09:03AM  12   it as harsh or not.  It was what was said.  I may have

09:03AM  13   embellished that I said F and he didn't, but it's absolutely

09:03AM  14   correct in the entirety as to the way it was said and what went

09:03AM  15   down.

09:03AM  16   Q.   You didn't say anything when you rode up because you

09:03AM  17   weren't part of the group that was going to meet with the

09:03AM  18   Outlaws, correct?

09:03AM  19   A.   That is absolutely incorrect.

09:03AM  20   Q.   And 158.3, you're discussing what your place in what

09:03AM  21   happened in Tennessee was, correct?

09:03AM  22   A.   No, I'm reporting what happened in Tennessee.

09:03AM  23   Q.   We know from people that were actually in attendance in

09:03AM  24   the meeting and you heard from the people yourself what

09:03AM  25   happened in the meeting yourself was a peaceful resolution of

7218

D. HALEY - CX BY MR. GRABLE

09:03AM 2   the bottom rocker in Tennessee, correct?

09:04AM 3       A.   That's correct.

09:04AM 4       Q.   And there was no bloodshed, correct?

09:04AM 5       A.   No.

09:04AM 6       Q.   And no fists thrown?

09:04AM 7       A.   No.

09:04AM 8       Q.   And no guns?

09:04AM 9       A.   No.

09:04AM 10      Q.   But certainly a successful negotiation?

09:04AM 11      A.   Yes.

09:04AM 12      Q.   And a negotiation that was conducted successfully by

09:04AM 13  Mr. Enix, correct?

09:04AM 14      A.   I wasn't in the meeting, so I'm not sure who conducted

09:04AM 15  it successfully, but all of the guys participated.

09:04AM 16      Q.   When you say all of the guys, how many guys went in?

09:04AM 17      A.   Again, I believe it was four or five.

09:04AM 18      Q.   And one of them was Mr. Enix?

09:04AM 19      A.   Yes.

09:04AM 20      Q.   And then when everybody came out of the meeting, people

09:04AM 21  were congratulating Mr. Enix, correct?

09:04AM 22      A.   Not when they came out of the meeting.  When they came

09:04AM 23  out of the meeting, it was stoic, and Pirk said, "Don't talk

09:04AM 24  about it.  Don't ask any questions."

09:04AM 25      Q.   And you -- then you guys went back to the hotel or

7219

D. HALEY - CX BY MR. GRABLE

09:04AM  2   place to eat?

09:04AM  3       A.   We went back to the clubhouse in Tennessee.

09:04AM  4       Q.   And then people were congratulating Mr. Enix for what

09:04AM  5   otherwise could have been a tense meeting?

09:05AM  6       A.   Congratulating Pirk and Enix for what could have been a

09:05AM  7   tense situation in the meeting.

09:05AM  8       Q.   But not you?

09:05AM  9       A.   I wasn't in the meeting.

09:05AM  10      Q.   Right.  At 158; 3:16:23 UTC, we saw your long birthday

09:05AM  11  messages where -- now, this is a couple of hours after your

09:05AM  12  description of what happened in Tennessee, where you posted a

09:05AM  13  much longer message from Exhibit 158.1 at page 11 and beyond.

09:05AM  14  This is the message a couple hours later, where you are giving

09:06AM  15  more details of what you claim happened in Tennessee, correct?

09:06AM  16      A.   Yes.

09:06AM  17      Q.   And were you, with this message, were you trying to

09:06AM  18  again point out the importance of your role in the events that

09:06AM  19  unfolded in Tennessee?

09:06AM  20      A.   No.

09:06AM  21      Q.   Now, you talked during your direct testimony about a

09:06AM  22  meeting, or meeting is probably not the correct word, about a

09:06AM  23  trip that you took up to New York that included a stop in

09:06AM  24  Arcade, correct?

09:06AM  25      A.   Yes.

7220

1                    D. HALEY - CX BY MR. GRABLE

09:06AM  2       Q.   And that was for, among other things, the opening of

09:06AM  3   the Arcade clubhouse that was next to the pizzeria, correct?

09:06AM  4       A.   Yes.

09:06AM  5       Q.   And I heard your testimony correctly, I believe, that

09:07AM  6   Mr. Enix was not in attendance for that trip?

09:07AM  7       A.   I don't recall Mr. Enix coming there.

09:07AM  8       Q.   And you also are clear in your recollection that there

09:07AM  9   was not an all hands summit meeting, correct?

09:07AM  10      A.   Correct.

09:07AM  11      Q.   And I want to go back to some of your testimony about

09:07AM  12   the events involving Hernando and the lead-up to those events

09:07AM  13   in the early part of 2014, okay?

09:07AM  14      A.   Okay.

09:07AM  15      Q.   In January, the first week and a half of January of

09:07AM  16   2014 was when Glen Buzzy, Captain America, informed the club

09:07AM  17   that he would be leaving the club, correct?

09:07AM  18      A.   Yes, I believe that was the time frame.

09:07AM  19      Q.   And I want to show you, I've handed you a document

09:08AM  20   we've marked TE 5141.  And you recognize that document,

09:08AM  21   correct?

09:08AM  22      A.   Yes.

09:08AM  23      Q.   That is a Facebook post that you read on or about the

09:08AM  24   10th of January, 2014, correct?

09:08AM  25      A.   Correct.

7221

1                         D. HALEY - CX BY MR. GRABLE

09:08AM  2       Q.   And that was a post that was posted to the Kingsmen

09:08AM  3   Motorcycle Club group Facebook page, correct?

09:08AM  4       A.   Correct.

09:08AM  5       Q.   And you read it in the course of engaging in your

09:08AM  6   review from time to time of various pieces of information that

09:08AM  7   were posted to that group Facebook page, correct?

09:08AM  8       A.   I'm not clear on the question.

09:08AM  9       Q.   Let me try it again.  You read that from time to time.

09:09AM 10   You would go on the Kingsman Motorcycle Club Facebook page and

09:09AM 11   read things there?

09:09AM 12       A.   Yes.

09:09AM 13       Q.   And this was a pair of posts that you read on or about

09:09AM 14   the 10th of January of 2014?

09:09AM 15       A.   Yes, that's correct.

09:09AM 16                MR. GRABLE:  I offer SE 5141 into evidence.

09:09AM 17                THE COURT:  Any objection?

09:09AM 18                MR. TRIPI:  Objection to hearsay.

09:09AM 19                THE COURT:  Can you hand me a copy of it?

09:09AM 20                Mr. Tripi, you want to hear?

09:09AM 21                (Whereupon, a sidebar discussion was held on the

09:10AM 22   record.)

09:10AM 23                MR. GRABLE:  These are the things that I thought

09:10AM 24   were the foundation from the business records that came from

09:10AM 25   the page, that they were business records.  If that is not the

                        D. HALEY - CX BY MR. GRABLE

09:10AM  2    case, then I would offer it with the limiting instruction not

09:10AM  3    for the truth of the matter, but it was information conveyed

09:10AM  4    among the group that is offered to impeach this witness'

09:10AM  5    account.

09:10AM  6                THE COURT:  Refresh my recollection, the Facebook

09:10AM  7    posts were stipulated in.

09:10AM  8                MR. GRABLE:  As to authenticity.

09:10AM  9                MR. TRIPI:  Mr. Grable tried to get it in earlier

09:10AM 10    as a co-conspirator statement.  This is the same message and I

09:10AM 11    don't fault him for trying to get it in.

09:10AM 12                MR. GRABLE:  I never put it in as a co-conspirator

09:10AM 13    statement.

09:10AM 14                THE COURT:  Did you try to offer it?

09:10AM 15                MR. GRABLE:  I showed it to a witness.  I don't

09:10AM 16    know if I offered it or not.  I very well may have.

09:11AM 17                MR. TRIPI:  The argument was hearsay,

09:11AM 18    self-serving, doesn't come in as a co-conspirator statement.

09:11AM 19                THE COURT:  Were the Facebook posts admitted as

09:11AM 20    business records?

09:11AM 21                MR. TRIPI:  No.  I had to link everyone to them.

09:11AM 22                THE COURT:  I don't think they were business

09:11AM 23    records.  They didn't come in under 801(B)(6).

09:11AM 24                MR. GRABLE:  I heard foundational questions kept

09:11AM 25    in the ordinary course.  That is my recollection.

D. HALEY - CX BY MR. GRABLE

09:11AM 2    THE COURT:  There hasn't been the foundation made

09:11AM 3    under 803(6).  There has been no testimony that it was made at

09:11AM 4    or near the time that it could be laid, but it was maintained

09:11AM 5    in the regular course of business or it was the ordinary course

09:11AM 6    of business to create the records.  There has been no testimony

09:11AM 7    about that.  All of the Facebook posts have come in under

09:11AM 8    801(d)(2)(E) is my recollection.

09:12AM 9    MR. TRIPI:  And the limited ones that haven't, you

09:12AM 10   gave a limiting instruction under 801(d)(2)(A).

09:12AM 11   THE COURT:  Right.  So I don't think 803(6), the

09:12AM 12   foundation hasn't been laid to put these in.

09:12AM 13   MR. GRABLE:  Can I look and see their assertion?

09:12AM 14   I'll either offer it under 803(3) or not for truth of the

09:12AM 15   matter.

09:12AM 16   THE COURT:  Foundation hasn't been laid under

09:12AM 17   803(3).

09:12AM 18   MR. GRABLE:  I think the first post is

09:12AM 19   self-evident.

09:12AM 20   THE COURT:  Neither one of these are his

09:12AM 21   statements?

09:12AM 22   MR. GRABLE:  Correct.

09:12AM 23   THE COURT:  I don't know how the testimony so far

09:12AM 24   from this witness would lay the foundation.

09:12AM 25   MR. GRABLE:  I don't think the testimony does, but

7224

1                    D. HALEY - CX BY MR. GRABLE

09:12AM  2   as to the first message, that provides foundational support

09:13AM  3   under 803(3).

09:13AM  4            THE COURT:  Seems to me this raises some of the

09:13AM  5   same issues that you've raised under 803(3), that it is

09:13AM  6   reciting historical information.  So I think maybe some of the

09:13AM  7   statements in there could come in.  I mean, I think the

09:13AM  8   statement "I'm going to let you know I've officially left the

09:13AM  9   Kingsmen Nation as of today" could come in under 803(3), but

09:13AM  10  the reasons he is leaving and the sentiments that he has don't

09:13AM  11  come in.

09:13AM  12           MR. GRABLE:  I advance a 106 argument there have

09:13AM  13  been statements, and I can't recall if there are documents or

09:14AM  14  Facebook postings, regarding the Hernando issue.

09:14AM  15           MR. TRIPI:  There are Facebook posts with the

09:14AM  16  Hernando.

09:14AM  17           MR. GRABLE:  Certainly, out-of-court statements

09:14AM  18  that have been introduced about the reasons for Hernando, patch

09:14AM  19  meetings, et cetera, and I think this fairly completes the

09:14AM  20  record based on the cases we cited to your Honor in the

09:14AM  21  pretrial briefing.

09:14AM  22           THE COURT:  You have to show me a Facebook post in

09:14AM  23  this line.  In other words, under 106, you have to show me

09:14AM  24  something.  You would have to cite to other Facebook posts that

09:14AM  25  have already been admitted that include the discussion of

1           D. HALEY - CX BY MR. GRABLE

09:14AM  2    Captain America leaving and this issue.  Mr. Tripi is saying

09:14AM  3    there have not been any.  So your other reason for trying to

09:14AM  4    get this in as Mr. Enix's statement is not 803(3).

09:14AM  5           MR. GRABLE:  So if none of those arguments have

09:14AM  6    persuaded the Court, I'll offer it not for truth of the matter

09:15AM  7    but the impact it should have had and would have had on the

09:15AM  8    people that were meeting and discussing supposed anger over

09:15AM  9    Captain America leaving the club.

09:15AM  10          THE COURT:  You already elicited testimony, I

09:15AM  11   thought, from this witness that Captain America left the right

09:15AM  12   way.

09:15AM  13          MR. TRIPI:  At first, and some time passed and

09:15AM  14   then they got embarrassed.

09:15AM  15          THE COURT:  So you're trying to offer it for

09:15AM  16   truth.  But I don't see your stated reason for offering it as

09:15AM  17   non-hearsay is persuasive given the testimony that has been

09:15AM  18   elicited in this case.  This TE 5141 doesn't advance the law in

09:15AM  19   any case.

09:15AM  20          MR. GRABLE:  But the government has made a case

09:15AM  21   about Mr. Pirk's and Enix's feelings Captain America left.

09:16AM  22   This witness said Mr. Pirk was angry over Buzzy leaving and the

09:16AM  23   circumstances of him leaving.  This is to show the impact this

09:16AM  24   would have had on their thinking.

09:16AM  25          THE COURT:  You're offering it to show what Mr.

1                    D. HALEY - CX BY MR. GRABLE

09:16AM   2   Enix's thoughts of what Captain America thought would grab if

09:16AM   3   we cover up the bottom message.  I'll try and get it in if Mr.

09:16AM   4   Enix testifies, but the top message is the account it had on

09:16AM   5   Mr. Pirk and Mr. Enix.

09:16AM   6              MR. TRIPI:  It's temporally inaccurate.  It's

09:16AM   7   clearly at a time before the issue arose.  There is no

09:16AM   8   testimony in the record.

09:16AM   9              THE COURT:  What about the argument that the

09:16AM  10   Captain America statement comes in for the fact just to show

09:16AM  11   what Captain America was publishing to the Kingsmen Nation on

09:17AM  12   the Facebook page?  No, it's not coming in to show that Captain

09:17AM  13   America felt that way.

09:17AM  14              MR. TRIPI:  I guess I disagree.  They're trying to

09:17AM  15   show there is a good relationship and that message is, I'm

09:17AM  16   leaving on good terms and I have a good relationship with the

09:17AM  17   Kingsmen.  So it's, in my view, coming in offered for truth.

09:17AM  18              THE COURT:  But I'll give a limiting instruction.

09:17AM  19              MR. TRIPI:  But he is not a party opponent.  It's

09:17AM  20   still a hearsay issue, because Glen Buzzy is not a party

09:17AM  21   opponent.

09:17AM  22              THE COURT:  It's not hearsay if it's not offered

09:17AM  23   for truth.  It's coming as offered to show that Captain America

09:17AM  24   published to the other Kingsmen at the time he left.

09:17AM  25              MR. TRIPI:  But they are going to want to argue.

1                    D. HALEY - CX BY MR. GRABLE

09:18AM  2           THE COURT:  I won't let them argue.  There is no

09:18AM  3      proof in the record.

09:18AM  4           MR. GRABLE:  Other than this witness'

09:18AM  5      understanding and other witnesses' understanding.

09:18AM  6           MR. TRIPI:  I think the whole point of this is I'm

09:18AM  7      not leaving at this time for hard feelings.  I view that for

09:18AM  8      its truth.  I believe that is the core crux of the message and

09:18AM  9      coming -- introduced for truth.

09:18AM 10           MR. GRABLE:  And it's not coming admitted for

09:18AM 11      truth.  It's coming admitted for impact it had on the Kingsmen

09:18AM 12      who read it, Mr. Pirk and Mr. Enix and this witness.  This

09:18AM 13      witnesses claims we were all mad.

09:18AM 14           THE COURT:  I'll let in the message, "I'm not

09:18AM 15      leaving with hard feelings," redacted.  I think it's difficult

09:18AM 16      to separate that out.  I'll let that message in.  I'll give a

09:18AM 17      limiting instruction.

09:18AM 18           MR. GRABLE:  What part do you want redacted?

09:19AM 19           THE COURT:  Is this the original exhibit?

09:19AM 20           MR. GRABLE:  No.  If you write lightly, I'll take

09:19AM 21      it out and we'll prepare everything if I can use whiteout.

09:19AM 22           MR. TRIPI:  The underlined portion is out.

09:19AM 23           THE COURT:  The underlined portion is what's out

09:19AM 24      and the bottom message is not coming in.

09:19AM 25                (Whereupon, the proceeding continued.)

1          D. HALEY - CX BY MR. GRABLE

09:19AM  2          THE COURT:  Ladies and gentlemen, I sustained the

09:19AM  3   objection in part and overruled the objection in part, which

09:19AM  4   means I'm allowing in a portion of the message which is a

09:19AM  5   purported posting by Captain America to the Kingsmen Facebook

09:20AM  6   page.  But I want to give you a limiting instruction.  This is

09:20AM  7   not coming in for truth of what Captain America allegedly said

09:20AM  8   in there.  It's only coming in for purpose of demonstrating

09:20AM  9   what Captain America published to the rest of the Kingsmen

09:20AM  10  Nation.  So you can understand what he was purportedly saying

09:20AM  11  to the rest of the Kingsmen.

09:20AM  12          So the record is clear, I think we should identify

09:20AM  13  it, Mr. Grable, because it's an altered TE 5141, maybe TE

09:20AM  14  5141-A.

09:20AM  15          MR. GRABLE:  I agree, TE 5141-A, which I'll put on

09:21AM  16  the ELMO.

09:21AM  17          THE COURT:  TE 5141-A has been admitted into

09:21AM  18  evidence.

09:21AM  19          (**Whereupon, Exhibit TE 5141-A was received in**

09:21AM  20  **evidence.**)

09:21AM  21          MR. GRABLE:  Thank you.

09:21AM  22      Q.  Mr. Haley, this is the post we've been talking about

09:21AM  23  over the last few minutes, correct?

09:21AM  24      A.  Yes.

09:21AM  25      Q.  Use the one on the screen, if you would, not the one

1                     D. HALEY - CX BY MR. GRABLE

09:21AM   2    before you.  Thank you.  And this was, in fact, a post that you

09:21AM   3    reviewed from Glen Buzzy of the Kingsman Motorcycle Club?

09:21AM   4        A.   Yes.

09:21AM   5        Q.   And you see on the post from January 10th, 2014, he is

09:21AM   6    moving on to something that has been calling him for a long

09:21AM   7    time?

09:21AM   8        A.   Yes.

09:21AM   9        Q.   And you see at the bottom of the post, "I'm moving on"?

09:22AM  10        A.   Yes.

09:22AM  11        Q.   And you see he is moving on to the one-percent club?

09:22AM  12        A.   Not at this time.

09:22AM  13        Q.   But eventually within a few weeks or so of this

09:22AM  14    message, you understood?

09:22AM  15        A.   Yes.

09:22AM  16        Q.   And at this time, Buzzy, Captain America, this is

09:22AM  17    around the time when he turned in his patches to the Kingsmen,

09:22AM  18    correct?

09:22AM  19        A.   Yes.

09:22AM  20        Q.   And at the time when he turned in his patches and

09:22AM  21    communicated with the club in the manner that is reflected in

09:22AM  22    TE 5141-A, you were in the presence of Mr. Pirk and Mr. Enix

09:22AM  23    shortly after this message was posted, correct?

09:22AM  24        A.   Yes.

09:22AM  25        Q.   And you understood, I'm not asking you to tell us what

D. HALEY - CX BY MR. GRABLE

09:23AM 2  they said, but certainly from their demeanor when they were
09:23AM 3  aware of this posting, their demeanor was they were okay with
09:23AM 4  Buzzy leaving because he had done it the correct way?
09:23AM 5      A.  Yes.
09:23AM 6      Q.  And, in fact, there was no eruption of anger at this
09:23AM 7  time or expressed either with demeanor or words of any anger.
09:23AM 8  Their reaction was, okay, Buzzy is moving on?
09:23AM 9      A.  It wasn't that nonchalant.  There certainly wasn't a
09:23AM 10 lot of anger.  They were disappointed and had some concerns,
09:23AM 11 but they were not angry.
09:23AM 12     Q.  And that was reflective of an absence of anger.  Mr.
09:23AM 13 Enix communicated with the Kingsmen to share with them that
09:23AM 14 Buzzy was leaving under circumstances where he should be
09:23AM 15 treated as somebody who is out of the club but not somebody who
09:23AM 16 was "out bad"?
09:23AM 17     A.  No.  Mr. Enix didn't have that authority.  That was
09:23AM 18 communicated by Pirk.  Only the President can put you "out bad"
09:24AM 19 or good, and Pirk had put him out good.
09:24AM 20     Q.  And so your recollection is that at that time, the
09:24AM 21 communication to the Kingsmen Nation from Mr. Pirk was that
09:24AM 22 Buzzy was out but out good?
09:24AM 23     A.  Yes.
09:24AM 24     Q.  Okay.  And a short time later, testimony arose that
09:24AM 25 there were others from the Hernando chapter that were leaving

7231

1                    D. HALEY - CX BY MR. GRABLE

09:24AM  2    the club?

09:24AM  3        A.   I think the sequence was first Buzzy left and actually

09:24AM  4    joined the Pagans and then we were notified that others were

09:24AM  5    leaving and following.

09:24AM  6        Q.   That's right.  And then you had some discussions that

09:24AM  7    you told us about on direct examination with Mr. Pirk about

09:24AM  8    your rights as a property owner of the Hernando clubhouse,

09:24AM  9    correct?

09:24AM 10        A.   I was called to a meeting.

09:25AM 11        Q.   You were on the deed still at that point?

09:25AM 12        A.   Yes.

09:25AM 13        Q.   In Hernando, correct?

09:25AM 14        A.   Yes.

09:25AM 15        Q.   And you told us that you had some reservations because

09:25AM 16    of the amounts that you had contributed to the property at

09:25AM 17    Hernando versus what Buzzy contributed, but the fact of the

09:25AM 18    matter, on the deed and legal paperwork, you were a co-owner of

09:25AM 19    the property, correct?

09:25AM 20        A.   Yes.

09:25AM 21        Q.   And Mr. Pirk, the instruction he gave you was assert

09:25AM 22    your legal rights, correct?

09:25AM 23        A.   Yes.

09:25AM 24        Q.   He said you're on the deed.  Go in and let's get our

09:25AM 25    property back, correct?

1                    D. HALEY - CX BY MR. GRABLE

09:25AM  2       A.   Not our property patches, if that is what you're

09:25AM  3   talking about.  The physical property, the clubhouse.

09:25AM  4       Q.   Right.  The house itself, right?

09:25AM  5       A.   Yes.

09:25AM  6       Q.   And you understood that to be a direction from Mr. Pirk

09:25AM  7   that you should proceed in connection with this Hernando issue

09:25AM  8   using legal methods, correct?

09:25AM  9       A.   That is exactly what he told me.

09:25AM 10       Q.   He wanted you to use the county clerk's office and the

09:26AM 11   recorder of deeds to try and use legal methods to get back the

09:26AM 12   Hernando property that had been the Kingsmen clubhouse,

09:26AM 13   correct?

09:26AM 14       A.   Correct.

09:26AM 15       Q.   And this notion of using legal methods in the county

09:26AM 16   clerk's office to challenge the deed and who owned the

09:26AM 17   property, that was a similar command from Mr. Pirk to the one

09:26AM 18   that he made to you in the early part of August 2014, when he

09:26AM 19   talked to you about having Special Ed and Filly arrested for

09:26AM 20   drug dealing, correct?

09:26AM 21       A.   Yes.

09:26AM 22       Q.   Was it a demonstration of using the legal system?

09:26AM 23       A.   Correct.

09:27AM 24       Q.   Just as with the Hernando issue, where the direction

09:27AM 25   was from Mr. Pirk, go in and assert our legal rights?  He was

1                        D. HALEY - CX BY MR. GRABLE

09:27AM  2    talking to you in the early part of August of 2014 about using

09:27AM  3    the legal process, meaning arrest -- to have Caruso and Special

09:27AM  4    Ed arrested for their drug activity, correct?

09:27AM  5        A.   Correct.

09:27AM  6        Q.   And you see the similarities between the two positions

09:27AM  7    that Mr. Pirk took, first in connection with Hernando and then

09:27AM  8    later on in connection with Special Ed and Filly, correct?

09:27AM  9        A.   Meaning letting the legal system do our dirty work.

09:27AM 10    Yes, I see that.

09:27AM 11        Q.   Dirty work or letting the legal system function the way

09:27AM 12    the legal system functions, correct?

09:27AM 13        A.   Yes.

09:27AM 14        Q.   And now I want to talk to you about your description of

09:27AM 15    the South Buffalo showdown or meeting where Filly Caruso was

09:27AM 16    armed with that Kel-Tech and you came into the meeting once you

09:28AM 17    got some sort of a phone call, okay?

09:28AM 18        A.   Yes.

09:28AM 19        Q.   Now, by the time you arrived at South Buffalo,

09:28AM 20    everybody who had been involved in whatever discussion was

09:28AM 21    going on was upstairs in the meeting room, correct?

09:28AM 22        A.   Yes.

09:28AM 23        Q.   You don't know what happened before you got there,

09:28AM 24    correct?

09:28AM 25        A.   Correct.

7234

1                    D. HALEY - CX BY MR. GRABLE

09:28AM 2      Q.   And your testimony is that you went upstairs and helped

09:28AM 3  diffuse the situation by your presence, correct?

09:28AM 4      A.   Yes.

09:28AM 5      Q.   Now, the fact of the matter is that by the time you got

09:28AM 6  there, the hot tempers at South Buffalo had been diffused prior

09:28AM 7  to your arrival, correct?

09:28AM 8      A.   Absolutely not.

09:28AM 9      Q.   Your testimony is that Mr. Enix had not cooled

09:28AM 10 everybody off before your arrival?

09:28AM 11     A.   My testimony is that he had been up there for over an

09:28AM 12 hour and was unable to peace make his way out of there and

09:29AM 13 still trapped in the room, and Filly was still bouncing off the

09:29AM 14 walls and his son used the exact words to me that he was

09:29AM 15 trapped upstairs.  That is my testimony, yes.  He was unable to

09:29AM 16 extricate from the room.

09:29AM 17     Q.   That is what you claim at South Buffalo, correct?

09:29AM 18     A.   Yes.

09:29AM 19     Q.   And so if there has been testimony in this case that

09:29AM 20 Mr. Enix, prior to your arrival, had diffused that situation,

09:29AM 21 you would disagree with that testimony?

09:29AM 22              MR. TRIPI:  Objection, lack of personal knowledge.

09:29AM 23              THE COURT:  Sustained.

09:29AM 24     Q.   In any event, you do agree that when you saw Mr. Enix

09:29AM 25 at South Buffalo that day, he didn't have a gun on, correct?

1                    D. HALEY - CX BY MR. GRABLE

09:29AM  2        A.   Yes.

09:29AM  3        Q.   And you also agree that after that meeting, he left and

09:29AM  4    told you that he was going back to Florida?

09:29AM  5        A.   Yes.

09:29AM  6        Q.   Now, in the time between when you were upstairs with

09:29AM  7    the folks in the meeting and the time you left, as I understand

09:29AM  8    it, when you left, you went back to Medina?

09:30AM  9        A.   I believe so.

09:30AM 10        Q.   To the Hartigan family reunion?

09:30AM 11        A.   I believe so.  I may have gone back to the hotel, but

09:30AM 12    my recollection is we didn't stay at the Buffalo clubhouse.  We

09:30AM 13    left shortly after Pirk and Enix left.

09:30AM 14        Q.   And when you say in the testimony you believe so, and

09:30AM 15    you said it a few times and you believe so, is that you

09:30AM 16    advising us that you're not 100 percent certain about what

09:30AM 17    you're saying?

09:30AM 18        A.   Yes.

09:30AM 19        Q.   And so when you've used that phrase with us during your

09:30AM 20    testimony, "I believe" or "I believe so," have you been

09:30AM 21    conveying to us that is a situation where you're not completely

09:30AM 22    positive of what it is that you're not completely positive of

09:30AM 23    what you're describing?

09:30AM 24        A.   I'm conveying, to the best of my recollection, over

09:30AM 25    multiple meetings over several years over several times.

1                    D. HALEY - CX BY MR. GRABLE

09:30AM   2        Q.   Exactly.  Getting back to the time when you were

09:30AM   3   upstairs at South Buffalo and you and the attendees from

09:31AM   4   upstairs went downstairs, what happened when everybody went

09:31AM   5   downstairs?  The party at South Buffalo resumed, correct?

09:31AM   6        A.   Yes.

09:31AM   7        Q.   And when I say the party, there were grills at South

09:31AM   8   Buffalo, correct?

09:31AM   9        A.   I don't recall grills.  We were inside the building.

09:31AM  10        Q.   But to get from the upstairs back to your car to go to

09:31AM  11   Medina, you walked through a courtyard at South Buffalo,

09:31AM  12   correct?

09:31AM  13        A.   Yes.

09:31AM  14        Q.   And you saw that there were grills and they were

09:31AM  15   cooking hamburgers and hot dogs?

09:31AM  16        A.   Not that I noticed.

09:31AM  17        Q.   And was there a bar set up?

09:31AM  18        A.   Inside the clubhouse, yes.

09:31AM  19        Q.   And the reality is you left to go back to Medina before

09:31AM  20   Mr. Pirk and Mr. Enix left South Buffalo.  Let me try and be

09:31AM  21   more precise.  They told you they were going to leave, but you

09:31AM  22   actually left before they did, correct?

09:31AM  23        A.   My recollection is they walked out first because we

09:31AM  24   walked them to the car.  Somebody walked them to the car and

09:31AM  25   then I left.

D. HALEY - CX BY MR. GRABLE

09:31AM  2    Q.   And so it's your testimony that after the meeting

09:32AM  3    upstairs was concluded that -- well, let me ask another

09:32AM  4    question.  When did Filly leave, if you saw him leave?

09:32AM  5    A.   Don't know.

09:32AM  6    Q.   Would you disagree with the notion that as soon as that

09:32AM  7    meeting disbanded downstairs and everybody came downstairs,

09:32AM  8    that Filly left immediately?

09:32AM  9    A.   I can't agree or disagree.  I have no knowledge of when

09:32AM 10    Filly left.

09:32AM 11    Q.   After Filly left, didn't the remaining attendees,

09:32AM 12    including the folks that had been upstairs in the discussion,

09:32AM 13    they went downstairs and had a meal together, correct?

09:32AM 14           MR. TRIPI:  Objection, lack of personal knowledge.

09:32AM 15    He testified he didn't know when Filly left.

09:32AM 16           THE COURT:  Sustained.

09:32AM 17    Q.   You saw the attendees, including Mr. Enix and Mr. Pirk,

09:32AM 18    come downstairs and basically have agreeable,

09:32AM 19    non-confrontational communications with the persons who had

09:32AM 20    been upstairs, correct?

09:32AM 21    A.   Yes.

09:32AM 22    Q.   And so that situation had been fully diffused by the

09:33AM 23    time you left to go to Medina?

09:33AM 24    A.   Diffused and not resolved.

09:33AM 25    Q.   I'm going to get to the testimony of what you claim

7238

1          D. HALEY - CX BY MR. GRABLE

09:33AM 2   happened the days that followed.  You are getting ahead.

09:33AM 3   Staying on that day, August 3rd of 2014, you don't know what

09:33AM 4   happened after you left?

09:33AM 5       A.   Yes.

09:33AM 6       Q.   But you do know that the people that came downstairs

09:33AM 7   from upstairs were cooled off and seemed to be getting along?

09:33AM 8       A.   Yes.

09:33AM 9       Q.   That was your testimony, is that is because of what you

09:33AM 10  did?

09:33AM 11      A.   My testimony is that I promised I would look into what

09:33AM 12  the grievances were.

09:33AM 13      Q.   You would take the credit for what happened at South

09:33AM 14  Buffalo?

09:33AM 15      A.   Credit is probably the wrong word.  I was the mediator

09:33AM 16  when I walked into the room and everybody was upset and hot.

09:34AM 17      Q.   So let's go where you went a moment ago and talk about

09:34AM 18  your testimony on direct examination about the events that

09:34AM 19  transpired after the 3rd of August at South Buffalo, okay?

09:34AM 20      A.   Okay.

09:34AM 21      Q.   You have told us that the very next day, the 4th of

09:34AM 22  August, you had a telephone call with Special Ed, correct?

09:34AM 23      A.   Correct.

09:34AM 24      Q.   And there are, in fact, phone records to back up the

09:34AM 25  notion that you had some communication with Special Ed at 9

                    D. HALEY - CX BY MR. GRABLE

1

09:34AM  2    that morning, correct?

09:34AM  3        A.   Yes.

09:34AM  4        Q.   And you called him, right?

09:34AM  5        A.   I know we spoke.  If the records say that I called him,

09:34AM  6    then I'm agreeing to that.

09:34AM  7        Q.   And that was the phone call where he told you I'm

09:34AM  8    leaving the Kingsmen, right?

09:34AM  9        A.   We might have had another conversation later in the day

09:34AM 10    when he said he was leaving.  That was the phone call when we

09:35AM 11    discussed what his immediate grievances were and what the

09:35AM 12    problem was upstairs.

09:35AM 13        Q.   Whether it was the morning call on the 4th of August or

09:35AM 14    the early afternoon call on the 4th of August, you're not sure

09:35AM 15    which call it was, but you do have a recollection that is the

09:35AM 16    day after South Buffalo when Special Ed told you he was going

09:35AM 17    to leave the Kingsmen?

09:35AM 18        A.   I don't have the recollection it was exactly that day.

09:35AM 19    I know it was a day or two within the meeting.

09:35AM 20        Q.   Would it be before you returned to Florida?

09:35AM 21        A.   Yes.  I believe it was, yes.

09:35AM 22        Q.   And then you tell us that you went back down to Florida

09:35AM 23    following that conversation with Special Ed, correct?

09:35AM 24        A.   Yes.

09:35AM 25        Q.   And that is when you testify about your discussion back

1                    D. HALEY - CX BY MR. GRABLE

09:35AM  2   in Florida about whacking Special Ed and Caruso?

09:35AM  3       A.   That was the first statement David made to me.

09:36AM  4       Q.   That was after Special Ed said he was leaving the club?

09:36AM  5       A.   Told me he was leaving.  He hadn't successfully left

09:36AM  6   yet.

09:36AM  7       Q.   And you had communication he wanted to leave the club?

09:36AM  8       A.   He wanted to quit and turn in the patches.

09:36AM  9       Q.   And I assume you conveyed that to Mr. Pirk in response

09:36AM 10   to what he said?

09:36AM 11       A.   Why would we do that?  He is leaving anyway.

09:36AM 12       Q.   You didn't bother to share the information?

09:36AM 13       A.   No, that wasn't the topic of the conversation.

09:36AM 14       Q.   The reality is the topic of the conversation was that

09:36AM 15   Mr. Pirk, in that discussion, talked about having Filly and

09:36AM 16   Special Ed arrested because of the drug activity?

09:36AM 17       A.   It was one of the reasons that Pirk and Enix, that they

09:36AM 18   wanted to explain they wanted to get rid of Filly and Special

09:36AM 19   Ed without addressing the grievances in the meeting.

09:36AM 20       Q.   This is one of the meetings that you said Blaze was

09:37AM 21   functioning as a peacemaker?

09:37AM 22       A.   Not functioning as a peacemaker; he was coming up with

09:37AM 23   other ideas.

09:37AM 24       Q.   When you told us on direct testimony yesterday morning

09:37AM 25   that Mr. Enix performed a function of peacemaker, it was the

D. HALEY - CX BY MR. GRABLE

09:37AM 2  meeting in Florida immediately after you got back from South

09:37AM 3  Buffalo, correct?  Didn't you tell us that yesterday?

09:37AM 4      A.  I recall you saying he functioned as a peacemaker and

09:37AM 5  we agreeing and then I said with Pirk, and then you and I had

09:37AM 6  discussion over me saying Pirk.

09:37AM 7      Q.  But in terms of the timing of Mr. Enix saying in that

09:37AM 8  function, am I incorrect that it was this meeting when you were

09:37AM 9  back from New York and back in Lake County?

09:37AM 10     A.  Then yes, you're incorrect.

09:37AM 11     Q.  When did he function as a peacemaker?

09:37AM 12     A.  Well, the term meaning that at times when Pirk would be

09:38AM 13  upset about something, Blaze would try and talk to him and calm

09:38AM 14  him down.  He would function as a peacemaker to Pirk as

09:38AM 15  sometimes the voice of reason and offer suggestions or

09:38AM 16  alternatives to something David said.

09:38AM 17     Q.  On those occasions, you witnessed Mr. Pirk hear Blaze

09:38AM 18  out?

09:38AM 19     A.  Absolutely.

09:38AM 20     Q.  He would hear Blaze's opinion and then form his

09:38AM 21  judgments after he heard what Blaze had to say?

09:38AM 22     A.  Yes.

09:38AM 23     Q.  And one such situation was when in this meeting after

09:38AM 24  you're back from New York and in Florida, Mr. Enix agrees with

09:38AM 25  Mr. Pirk that Filly and Special Ed, they deal dope and drugs

1          D. HALEY - CX BY MR. GRABLE

09:38AM  2  and so we don't have to worry about these guys.  They should be

09:38AM  3  out of the club anyway.  Didn't you hear Mr. Enix say that?

09:38AM  4      A.  Did I hear Tim say that?

09:38AM  5      Q.  Yes.

09:38AM  6      A.  You're spinning the context of what he was saying.

09:38AM  7  That is not the way the meeting was going.

09:38AM  8      Q.  I'm not trying to spin anything.  Let's talk about the

09:39AM  9  words he used.  You told us yesterday that you said these guys

09:39AM 10  are wanting to deal dope or deal drugs and we're not going to

09:39AM 11  have it.  We don't have to pay attention to this?

09:39AM 12      A.  The context of the meeting was how to get rid of them.

09:39AM 13      Q.  I'm not asking about context.  I'm talking about words.

09:39AM 14  Words matter, right?

09:39AM 15      A.  Yes, absolutely.  So does the context of the meeting.

09:39AM 16      Q.  You told the jury about a lot of words that you claim

09:39AM 17  Mr. Enix used, correct?

09:39AM 18      A.  Yes.

09:39AM 19      Q.  And so it's important that we be precise about this.

09:39AM 20  You recognize that?

09:39AM 21      A.  I agree.

09:39AM 22      Q.  So let's be precise.  The words that Mr. Enix used, if

09:39AM 23  I understand your testimony from yesterday correctly, was at

09:39AM 24  one point Blaze said these guys are just wanting to deal dope

09:39AM 25  or deal drugs and we're not going to have it.  We don't have to

1                      D. HALEY - CX BY MR. GRABLE

09:39AM  2   pay attention to this.  Isn't that what you told us yesterday?

09:39AM  3      A.  Yes, I did.  That was in response to what Blaze was

09:39AM  4   responding to when he said yesterday --

09:39AM  5      Q.  I understand that you seem to want to tell us something

09:40AM  6   about context.  Can we agree those are the words?

09:40AM  7      A.  Yes, those are the words.

09:40AM  8      Q.  And you also told us yesterday when Mr. Enix said these

09:40AM  9   things, Mr. Pirk was calmed, yeah, Mr. Pirk was calmed by those

09:40AM 10   words, didn't you?

09:40AM 11      A.  No, was agitated in the whole meeting, and as Mr. Enix

09:40AM 12   came up with other suggestions and was spit balling other

09:40AM 13   ideas, David became, I guess, more determined than he was

09:40AM 14   angry.

09:40AM 15      Q.  Let me just see if I have your words from yesterday

09:40AM 16   correct.

09:40AM 17      A.  Okay.

09:40AM 18      Q.  After Mr. Enix said what he said, did you tell us

09:40AM 19   yesterday that Mr. Tripi asked you a question about did that

09:40AM 20   calm Pirk down, and did you respond it would calm him down

09:40AM 21   somewhat?  He was still angry, but it calmed him down somewhat?

09:40AM 22      A.  That is what I just said.

09:40AM 23              MR. TRIPI:  Objection, facts not in evidence.

09:40AM 24              THE COURT:  Mr. Haley, listen to the question and

09:41AM 25   answer the question.  Okay?

7244

1          D. HALEY - CX BY MR. GRABLE

09:41AM  2          THE WITNESS:  Sorry.

09:41AM  3     Q.  You heard what Tim Enix had to say, correct?

09:41AM  4     A.  Yes.

09:41AM  5     Q.  And what Mr. Enix said, from your view of Mr. Pirk,

09:41AM  6  seemed to have some impact on him, correct?

09:41AM  7     A.  Yes.

09:41AM  8     Q.  And you and I may dispute what impact, but you agree it

09:41AM  9  had some effect in some measure on Mr. Pirk?

09:41AM 10     A.  Yes.

09:41AM 11     Q.  And that was when the discussion turned to having

09:41AM 12  Special Ed and Filly arrested for their drug activity, correct?

09:41AM 13     A.  Yes.

09:41AM 14     Q.  And then, of course, within a few weeks, both Special

09:41AM 15  Ed and Filly were out of the club anyways, correct?

09:41AM 16     A.  Yes.

09:41AM 17     Q.  And those guys -- by the way, Special Ed and Filly, you

09:41AM 18  were certainly glad they were gone?  Maybe not you?

09:41AM 19     A.  No, I was.

09:41AM 20     Q.  Mr. Pirk had tried to throw Special Ed out of the club

09:41AM 21  on an earlier occasion, correct?

09:41AM 22     A.  Yes.

09:41AM 23     Q.  And he had said to you, "If you want him in the club,

09:42AM 24  he is your problem," correct?

09:42AM 25     A.  Yes.

D. HALEY - CX BY MR. GRABLE

Q.   And you said, "Okay, I'll take him back in the club"?

A.   Not those exact words.

Q.   But in sum and substance?

A.   Yes.

Q.   And then on this occasion where there was talk about having Filly or Special Ed arrested -- I'm sorry, when they finally leave the club, your sense of Mr. Pirk's demeanor and reaction to that was that he was glad those guys were gone, correct?

A.   Yes.

Q.   He wanted Special Ed out of the club for a while, didn't he?

A.   Yes.

Q.   Would it be fair to say that your sense of Mr. Pirk's demeanor once Special Ed left is Mr. Pirk stopped talking about Special Ed?

A.   Absolutely not.  He was still obsessed with him.

Q.   Special Ed and Filly Caruso were a cancer in the Kingsman Motorcycle Club, weren't they?

A.   Yes.

Q.   And their departure was the best thing that ever happened to the Kingsmen Motorcycle Club, wasn't it?

A.   I wouldn't go that far, but it certainly was a good event for us.

1                    D. HALEY - CX BY MR. GRABLE

2        Q.   Now, I want to talk to you about your testimony about

3   the notion that Mr. Jenkins was put out of the club as part of

4   some plot to infiltrate.  Do you remember telling us about that

5   on direct?

6        A.   I do.

7        Q.   Okay.  Now, we looked yesterday at a Facebook post that

8   you had made involving Special Ed coming out of the club,

9   correct?

10       A.   Yes.

11       Q.   Let's take just another quick look at 153.9 at page 15.

12  Just to refresh our memories, this was the post that you made

13  on or about the 16th of August 2014.  It would have been on the

14  16th of August when you conveyed to the Kingsmen Nation that

15  Special Ed was out of the club, correct?

16       A.   Yes.

17       Q.   And what you're saying in this message is that Special

18  Ed is "out bad," correct?  It doesn't say one way or the other

19  as you can see -- doesn't say he is "out bad".  It says he is

20  out, and anyone out, as we identified "out bad" or good, you're

21  not allowed to conduct Kingsmen business?  That is what I want

22  to talk to you about.  There is a difference between coming out

23  good and "out bad"?

24       A.   Yes.

25       Q.   And what is the difference between coming out good and

D. HALEY - CX BY MR. GRABLE

09:45AM 2    "out bad"?

09:45AM 3        A.   If you're out good, and that can only be done by the

09:45AM 4    National President, you're allowed to still come to parties or

09:45AM 5    allowed to share a meal and allowed to go to the Kingsmen

09:45AM 6    houses.  You're not allowed to discuss any Kingsmen business or

09:45AM 7    wear any Kingsmen paraphernalia.  If you're "out bad," you're

09:45AM 8    not allowed to come to any Kingsmen clubhouses or allowed to

09:45AM 9    come to Kingsmen parties or not allowed to discuss with any

09:45AM 10   Kingsmen, and they're not to have any interaction with you.

09:45AM 11   The other connotation if you're "out bad," you're not allowed

09:45AM 12   to join another club.  There was an agreement amongst the other

09:45AM 13   clubs that if you were "out bad," the other club wouldn't pick

09:45AM 14   you up.  They only picked you up if you were out good.

09:45AM 15       Q.   But the experience in the lead up to 2014, someone "out

09:45AM 16   bad" would often be snatched up by a one-percent club?

09:45AM 17       A.   Yes, despite the agreement.

09:45AM 18       Q.   Despite whatever notion there was coming out as bad?

09:46AM 19       A.   Yes.

09:46AM 20       Q.   And this discussion of notion of "out bad" or out good,

09:46AM 21   it's not unique to the Kingsmen Motorcycle Club.  They are

09:46AM 22   generally terms used in the motorcycle community?

09:46AM 23       A.   Yes.

09:46AM 24       Q.   Among clubs in addition to the Kingsmen, correct?

09:46AM 25       A.   Yes.

1                     D. HALEY - CX BY MR. GRABLE

09:46AM  2        Q.   Now, you told us, actually, you, on the 16th of

09:46AM  3    November 2017, you had a long meeting with the FBI, correct?

09:46AM  4        A.   Yes.

09:46AM  5        Q.   And at that point in time, just to give us the

09:46AM  6    chronology, and let me take a step back.  You were arrested in

09:46AM  7    October of 2017, correct?

09:46AM  8        A.   October 19th.

09:46AM  9        Q.   October 19th.  And at the time of your arrest, you

09:47AM 10    began speaking to the FBI about cooperating, correct?

09:47AM 11        A.   Yes.

09:47AM 12        Q.   And the very day of your arrest, you conveyed to the

09:47AM 13    FBI that if the government would be agreeable to conditions

09:47AM 14    that might have you released, it would make it more likely that

09:47AM 15    you would come in and cooperate?

09:47AM 16        A.   Yes.

09:47AM 17        Q.   And in fact, what ended up happening was you were

09:47AM 18    released on the day of your arraignment, correct?

09:47AM 19        A.   Yes.

09:47AM 20        Q.   And you began cooperating?

09:47AM 21        A.   Yes.

09:47AM 22        Q.   And now on the 16th of November 2017, you had begun,

09:47AM 23    you were if the midst of your cooperation with the government,

09:47AM 24    correct?

09:47AM 25        A.   Yes.

7249

D. HALEY - CX BY MR. GRABLE

09:47AM 2    Q.   And at that point in time, you started telling the
09:47AM 3    government some of the information that you have conveyed to
09:47AM 4    the jury and to those of us here in the courtroom during your
09:48AM 5    direct examination testimony, correct?

09:48AM 6    A.   Yes.

09:48AM 7    Q.   And what you told the FBI on the 16th of November, 2017
09:48AM 8    was that the supposed infiltration plot involved putting
09:48AM 9    Jenkins "out bad"; do you remember saying that?

09:48AM 10   A.   Yes.

09:48AM 11   Q.   And you told the FBI that this supposed plot was that
09:48AM 12   your claim is Pirk told you he was going to put someone "out
09:48AM 13   bad" so they could infiltrate, right?

09:48AM 14   A.   It was an ongoing evolving conversation that ended up
09:48AM 15   with that statement.

09:48AM 16   Q.   The words I just said you said to the FBI, right?

09:48AM 17   A.   Yes.

09:48AM 18   Q.   Now, you understand that if somebody was put "out bad,"
09:49AM 19   they may very well do what Special Ed had done, which is jump
09:49AM 20   over to another club like the Nickel City Nomads, correct?

09:49AM 21            MR. TRIPI:  Objection.

09:49AM 22            THE COURT:  Sustained.

09:49AM 23   Q.   Let me rephrase it.  You had seen Special Ed put "out
09:49AM 24   bad," correct?

09:49AM 25   A.   Yes.

7250

D. HALEY - CX BY MR. GRABLE

09:49AM   2      Q.   Looking at the message right on the screen there?

09:49AM   3      A.   I said yes.

09:49AM   4      Q.   And when you saw Special Ed put "out bad," a very short

09:49AM   5    time later, you saw him jump over to the Nickel City Nomads,

09:49AM   6    correct?

09:49AM   7      A.   Yes.

09:49AM   8      Q.   And that was something that you certainly observed.  It

09:49AM   9    was not a secret that he had done that.  It was well known that

09:49AM  10    he had jumped over to the Nomads, correct, the Nickel City

09:49AM  11    Nomads?

09:49AM  12      A.   Yes.  But again, this message doesn't put him "out

09:49AM  13    bad".  But I agree he was "out bad".

09:49AM  14      Q.   To be fair, in this message, you don't use the phrase

09:49AM  15    "out bad"?

09:49AM  16      A.   Yes, that is my point.  It hadn't been designated yet

09:49AM  17    by David.

09:49AM  18      Q.   You understood if not expressly stated in the message,

09:49AM  19    you understood he was being put "out bad"?

09:50AM  20      A.   Yes.

09:50AM  21      Q.   And after he was put "out bad," he immediately jumped

09:50AM  22    over to the Nickel City Nomads, correct?

09:50AM  23      A.   I'm not sure of the time frame "immediately," but a

09:50AM  24    short period of time.

09:50AM  25      Q.   Within a couple of weeks?

1          D. HALEY - CX BY MR. GRABLE

09:50AM 2     A.   Okay, yes.

09:50AM 3     Q.   And so the move that Special Ed had made to become a

09:50AM 4  Nickel City Nomad involved him coming "out bad" from the

09:50AM 5  Kingsmen and then joining the Nickel City Nomads, correct?

09:50AM 6     A.   Yes.

09:50AM 7     Q.   And, in fact, what happened with Mr. Jenkins was that

09:50AM 8  Mr. Enix put him out good, correct?

09:50AM 9     A.   I'm not sure.

09:50AM 10    Q.   You don't recall whether the Facebook post from Mr.

09:50AM 11 Enix put Little Bear out good?

09:50AM 12    A.   I know it said -- I would have to read the post again.

09:50AM 13 I think I'm under that impression.  Yeah, I don't believe it

09:50AM 14 said -- I would need to read it.  I'm not sure.

09:51AM 15    Q.   Okay.

09:51AM 16         MR. GRABLE:  I don't have it handy, your Honor.

09:51AM 17 Could I take a moment and find it?

09:51AM 18         MR. TRIPI:  We can pull it up, 153.8.

09:51AM 19    Q.   We're looking at page 5 of 153.8, and take a look at

09:51AM 20 that.

09:51AM 21    A.   I do now.  He makes the statement he is not "out bad,"

09:51AM 22 but he is out.

09:51AM 23    Q.   And so this refreshes your memory that when it was

09:51AM 24 posted to the Kingsmen Motorcycle Club page on the 31st of

09:51AM 25 August, 2014, that Little Bear, meaning Andre Jenkins, was

1          D. HALEY - CX BY MR. GRABLE

09:51AM  2    being put out but out good, correct?

09:52AM  3        A.   Yes.

09:52AM  4        Q.   And the reason, at least according to the message, that

09:52AM  5    he is coming put out good is because he hasn't had a bike for a

09:52AM  6    while, correct?

09:52AM  7        A.   That is what they post, yes.

09:52AM  8        Q.   And you understood that by the 31st of August 2014, Mr.

09:52AM  9    Jenkins had not been in possession of a motorcycle, correct?

09:52AM  10       A.   No, I wasn't aware of that because he had, I think,

09:52AM  11   ridden a motorcycle.  When I met him, he was on a motorcycle.

09:52AM  12   It just wasn't his.  But that was certainly brought to my

09:52AM  13   attention.

09:52AM  14       Q.   In terms of an ownership of a motorcycle that he was

09:52AM  15   riding that was his own, it's accurate to say he didn't own a

09:52AM  16   motorcycle?

09:52AM  17       A.   To be fair, I learned about that in this post.  I had

09:52AM  18   seen him on a motorcycle.

09:52AM  19       Q.   So putting someone out good in the motorcycle community

09:52AM  20   and the motorcycle club community would convey somebody was out

09:52AM  21   but may be coming back to the club at some point, right?

09:53AM  22       A.   Yes.

09:53AM  23       Q.   And that was a clearly understood notion across the

09:53AM  24   motorcycle club community, correct?

09:53AM  25       A.   Yes.

7253

1                    D. HALEY - CX BY MR. GRABLE

09:53AM  2       Q.   So if someone were to want to put out posts that would

09:53AM  3    facilitate infiltrating a one-percent club, the best thing

09:53AM  4    would be to put them "out bad" or say nothing at all, correct?

09:53AM  5                    MR. TRIPI:   Objection.

09:53AM  6                    THE COURT:   Sustained.

09:53AM  7       Q.   If you wanted to set it up so someone could infiltrate

09:53AM  8    a one-percent club, you certainly wouldn't put them out good

09:53AM  9    from their current club, would you?

09:53AM 10                    MR. TRIPI:   Objection, speculation.

09:53AM 11                    THE COURT:   He is asking about him, so overruled.

09:53AM 12       A.   Would you ask me again?

09:53AM 13       Q.   If you were going to put someone out in the hopes that

09:53AM 14    they could infiltrate a one-percent club, and particularly the

09:53AM 15    one-percent club that Special Ed had joined, it would make more

09:53AM 16    sense if you were doing to put him "out bad"?

09:53AM 17       A.   No.   If I going to take him to Tennessee first to get

09:53AM 18    stuff, I'd have to allow him to be out good to be able to do

09:54AM 19    that.

09:54AM 20       Q.   I asked him if someone wanted to -- if someone wanted

09:54AM 21    to infiltrate and you volunteered the information about

09:54AM 22    Tennessee?

09:54AM 23       A.   You asked me what I would do.

09:54AM 24       Q.   Did you meet or speak to anyone last night?

09:54AM 25       A.   No.

D. HALEY - CX BY MR. GRABLE

09:54AM 2    Q.   Did you speak to your lawyer yesterday?

09:54AM 3    A.   Yes.

09:54AM 4    Q.   After we broke?

09:54AM 5    A.   Yes.

09:54AM 6    Q.   And you understand, I don't want you to tell us what

09:54AM 7    you talked to your lawyer about, I can't ask you that, but you

09:54AM 8    understand that from the events that transpired yesterday, that

09:54AM 9    if you give testimony that the government finds to be contrary

09:54AM 10   to what they say you've told them in the past, that you may

09:54AM 11   lose the benefit of your substantial assistance?

09:54AM 12         MR. TRIPI:   Objection.   We never asked the

09:54AM 13   hypothetical that Mr. Grable did know personal knowledge.

09:54AM 14         MR. GRABLE:   I can rephrase.

09:54AM 15   Q.   You're trying to hold on to your substantial assistance

09:54AM 16   benefit?

09:54AM 17   A.   You handled that point with me, yes.   I'm very sure.

09:55AM 18   Q.   It's a concern of yours throughout your testimony?

09:55AM 19   A.   Not with my lawyer yesterday, but with you, yeah.   I'm

09:55AM 20   clear on it.

09:55AM 21   Q.   But the notion that Little Bear was put "out bad" is a

09:55AM 22   false notion, correct?   You see the evidence right in front of

09:55AM 23   you?

09:55AM 24   A.   It was something discussed but not the end result.

09:55AM 25   Q.   Did you understand my question?

1                    D. HALEY - CX BY MR. GRABLE

09:55AM  2        A.   Evidently not.

09:55AM  3        Q.   Let me try and say it again.  The notion that Andre

09:55AM  4   Jenkins was put "out bad" is a false notion, correct?

09:55AM  5        A.   Yes.

09:55AM  6        Q.   And so when you told the FBI that he was put "out bad,"

09:55AM  7   that was false, correct?

09:55AM  8        A.   I believe what I told the FBI was there was a plan to

09:55AM  9   put him "out bad".

09:55AM 10        Q.   Was it true or false that you told the FBI that he was

09:55AM 11   put "out bad"?

09:55AM 12             MR. TRIPI:  Objection, improper impeachment.

09:55AM 13             THE COURT:  Sustained.

09:55AM 14        Q.   It's bologna that he was put "out bad," correct?

09:55AM 15        A.   It wasn't bologna, it's the end result that they didn't

09:56AM 16   put him "out bad".

09:56AM 17        Q.   Throughout the testimony, as you said in various points

09:56AM 18   in time, you used the phrase, "I believe"?

09:56AM 19        A.   Yes.  You and I discussed it.

09:56AM 20        Q.   Would you agree that over the course of your testimony,

09:56AM 21   you said it more than 20 times, I believe?

09:56AM 22        A.   Yes.

09:56AM 23        Q.   And you agree with that?

09:56AM 24        A.   Yes.

09:56AM 25        Q.   And you, "for decades," have been engaged in the abuse

1                    D. HALEY - CX BY MR. GRABLE

09:56AM 2    of marijuana up until the time of your arrest, correct?

09:56AM 3        A.   Correct.

09:56AM 4        Q.   And you were also in the time leading up to your arrest

09:56AM 5    oftentimes engaged in chronic abuse of alcohol?

09:56AM 6        A.   No.

09:56AM 7        Q.   Well, when you fell down drunk and shot yourself in the

09:56AM 8    rear end, wasn't that a point in time when you were having

09:57AM 9    trouble with alcohol?

09:57AM 10               MR. TRIPI:  It was like 30 years ago.

09:57AM 11               THE COURT:  It came out.

09:57AM 12       A.   Thirty years ago, not up until my arrest.

09:57AM 13       Q.   But you had trouble with the chronic abuse of alcohol

09:57AM 14   at certain points in your life, didn't you?

09:57AM 15       A.   No.  I was drinking a lot up until the point where I

09:57AM 16   was arrested for DWI that we discussed, and after that DWI and

09:57AM 17   completing the programs, I rarely drank.

09:57AM 18       Q.   The fact of the matter is that your long-term abuse of

09:57AM 19   marijuana and alcohol had some impact on your memory, right?

09:57AM 20               MR. TRIPI:  Facts not in evidence, long-term abuse

09:57AM 21   of alcohol.

09:57AM 22               THE COURT:  Let's separate it.  You said marijuana

09:57AM 23   and alcohol, Mr. Grable.  Let's stick with the marijuana.

09:57AM 24               MR. GRABLE:  I will.  Thank you.

09:57AM 25       Q.   Your decades of using marijuana has had some effect on

7257

1                    D. HALEY - CX BY MR. GRABLE

09:57AM  2   your memory, correct?

09:57AM  3        A.   I wouldn't think so.

09:58AM  4        Q.   And you, in one of your Facebook posts that we looked

09:58AM  5   at during the direct testimony, you referred to marijuana as

09:58AM  6   chronic?

09:58AM  7        A.   As the chronic, that is slang term.

09:58AM  8        Q.   That is the slang term that people use to describe

09:58AM  9   marijuana?

09:58AM 10        A.   Yes.

09:58AM 11        Q.   And it's ironic that you would choose that word.  You

09:58AM 12   had the chronic problem from the 1970s up to 2015 with

09:58AM 13   marijuana, haven't you?

09:58AM 14        A.   Yes.

09:58AM 15        Q.   Now, when you came back to the Kingsmen Motorcycle Club

09:58AM 16   in 2012 and into the early part of 2013 when Mr. Pirk was

09:58AM 17   coming back into the club or in the discussion to become the

09:58AM 18   President of the Kingsmen Motorcycle Club, you witnessed, and

09:59AM 19   I'm not going to go back over it, and I'm orienting you, you

09:59AM 20   witnessed the interactions between Mr. Pirk and Mr. Enix

09:59AM 21   throughout 2013 and throughout 2014 as well, correct?

09:59AM 22        A.   Yes.

09:59AM 23        Q.   And you became aware now prior to Mr. Enix becoming the

09:59AM 24   Regional President of Florida, he was the Chapter President at

09:59AM 25   Lake County, correct?

1                        D. HALEY - CX BY MR. GRABLE

09:59AM 2       A.   Yes.

09:59AM 3       Q.   And who was the Regional President before him?

09:59AM 4       A.   Glen Buzzy, I believe.  I say "I believe," to the best

09:59AM 5  of my recollection.

09:59AM 6       Q.   I appreciate that you're telling us you're not

09:59AM 7  positive, but the best recollection that you have as you sit

09:59AM 8  here was Buzzy was the Regional President before Mr. Enix?

09:59AM 9       A.   Yes.

09:59AM 10      Q.   And Buzzy was your friend from the Pasco County Fire

09:59AM 11 Department?

09:59AM 12      A.   Yes.

09:59AM 13      Q.   And so when you came back into the club, would it be

09:59AM 14 fair to say that by that point, Buzzy was the Regional

10:00AM 15 President of Florida?

10:00AM 16      A.   Yes.

10:00AM 17      Q.   And did you come back into the club as a Nomad

10:00AM 18 President or was that something that happened a little later?

10:00AM 19      A.   It happened a little later.  I came back as a Nomad.

10:00AM 20      Q.   And one of the things that you hoped when you came back

10:00AM 21 into the club is with Mr. Pirk in charge as opposed to Mr.

10:00AM 22 Spry, you would have a larger leadership role within the club,

10:00AM 23 right?

10:00AM 24      A.   No.

10:00AM 25      Q.   You certainly wanted to be national Nomad President,

D. HALEY - CX BY MR. GRABLE

1

2  right?

3      A.   Yes.

4      Q.   And that would be a prominent leadership position in

5  the club?

6      A.   It is more of a figurehead more than prominent

7  leadership.

8      Q.   A number of times, you complained about not coming

9  fully in charge of the Nomads; is that correct?

10      A.   No, that's not correct.

11      Q.   At various points, you showed displeasure with Mr. Pirk

12  and others that the Nomads were engaging in certain functions

13  without you commanding them to do?

14      A.   Yes, that they were answering to Regional Presidents.

15      Q.   And you didn't like them answering to Regional

16  Presidents because you were the national Nomad President?

17      A.   That is not why.

18      Q.   And when you tried to get the club on good legal

19  footing with the hiring of the lawyer, Mr. Pirk made it clear

20  to you that he thought you screwed that up?

21      A.   He thought I what?

22      Q.   He thought you screwed it up?

23      A.   No, he didn't think I screwed it up.  He thought I

24  didn't produce what the lawyer said he was going to.  I wasn't

25  the lawyer.

7260

D. HALEY - CX BY MR. GRABLE

10:01AM 2    Q.   That was the point of Mr. Pirk relying on Mr. Enix, not

10:01AM 3    Tim Haley?

10:01AM 4    A.   Mr. Pirk was relying on Mr. Enix all along.

10:01AM 5    Q.   And when the legal were done by Mr. Enix, he seemed to

10:01AM 6    rely more on Mr. Enix and less on Tim Haley, correct?

10:02AM 7    A.   Yes.

10:02AM 8    Q.   So your understanding when you came back in the club

10:02AM 9    you might have a leadership role was diminished in some measure

10:02AM 10   with the events that unfolded in 2015, correct?

10:02AM 11   A.   Which events?

10:02AM 12   Q.   The events that included your lesser access to Mr. Pirk

10:02AM 13   and leadership and Mr. Enix's greater access to Mr. Pirk.  That

10:02AM 14   is something that you weren't happy about, correct?

10:02AM 15   A.   It wasn't an access.  We both had equal access to

10:02AM 16   David, but David would follow his advice more than mine.

10:02AM 17   Q.   Would it be fair to say around the Kingsmen clubhouses,

10:02AM 18   you were a guy that was constantly expressing his opinion about

10:02AM 19   various things?

10:02AM 20   A.   Yes.

10:02AM 21   Q.   And you would perhaps take umbrage when people didn't

10:02AM 22   listen to your opinion?

10:02AM 23   A.   Yes.

10:02AM 24   Q.   And you would take umbrage when people treated you as a

10:02AM 25   windbag?

1                      D. HALEY - CX BY MR. GRABLE

10:02AM  2          A.   I was never treated as a windbag.

10:02AM  3          Q.   Well, people, because of your long speeches in the

10:03AM  4   clubhouses, started to ignore you, correct?

10:03AM  5          A.   No.

10:03AM  6          Q.   Now, near the end of your testimony when Mr. Easton was

10:03AM  7   cross-examining you, you remember who Mr. Easton is?

10:03AM  8          A.   Yes.

10:03AM  9          Q.   And he cross-examined you yesterday; do you remember

10:03AM 10   that?

10:03AM 11          A.   Yes.

10:03AM 12          Q.   And near the end of his cross-examination of you, he

10:03AM 13   asked you about whether you had a club nickname by the name of

10:03AM 14   Snake; do you remember that?

10:03AM 15          A.   Yes.

10:03AM 16          Q.   And you told him not in the last 20 years.  Do you

10:03AM 17   remember saying that?

10:03AM 18          A.   Yes.

10:03AM 19          Q.   And you said that was a nickname that you had gotten

10:04AM 20   from your prowess in kickboxing; remember that?

10:04AM 21          A.   Yes.

10:04AM 22          Q.   Was the date of your arrest the 19th of October?

10:04AM 23          A.   Yes.

10:04AM 24          Q.   And when they arrested you in Daytona, they took you in

10:04AM 25   a room where you sat with an agent by the name Agent Brown.  Do

1                    D. HALEY - CX BY MR. GRABLE

10:04AM   2    you remember that?

10:04AM   3        A.   No.  Just a minor point, I wasn't arrested in Daytona.

10:04AM   4        Q.   So wherever you were arrested, you do recall sitting in

10:04AM   5    a room with FBI Special Agent Brown while they were waiting to

10:04AM   6    take you for processing to the courthouse?

10:04AM   7        A.   Yes.

10:04AM   8        Q.   And you sat there for about an hour, correct?

10:04AM   9        A.   That would be fair, yes.

10:04AM  10        Q.   And during that hour, that was the point in time where

10:04AM  11    you had some of the discussions we talked about earlier this

10:04AM  12    morning, where you began to discuss the topic of cooperation

10:04AM  13    with the FBI?

10:04AM  14        A.   Yes.

10:04AM  15        Q.   And that was the point in time when the FBI right at

10:05AM  16    your arrest on that day told you about the term substantial

10:05AM  17    assistance, correct?

10:05AM  18        A.   Yes.

10:05AM  19        Q.   And you understood from that discussion immediately

10:05AM  20    upon your arrest that substantial assistance was something that

10:05AM  21    could result in you getting released while your case was

10:05AM  22    pending, correct?

10:05AM  23        A.   No, I didn't relate it to getting released that day.  I

10:05AM  24    related it to how it might affect the charges long-term.

10:05AM  25        Q.   And you were concerned at that point that you were

D. HALEY - CX BY MR. GRABLE

10:05AM  2   going to be convicted of charges, correct?

10:05AM  3       A.   Yes.

10:05AM  4       Q.   You were beginning to think about ways that you may

10:05AM  5   minimize the impact of those charges in terms of the jail time

10:05AM  6   you would have to do, correct?

10:05AM  7       A.   Certainly.

10:05AM  8       Q.   And the hour or so that you spent on your arrest in the

10:05AM  9   room with Agent Brown, they read you your rights, but you did a

10:05AM 10   lot of talking, correct?

10:06AM 11       A.   Yes.

10:06AM 12       Q.   That is sort of your habit.  You do a lot of talking,

10:06AM 13   right?

10:06AM 14       A.   Yes.

10:06AM 15       Q.   And that was certainly true that day, the day of your

10:06AM 16   arrest, correct?

10:06AM 17       A.   Yes.

10:06AM 18       Q.   And at the point in time where another agent came in to

10:06AM 19   process for you to be taken over to the courthouse, you talked

10:06AM 20   about your nickname Snake, didn't you?

10:06AM 21       A.   I don't recall that.

10:06AM 22       Q.   I'd like to play, Judge -- we have a disc that has been

10:06AM 23   marked 3589.3 and I would like to play a portion of it.  We

10:06AM 24   have it cued up.

10:06AM 25                   MR. TRIPI:  Judge, I would like to view it before

7264

1                    D. HALEY - CX BY MR. GRABLE

10:06AM  2    it gets viewed.

10:06AM  3              THE COURT:  Let's do this.  Let's take a break.

10:06AM  4    Let's plan on a 10-minute break or so.  How long is the video?

10:06AM  5              MR. GRABLE:  A minute maybe.  The video itself is

10:06AM  6    an hour.

10:06AM  7              THE COURT:  But we're not doing that, right?

10:06AM  8              MR. GRABLE:  Correct.

10:06AM  9              THE COURT:  Let's plan on 10 minutes.  We'll see

10:06AM 10    you back here shortly.

10:07AM 11              (Whereupon, the jury is escorted from the

10:07AM 12    courtroom.)

10:07AM 13              THE COURT:  Mr. Haley, you can step down and step

10:07AM 14    out of the courtroom if you would.

10:07AM 15              MR. TRIPI:  Your Honor, I guess my objection is we

10:07AM 16    can play the video for Mr. Haley if that refreshes his

10:07AM 17    recollection.  Then he answers in the affirmative and we don't

10:08AM 18    need to play the extrinsic evidence in the jury.

10:08AM 19              THE COURT:  If it's inconsistent with what he said

10:08AM 20    to Mr. Easton.

10:08AM 21              MR. TRIPI:  That's true.  I neglected to recall.

10:08AM 22              THE COURT:  Let's see what it says.

10:08AM 23              MR. GRABLE:  So we can play it whenever you're

10:08AM 24    ready.  So we would play two portions.  The first would be

10:08AM 25    right at the beginning without audio, just to orient Mr. Haley

                        1              USA VS. D. PIRK, A. JENKINS & T. ENIX

10:08AM     2    to the fact we're talking about the situation that I described.

10:08AM     3              Sarah, if you could play the first little piece

10:08AM     4    without audio.

10:08AM     5              THE COURT:  Got his hair cut.

10:08AM     6              MR. GRABLE:  We'll pause it there and I'll ask him

10:08AM     7    if that is him, and these are the circumstances we're talking

10:08AM     8    about and then I go to 3805 and we would play this with audio.

10:08AM     9    (Video is played. )

10:09AM    10              MR. TRIPI:  I didn't hear him.  His nickname is

10:09AM    11    Snake and I heard the bosses would say he is a snake.

10:09AM    12              MR. GRABLE:  If you asked him, he said 20 years.

10:09AM    13              MR. TRIPI:  I think if you go back a minute, I

10:09AM    14    don't think he says he was called Snake.

10:09AM    15              THE COURT:  Let's do that.

10:10AM    16              MR. TRIPI:  I disagree that it's a nickname at

10:10AM    17    that juncture, your Honor, and that is the purpose it's offered

10:10AM    18    for.

10:11AM    19              THE COURT:  I just want to pull up Mr. Easton's

10:11AM    20    cross.

10:11AM    21              MR. GRABLE:  Judge, I may have a copy.  May I

10:11AM    22    approach?

10:11AM    23              THE COURT:  Sure, of course.  All right.  Looking

10:12AM    24    at and refreshing my recollection as to Mr. Easton's cross, it

10:12AM    25    was clearly in the context of a nickname.  It was replaced with

1                   USA VS. D. PIRK, A. JENKINS & T. ENIX

10:12AM  2    Masse's Weirdo, Enix is Blaze, Caruso is Filly, and you're

10:12AM  3    Snake.  You're called Snake.  He says not in 20 years.  He is

10:12AM  4    not saying there that his nickname is Snake.  He is saying he

10:12AM  5    would be called Snake.  I'm not saying you can't get him back

10:12AM  6    in here and ask him, isn't it true that if you were to ask

10:12AM  7    other members of the Kingsmen about you, they would call you a

10:12AM  8    snake, and if he says "no," then this gets admitted.  But if he

10:12AM  9    says "yes," then it's consistent with what he says to the

10:12AM 10    agent.

10:12AM 11              MR. GRABLE:  Judge, I take the position this is

10:12AM 12    inconsistent with his testimony.  He clearly here in the video

10:12AM 13    is saying today they would say I'm Snake.  He is saying in the

10:13AM 14    testimony in response to Mr. Easton yesterday, they haven't

10:13AM 15    called him Snake in 20 years.

10:13AM 16              THE COURT:  He is saying it's not a nickname that

10:13AM 17    has been used in 20 years.  Mr. Easton's cross is clearly

10:13AM 18    conditioned on nicknames.

10:13AM 19              MR. GRABLE:  And he is, essentially, making the

10:13AM 20    admission on the video that he won't make here unless we play

10:13AM 21    the video, that is someone called Snake and thrown in and out

10:13AM 22    of the club and he impeaches, it was, a kickboxing, and he

10:13AM 23    aggrandized himself to the jury and he should be made to

10:13AM 24    respond.

10:13AM 25              THE COURT:  And get him back in and ask him isn't

1            USA VS. D. PIRK, A. JENKINS & T. ENIX

10:13AM  2   it true that people in the clubhouse would call you a snake and

10:13AM  3   if you were to ask people about Tim Haley, they would refer to

10:13AM  4   you as a snake.

10:13AM  5            MR. TRIPI:  I object to that as hearsay grounds.

10:13AM  6            THE COURT:  It's not coming in offered for truth.

10:13AM  7   It's offered for perception of the other Kingsmen.

10:13AM  8            MR. TRIPI:  Objection.

10:13AM  9            THE COURT:  I'll overrule the objection.  I'll let

10:13AM 10   you ask him that.  And he either says yes, they would refer to

10:14AM 11   me as a Snake, and then it's not inconsistent.  And if he says

10:14AM 12   no, nobody would refer to me that way, use this language.  The

10:14AM 13   basis for getting this in is Mr. Easton's cross.  Nicknames

10:14AM 14   aren't -- people known by nicknames.  Aren't you known by the

10:14AM 15   nickname Snake, and he says not in 20 years.  I don't hear this

10:14AM 16   at all referencing that is my nickname or that is my alias.  He

10:14AM 17   is referring to the term Snake in the derogatory manner based

10:14AM 18   on his behavior.  It's not a nickname.

10:14AM 19            MR. GRABLE:  He could be redirected on that.  That

10:14AM 20   is certainly an issue of weight.  I don't know that is an issue

10:14AM 21   of admissibility if the government wants to say what did you

10:14AM 22   mean when you said it in the context of interview.

10:14AM 23            THE COURT:  The Court has a lot of discretion to

10:14AM 24   determine what is inconsistent or not and I don't view that

10:15AM 25   statement by Mr. Haley to Agent Brown is inconsistent with what

1          USA VS. D. PIRK, A. JENKINS & T. ENIX

10:15AM   2    he said to Mr. Easton on cross-examination.  That is my ruling,

10:15AM   3    but I will allow you to elicit that testimony.  Mr. Tripi can

10:15AM   4    object.  I'll allow you to elicit the testimony, and if he

10:15AM   5    denies it, then it's fair game to introduce it.

10:15AM   6              MR. TRIPI:  I think I know the result of the

10:15AM   7    objection which I probably won't object.

10:15AM   8              THE COURT:  You are welcome to.

10:15AM   9              So let's take a quick break.  If Jim has 10

10:24AM   10   minutes, I won't take a break of redirect.

10:24AM   11             MR. TRIPI:  Two things sort of go towards -- it's

10:24AM   12   the government's position that Mr. Haley is hostile to the

10:24AM   13   Government's theory of the case with regard to Tim Enix as a

10:24AM   14   peacemaker, and with regard to wanting drug dealers out of the

10:24AM   15   organization, and with regard to, specifically, Haley saying he

10:24AM   16   didn't want to do be in a criminal organization.  That is three

10:24AM   17   areas where I look to impeach him.  I point the Court to *United*

10:24AM   18   *States vs.* Isan.  I don't know if that is the case you cited

10:24AM   19   yesterday.  In that case, they did it with 11 out of 75

10:24AM   20   witnesses.

10:24AM   21             (Whereupon, Messrs. Pirk and Enix were escorted

10:24AM   22   into the courtroom.)

10:24AM   23             THE COURT:  They were calling them knowing that

10:24AM   24   they didn't believe them to begin with.

10:24AM   25             MR. TRIPI:  And so although there was some of that

7269

1                    USA VS. D. PIRK, A. JENKINS & T. ENIX

10:25AM   2    equivocation in his 302s on some of those topics, he never once

10:25AM   3    mentioned May 2016, he in fact fingers Mr. Enix as one of the

10:25AM   4    people behind the murder.  He never refers to him as a

10:25AM   5    peacemaker.  The day of the arrest, he essentially --

10:25AM   6                    THE COURT:  Say that again.  First in May of 2016,

10:25AM   7    he in fact fingers Mr. Enix as someone behind the murder?

10:25AM   8                    MR. TRIPI:  Absolutely.  Because he has Facebook

10:25AM   9    posts to other Kingsmen.  He says I know for a fact Pirk, Enix

10:25AM  10    and Green were behind the murders.  They interview them and he

10:25AM  11    backs off the personal knowledge, and he says I came to the

10:25AM  12    conclusion that Enix, Pirk and Green were behind the murders,

10:25AM  13    and he explains how he came to that conclusion.  Never once did

10:25AM  14    he ever characterize any of the three of them, much less Mr.

10:25AM  15    Enix as a peacemaker in any context.  Again, on the day he is

10:26AM  16    arrested, he invokes, he doesn't characterizes him as a

10:26AM  17    peacemaker.  And proffer one, proffer two and proffer three,

10:26AM  18    and before your Honor, never characterizes anyone as a

10:26AM  19    peacemaker.  So I'm going to cross-examine him on the topic.

10:26AM  20                    What we have is someone who is a Kingsman 40 years

10:26AM  21    on or off throughout their life.  Mr. Haley clearly was in the

10:26AM  22    inner circle with Mr. Pirk and Mr. Enix, but is friends with

10:26AM  23    Mr. Enix's son, Tank, the one that called him to the South

10:26AM  24    Buffalo confrontation.  Known Mr. Pirk 40 years, got brought

10:26AM  25    back to the organization by Mr. Pirk.  Clearly there is enough

1                    USA VS. D. PIRK, A. JENKINS & T. ENIX

10:26AM  2    evidence in the record to show he is adverse to the government.

10:26AM  3    In a lot of ways he is still aligned with them.

10:26AM  4                    THE COURT:  With the Kingsmen.

10:26AM  5                    MR. TRIPI:  Yes.  His family started the Kingsmen.

10:26AM  6    It's clear that he is trying to -- he is a mixed bag up here

10:27AM  7    and the government is allowed to impeach him on areas that

10:27AM  8    don't support the government's theory of the case that would be

10:27AM  9    true with respect to drug dealing.  He admitted before your

10:27AM  10   Honor the purposes of the Kingsmen were drug dealing and

10:27AM  11   maintaining drug premises and he repeatedly made mention of

10:27AM  12   wanting to get the drug dealers out.

10:27AM  13                   The last thing that happened before he testified a

10:27AM  14   proffered before he pled your Honor and then he testified

10:27AM  15   clearly by the time he admits under oath to your Honor that the

10:27AM  16   organization, he was in agreement that there was drug

10:27AM  17   distribution and you would expect that to be clear on the stand

10:27AM  18   and it was far from it.

10:27AM  19                   So I believe I can impeach him in that area and

10:27AM  20   cross-examine him and impeach with an inconsistent statement,

10:27AM  21   cross-examine him on his relationship to Pirk and the Kingsmen

10:27AM  22   in general, and cross-examine him on redirect as it relates to

10:28AM  23   the one-percent notion.  He has a multitude -- and in his own

10:28AM  24   indictment, where he describes the Kingsmen as a one-percent,

10:28AM  25   contradicts the testimony that he has on the stand today.

1              USA VS. D. PIRK, A. JENKINS & T. ENIX

10:28AM  2              THE COURT:  I thought he said they are one-percent

10:28AM  3    but not in name.  That is how I understood.

10:28AM  4              MR. TRIPI:  He said that, but two questions later,

10:28AM  5    he said "no."  You know, it's clear, if you look at his

10:28AM  6    Facebooking, the Kingsmen are a one-percent club and he is

10:28AM  7    posting that right in the time period that Mr. Pirk is the

10:28AM  8    National President.  And so I believe I can cross-examine him

10:28AM  9    on that as well.  So that is a topic, and I had a couple other

10:28AM 10    cases other than that one, if you're interested.  I think he is

10:28AM 11    seen as the most persuasive in that line.

10:28AM 12              And then I kind of sat back waiting for a while

10:28AM 13    because we've had maybe three or four cross-examinations or

10:29AM 14    three or four witnesses where they leave the imperfect

10:29AM 15    education, that "substantial assistance" is a term the

10:29AM 16    government made up.  It's the standard in 5K1.1.

10:29AM 17              I'm asking the Court to take judicial notice and

10:29AM 18    instruct the jury as to the requirement of 5K1.1 that is

10:29AM 19    written in the cooperation agreement.  They're leaving the

10:29AM 20    impression that it is a Joe Tripi word they made up, but it's

10:29AM 21    the law.

10:29AM 22              THE COURT:  You're asking to take judicial notice?

10:29AM 23              MR. TRIPI:  And instruct the jury to what 5K1.1 --

10:29AM 24    I ask you to read 5K1.1(a) through 5 upon motion of the

10:29AM 25    government, stating the defendant has provided substantial

1                   USA VS. D. PIRK, A. JENKINS & T. ENIX

10:29AM  2      assistance in the investigation or prosecution of another

10:29AM  3      person that committed an offense.

10:29AM  4                   The Court may depart from the Guidelines and go

10:29AM  5      into subparagraph A-1 through 5.  I would like that read to the

10:29AM  6      jury.

10:30AM  7                   THE COURT:  Okay.  Let's hear from defense

10:30AM  8      counsel.  We'll start with judicial notice of 5K1.1.

10:30AM  9                   MR. CONNORS:  The only way that term has been used

10:30AM 10      is to quote the plea agreement that was the reference to it.

10:30AM 11      It's in the plea agreement as a section in the plea agreement

10:30AM 12      pointing out that he signed an agreement that said he has to

10:30AM 13      not just be truthful, which is what some witnesses have said.

10:30AM 14      They have to provide substantial assistance.  There is no

10:30AM 15      reference we made this up or suggested that Joe made it up or

10:30AM 16      it's a government term.  We took it from the plea agreement and

10:30AM 17      questioned the witnesses on that topic.

10:30AM 18                   THE COURT:  Why would it be inappropriate to take

10:30AM 19      judicial notice as a provision of the statute that there is

10:30AM 20      something to their plea agreement?

10:31AM 21                   MR. CONNORS:  Right now, the cross-examination is

10:31AM 22      what it is.  It's a matter for summation.  Also, I just think

10:31AM 23      it would draw undue innocence and underscore a point by the

10:31AM 24      Court, which shouldn't erode any of the cross-examination.

10:31AM 25                   THE COURT:  Okay.  This is what I will let you do.

7273

                    USA VS. D. PIRK, A. JENKINS & T. ENIX

10:31AM  2         MR. TRIPI:  I want it done on redirect, just to be

10:31AM  3    clear.

10:31AM  4         THE COURT:  I'll let you redirect him about the

10:31AM  5    Sentencing Guidelines.  Okay.

10:31AM  6         MR. TRIPI:  If he doesn't know, I can read it in.

10:31AM  7         THE COURT:  Yes, I'll let you do that.

10:31AM  8         MR. TRIPI:  Can I borrow your book?

10:31AM  9         THE COURT:  Yes, nice and clean, and if defense

10:31AM 10    has an objection to it, you're welcome to make an objection and

10:31AM 11    I'll allow Mr. Tripi to do that.

10:31AM 12         MR. TRIPI:  I'll get a photocopy.  Thank you.

10:31AM 13         MR. CONNORS:  Why not use a document that has been

10:31AM 14    marked with an agreement?

10:31AM 15         THE COURT:  Because the Sentencing Guidelines, the

10:31AM 16    plea agreement makes reference to 5K1.1 and then uses language

10:31AM 17    from 5K1.1.  But it's 5K1.1 which is the operating triggering

10:32AM 18    provision from the Sentencing Guidelines that is applicable to

10:32AM 19    the plea agreement.  The plea agreement doesn't operate

10:32AM 20    separate and apart from 5K1.1.

10:32AM 21         MR. CONNORS:  That may very well be true at the

10:32AM 22    time of sentencing, but now to bolster that issue with another

10:32AM 23    document that is clearly hearsay, it would be an improper

10:32AM 24    method of rehabilitating the witness.

10:32AM 25         THE COURT:  I'll take judicial notice that this is

1        USA VS. D. PIRK, A. JENKINS & T. ENIX

10:32AM 2   the Sentencing Guidelines given the cross.  I agree with Mr.

10:32AM 3   Tripi the suggestion has been that the government is coming up

10:32AM 4   with the substantial assistance and I think it's important for

10:32AM 5   government to have an opportunity to elicit the fact that this

10:32AM 6   is a provision in the Sentencing Guidelines that allows the

10:32AM 7   government to enter into these kinds of agreements, and then if

10:32AM 8   appropriate, make a motion.

10:32AM 9        MR. CONNORS:  To require substantial assistance.

10:33AM 10        THE COURT:  To require substantial assistance

10:33AM 11   before a motion for 5K1.1.

10:33AM 12        MR. CONNORS:  I -- I think giving the stamp of

10:33AM 13   approval of the section of the Guidelines or any section of the

10:33AM 14   law would be an improper way of bolstering their

10:33AM 15   rehabilitation.  I respectfully object.

10:33AM 16        THE COURT:  Okay.  Defendants' counsels'

10:33AM 17   objections are noted for the record.

10:33AM 18        MR. EASTON:  Join.

10:33AM 19        THE COURT:  Mr. Covert, I assume you join.

10:33AM 20        MR. COVERT:  Sure.

10:33AM 21        MR. CONNORS:  And on the peacemaker issue.

10:33AM 22        THE COURT:  So, going back to the

10:33AM 23   cross-examination on the peacemaker issue, drug dealing issue,

10:33AM 24   and then his relationship with Pirk, Enix, the one-percent

10:33AM 25   notion.

1          USA VS. D. PIRK, A. JENKINS & T. ENIX

10:33AM  2          MR. CONNORS:  Let me speak to the peacemaker and

10:33AM  3    others can speak to the others as well.  As I recall the

10:33AM  4    testimony of Haley, he mentioned Tim as a peacemaker in the

10:33AM  5    context of either meetings with Mr. Pirk or it was in a

10:34AM  6    discrete context about an interaction between people.  That is

10:34AM  7    what he said and there is no evidence to the contrary with

10:34AM  8    respect to that, that Tim was anything other than a peacemaker.

10:34AM  9          All of the witnesses have said that with regard to

10:34AM 10    the South Buffalo confrontation and with regard to the post,

10:34AM 11    the South Buffalo confrontation issues.  So that fact that is

10:34AM 12    in the record right now does not open him up to go back and

10:34AM 13    cross-examine him on all of the other issues that Mr. Tripi

10:34AM 14    suggested are permissible by virtue if it's a disappointment.

10:34AM 15    I don't think it's a disappointment.  I think it's consistent

10:34AM 16    with what the other witnesses have said.  The scope of allowing

10:34AM 17    this broad swath of cross-examination of this witness is not

10:34AM 18    justified by the simple statement on his direct that he

10:34AM 19    accurately identified Tim's role as a peacemaker in one or two

10:34AM 20    discrete events.

10:35AM 21          MR. TRIPI:  To be specific, the discrete event was

10:35AM 22    when Mr. Pirk was talking about whacking Special Ed and Caruso,

10:35AM 23    and he volunteered it as a peacemaker and Mr. Grable went back

10:35AM 24    to it again.  And so that is totally contradictory from the May

10:35AM 25    of 2016 interview and every time he was interviewed since by

1                    USA VS. D. PIRK, A. JENKINS & T. ENIX

10:35AM   2     omission and direct statements, that Enix was behind the

10:35AM   3     murders, along with Pirk and Green that Jenkins committed.

10:35AM   4              So that discrete situation for him to throw

10:35AM   5     "peacemaker" out there here in court is inconsistent with

10:35AM   6     everything he ever said to the government on these topics prior

10:35AM   7     to obtaining his plea agreement, which was essentially the last

10:35AM   8     day we spoke to him before briefly meeting him Sunday and then

10:35AM   9     putting him on the stand on Monday.

10:35AM   10             So that was a total surprise and the Court is

10:36AM   11    permitted to rely upon the surprise of the government when you

10:36AM   12    hear the term "peacemaker" uttered by a witness about a key

10:36AM   13    conversation, and the government doesn't get to appeal.  Our

10:36AM   14    option is to confront him right now and that is what I'm asking

10:36AM   15    to do.

10:36AM   16             MR. CONNORS:  Well, I think, your Honor, just to

10:36AM   17    respond, if there was contained in a 302 or in a statement that

10:36AM   18    Haley had previously said that Tim was not a peacemaker in the

10:36AM   19    discrete context with reference to Mr. Pirk, if there was a

10:36AM   20    302, Tim wanted him to be whacked, too, then you might have an

10:36AM   21    argument to permit that type of impeachment.

10:36AM   22             Now, I don't know if Joe anticipates doing this.

10:37AM   23    We all know this guy doesn't know anything about the murders or

10:37AM   24    how they happened.  He names Emmett Green and Pirk and Tim.  He

10:37AM   25    is all over the line.  That would be serious grounds for error

1                 USA VS. D. PIRK, A. JENKINS & T. ENIX

10:37AM  2      or mistrial.

10:37AM  3                  THE COURT:  You're not suggesting to do that.

10:37AM  4                  MR. TRIPI:  To do what?

10:37AM  5                  THE COURT:  Lead.  How you -- what the context

10:37AM  6      that it happened.

10:37AM  7                  MR. TRIPI:  That was context.  I'm not bringing

10:37AM  8      out his opinion that Pirk, Enix and Green were behind the

10:37AM  9      murders.  I'm not going to have him testify to that.  I'm going

10:37AM 10      to cross-examine him on May 16th, 2016, you were interviewed.

10:37AM 11      You never described Tim Enix as a peacemaker at any point in

10:37AM 12      that interview with Agent Brown, correct?  Correct.  And you

10:37AM 13      never discussed with the government when you discussed the

10:37AM 14      conversation about Pirk whacking Filly.  You never mentioned

10:38AM 15      peacemaker, correct?  But crossing him on those foundations,

10:38AM 16      I'm allowed to do that.

10:38AM 17                  MR. CONNORS:  The evidence has to establish that

10:38AM 18      he was asked that question about a role or he was asked about

10:38AM 19      that role, and therefore, it becomes then inconsistent.  If he

10:38AM 20      was never asked in the video, he doesn't mention Tim Enix.

10:38AM 21                  MR. TRIPI:  Doesn't have to be an inconsistent

10:38AM 22      statement to impeach him.  He is asked a million questions and

10:38AM 23      never describes Tim Enix as coming as peacemaker when Pirk is

10:38AM 24      mentioning whacking.  That is pretty damned good evidence.

10:42AM 25                  THE COURT:  All right.  What about the drug

1                    USA VS. D. PIRK, A. JENKINS & T. ENIX

10:42AM  2    dealing proposal, the fact he was aware of the drug dealing?

10:42AM  3              MR. GRABLE:  Judge, we make the same objection.

10:42AM  4    There is not a foundation to establish this is a prior

10:42AM  5    inconsistency at the present time statement.

10:42AM  6              THE COURT:  Or just that he is a hostile witness

10:42AM  7    on that issue.  I mean, he certainly -- he smoked marijuana,

10:42AM  8    but he seems to suggest that there was this aversion to real

10:42AM  9    bad drug dealers and that is inconsistent with what he pled

10:42AM 10    guilty to.

10:42AM 11              MR. GRABLE:  He admitted on cross with me

10:42AM 12    yesterday afternoon he was dealing pills with various Kingsmen,

10:42AM 13    so he came clean on that with cross.

10:42AM 14              THE COURT:  And the one-percent, his relationship

10:42AM 15    with Pirk and Enix.

10:42AM 16              MR. GRABLE:  Refresh my memory.

10:42AM 17              THE COURT:  The Kingsmen weren't a one-percent

10:43AM 18    club.

10:43AM 19              MR. GRABLE:  Again, I don't think he was

10:43AM 20    inconsistent.  My recollection is the same as the Court.  We

10:43AM 21    weren't in name, but we were in function.

10:43AM 22              MR. TRIPI:  His testimony on cross with Mr.

10:43AM 23    Easton, he talked about coming back with Mr. Pirk, but he

10:43AM 24    wouldn't join a criminal organization.

10:43AM 25              MR. EASTON:  Can I be heard on that?

1      USA VS. D. PIRK, A. JENKINS & T. ENIX

10:43AM 2          THE COURT:  Sure.

10:43AM 3          MR. EASTON:  We questioned him further on whether

10:43AM 4    the Kingsmen were a one-percent club and I pushed him as far as

10:43AM 5    I could and he ultimately said, although the Kingsmen were

10:43AM 6    adopting one-percent tactics of a one-percent club, but were

10:43AM 7    not a one-percent club.  That is absolutely consistent with

10:43AM 8    what he maintained in all of the 302s.  And I direct the Court

10:43AM 9    to 3589.6.

10:43AM 10         THE COURT:  I have all of the exhibits.

10:43AM 11         MR. EASTON:  I have an extra for the Court.  Page

10:43AM 12   17, this is consistent with all of this, over 60 pages of 302s.

10:44AM 13   AUSA Tripi showed Haley a copy of a Facebook post that he

10:44AM 14   posted on July 21st, 2014.  Haley said he was talking up in the

10:44AM 15   post, but the KMC was not a one-percent club.  Haley said a

10:44AM 16   one-percent club is more violent and more involved in criminal

10:44AM 17   activity than a non-one-percent.  Consistent with that, in

10:44AM 18   another 302, he described the division in the KMC between those

10:44AM 19   people that wanted to remain under Spry to be a non-one-percent

10:44AM 20   club and those in the middle that wanted to adopt a one-percent

10:44AM 21   sort of mentality but not be a one-percent club.  And those

10:44AM 22   that were fully in the one-percent club that Haley indicated

10:44AM 23   were Special Ed, Caruso and one other person, but clearly not

10:44AM 24   Pirk and himself.  So he has been absolutely consistent on that

10:45AM 25   point throughout his testimony, and to allow the government to

1                    USA VS. D. PIRK, A. JENKINS & T. ENIX

10:45AM  2    impeach him now on that point is inconsistent.  It's not that

10:45AM  3    has always been his position.  I pushed him as far as I could.

10:45AM  4    He maintained his consistent position that it was not a

10:45AM  5    one-percent club, and I think he would concede they are not a

10:45AM  6    one-percent club.  They're not affiliated with a one-percent

10:45AM  7    club.  They made extra efforts to extenuate to independent and

10:45AM  8    non-affiliation.  And I think that the government is not

10:45AM  9    allowed to impeach them or attack them as he is inconsistent on

10:45AM  10   the point on one thing.  He was inconsistent and that is the

10:45AM  11   one-percent.

10:45AM  12               MR. TRIPI:  Accept he pleads guilty before your

10:45AM  13   Honor after all of that and he acknowledged in the Facebook

10:45AM  14   post, he described the Kingsmen as a collection of gangsters

10:45AM  15   and tough guys.  Some of them made the reputation dealing

10:45AM  16   cocaine and others risked their lives.  That is what -- exactly

10:45AM  17   what I'm going to cross-examine him.

10:46AM  18               MR. EASTON:  But he said the government can probe.

10:46AM  19   That is in the proffers.

10:46AM  20               MR. TRIPI:  Proffer is not the trial.

10:46AM  21               MR. EASTON:  I'm not saying it is.

10:46AM  22               THE COURT:  I'm done.  This is what I'll allow the

10:46AM  23   government to do.  I agree with you, he is hostile when it

10:46AM  24   comes to his characterization of Mr. Enix.  I'm looking at the

10:46AM  25   notes from yesterday and he initially does not recall even that

1           USA VS. D. PIRK, A. JENKINS & T. ENIX

10:46AM  2   Mr. Enix is at this meeting with Mr. Pirk at the Lake County

10:46AM  3   clubhouse, and when pressed as to what Mr. Enix was saying, he

10:46AM  4   was saying that Mr. Enix was coming as a peacemaker and saying

10:46AM  5   things like, "we just need to handle the board stuff."  In

10:46AM  6   other words, the Board of Directors of the Kingsmen.  "We don't

10:46AM  7   need to worry about what is going on with these guys in New

10:46AM  8   York and the Nomads."  He is saying these guys just want to

10:46AM  9   deal dope and deal drugs and we are not going to have it.  We

10:46AM 10   don't have to pay attention to this.  I accept Mr. Tripi's

10:47AM 11   representation that is not consistent with what Mr. Haley --

10:47AM 12           MR. TRIPI:  -- pled guilty to.

10:47AM 13           THE COURT:  Not only pled guilty to, but what he

10:47AM 14   represented in any meetings, and I already ruled yesterday that

10:47AM 15   you could treat him as a hostile witness on this point.  And

10:47AM 16   you can treat him as a hostile witness on that point.  You can

10:47AM 17   also treat him as a hostile witness on his backtracking from

10:47AM 18   the fact that the Kingsmen Motorcycle Club was involved in drug

10:47AM 19   trafficking.

10:47AM 20           Again, he pled guilty to it.  He admitted it under

10:47AM 21   oath in front of me and he backtracked from that, as far as I'm

10:47AM 22   concerned, on the witness stand.  You cannot treat him as a

10:47AM 23   hostile witness with respect to his characterization of the

10:47AM 24   Kingsmen Motorcycle Club as a one-percent club.  I thought he

10:47AM 25   was -- based on what Mr. Easton just represented, he said in

7282

1                 USA VS. D. PIRK, A. JENKINS & T. ENIX

10:47AM  2    the 302s as well as what he said on the witness stand, he said

10:47AM  3    they were in function but not in name.

10:47AM  4                 MR. TRIPI:  Can I just make two very quick points.

10:47AM  5    That is the only point I was going to use as an inconsistent

10:48AM  6    statement because he said they are not, but in a Facebook post,

10:48AM  7    and it's in his indictment, December 6th, 2012, the indictment

10:48AM  8    under which he pled guilty to, he described the Kingsmen Nomads

10:48AM  9    as, quote, "an elite group of one-percenters within the club,"

10:48AM 10    and then on July 21st, 2014, he said, he made the post where he

10:48AM 11    said, we don't fly the one-percent logo only because it's a

10:48AM 12    RICO predicate, not because any F'ing body says we can't," and

10:48AM 13    then goes on to talk about drug dealing.

10:48AM 14                 THE COURT:  You can cross him on that.  I'm saying

10:48AM 15    you can't treat him as a hostile witness.  You can

10:48AM 16    cross-examine him.  You can use that as an inconsistent

10:48AM 17    statement, but I don't think you have to qualify somebody as

10:48AM 18    hostile.  Maybe you do.  I don't see you have to qualify

10:48AM 19    somebody as a hostile witness on a particular subject matter to

10:49AM 20    be able to impeach them on the subject matter.

10:49AM 21                 MR. TRIPI:  Yes, your Honor.

10:49AM 22                 THE COURT:  To the extent you do, you can

10:49AM 23    cross-examine him on the inconsistency of the present-time

10:49AM 24    statements.

10:49AM 25                 MR. TRIPI:  No leading.

1          USA VS. D. PIRK, A. JENKINS & T. ENIX

10:49AM  2          THE COURT:  Yes.

10:49AM  3          MR. GRABLE:  Two points of clarification.  Can we

10:49AM  4  have an instruction that the impeached information doesn't fall

10:49AM  5  under 801(D)(1)(a)?

10:49AM  6          MR. TRIPI:  I object to that.  To the extent I

10:49AM  7  offer inconsistent statements, that would be fine.  To the

10:49AM  8  extent I'm cross-examining him on areas that is substantive

10:49AM  9  evidence, I'm going to be arguing to the jury, don't believe

10:49AM 10  Haley on these areas, believe him on these areas, and it's

10:49AM 11  going to be substantive evidence.

10:49AM 12          THE COURT:  But the inconsistent statement that

10:49AM 13  you're using, well, an inconsistent statement would be coming

10:49AM 14  in as substantive evidence.

10:49AM 15          MR. GRABLE:  Under 801(D)(1)(a), if it's under

10:50AM 16  penalty of perjury.

10:50AM 17          THE COURT:  It was, though, if he said that at the

10:50AM 18  plea hearing.

10:50AM 19          MR. TRIPI:  That's true.

10:50AM 20          MR. GRABLE:  I don't know.

10:50AM 21          THE COURT:  You might need to have the ability to

10:50AM 22  cross-examine.

10:50AM 23          MR. TRIPI:  Just under oath.  It references

10:50AM 24  deposition as well.  What he said at the plea hearing, to the

10:50AM 25  extent it's inconsistent with what he is saying now, comes in

7284

1          USA VS. D. PIRK, A. JENKINS & T. ENIX

10:50AM  2   substantively.

10:50AM  3          MR. GRABLE:  I don't think there is anything at

10:50AM  4   the plea hearing about "peacemaker."

10:50AM  5          THE COURT:  I agree with you.  I think the

10:50AM  6   "peacemaker" aspect of it is not coming in for truth.

10:50AM  7          MR. GRABLE:  We'll request an instruction on that

10:50AM  8   one.  And also, I may have misheard.  I thought I heard

10:50AM  9   reference in Mr. Tripi's proffer to opinions that Mr. Haley

10:50AM 10   made about who is responsible for homicides.  I don't think Mr.

10:51AM 11   Tripi intends to get too into that.

10:51AM 12          THE COURT:  Mr. Connors is saying that would be

10:51AM 13   improper, and I said to Mr. Tripi, "You're not trying to get

10:51AM 14   into that."  And he said, "no."

10:51AM 15          MR. GRABLE:  In one of the last areas of cross, I

10:51AM 16   do intend to ask him about the fact that just generally, the

10:51AM 17   fact that there were rumors swirling around and the fact that

10:51AM 18   he put the rumor out that Emmett Green was out there.

10:51AM 19          MR. TRIPI:  That is a shield and sword.

10:51AM 20          THE COURT:  If you do that, then he is entitled to

10:51AM 21   say that he put it out with Pirk and Enix.

10:51AM 22          MR. GRABLE:  I was going to elicit from him it was

10:51AM 23   a false rumor.

10:51AM 24          MR. TRIPI:  It's his firmly held belief.

10:51AM 25          THE COURT:  You go down that road, you're

7285

1                USA VS. D. PIRK, A. JENKINS & T. ENIX

10:51AM  2    completely opening the door to his opinions about Mr. Pirk and

10:51AM  3    Mr. Enix.  You can get into the fact there were rumors

10:51AM  4    circulating.  I'll even allow you to ask him whether or not he

10:52AM  5    was putting out false rumors.  But if you get specifically --

10:52AM  6    if you get into the specifics of it, then you're opening the

10:52AM  7    door to the specifics of it, including what he was saying about

10:52AM  8    Mr. Pirk and Mr. Enix.

10:52AM  9                MR. GRABLE:  Okay.  Understood.

10:52AM 10                MR. COVERT:  I want to confirm, yesterday when we

10:52AM 11    got into the racially charged Facebook post, the Court advised

10:52AM 12    how to handle it and not open any doors.  I want to confirm no

10:52AM 13    doors were opened by what I did yesterday.

10:52AM 14                THE COURT:  You're not going to get back into the

10:52AM 15    racial issue.

10:52AM 16                MR. TRIPI:  I'm sorry, I missed the first part.

10:52AM 17                THE COURT:  The racial issue, are you going to try

10:52AM 18    to redirect on that?

10:52AM 19                MR. TRIPI:  No.  What he said, he is a jerk for

10:52AM 20    saying it.  I'm not going to rehabilitate that.

10:52AM 21                MR. COVERT:  Thank you.

10:52AM 22                THE COURT:  Anything else?  All right.  Let's get

10:52AM 23    Mr. Haley back in here.

10:54AM 24                MR. CONNORS:  And I take it the objections are

10:54AM 25    preserved.

7286

1              T. HALEY - CX BY MR. GRABLE

10:54AM  2              THE COURT:  Anything we just discussed on the

10:54AM  3  record.  We don't have to interrupt the testimony.  Your

10:54AM  4  objections are preserved.

10:54AM  5              MR. CONNORS:  Thank you.

10:54AM  6              THE COURT:  Are you going to get into the plea

10:54AM  7  agreement?

10:54AM  8              MR. TRIPI:  I'm going to cross-examine him on the

10:55AM  9  things he admitted.  I might use it and not admit it.

10:55AM 10              THE COURT:  Come on in, Mr. Haley.

10:55AM 11              (Witnesses retakes the witness stand.)

10:55AM 12              (Whereupon, the jury is escorted into the

10:55AM 13  courtroom.)

10:55AM 14              THE COURT:  All right, folks.  Thank you for your

10:55AM 15  patience.  Have a seat everybody.  Mr. Grable, please continue

10:55AM 16  with your cross whenever you're ready.

10:56AM 17              MR. GRABLE:  Thank you.

10:56AM 18  CONTINUING CROSS-EXAMINATION BY MR. GRABLE:

10:56AM 19    Q.  Mr. Haley, when we broke, I was asking you about the

10:56AM 20  nickname "Snake."  Do you remember that?

10:56AM 21    A.  Yes.

10:56AM 22    Q.  And yesterday during your cross-examination by Mr.

10:56AM 23  Easton, you told us that the nickname "Snake" hadn't been used

10:56AM 24  to describe you in 20 years, correct?

10:56AM 25    A.  Yes.

1                      T. HALEY - CX BY MR. GRABLE

10:56AM  2      Q.   And isn't it true that if you asked any Kingsmen in

10:56AM  3   2017 at the time of your arrest, they would say you are a

10:56AM  4   snake?

10:56AM  5      A.   No.

10:56AM  6      Q.   You disagree with that notion?

10:56AM  7      A.   I do.

10:56AM  8           MR. GRABLE:  Your Honor, I would offer a snippet

10:56AM  9   from 3589.3.

10:56AM 10           THE COURT:  Any objection?

10:56AM 11           MR. TRIPI:  No objection to the portion that was

10:56AM 12   played.

10:56AM 13           MR. GRABLE:  I'll play the beginning point to

10:56AM 14   allow the witness to be oriented without audio.

10:56AM 15           THE COURT:  And the exhibit number is?

10:56AM 16           MR. GRABLE:  3589.3 is a DVD.

10:57AM 17           THE COURT:  Thank you.

10:57AM 18      Q.   Mr. Haley, we're going to show you the beginning

10:57AM 19   portion of the DVD without audio and I'll ask you some

10:57AM 20   questions about it.

10:57AM 21                That's good.  Thank you.

10:57AM 22                (Whereupon, the video is played.)

10:57AM 23                This is what we are looking at from 3589.3, is

10:57AM 24   video footage when you were arrested in October of 2017,

10:57AM 25   correct.

7288

1                       T. HALEY - CX BY MR. GRABLE

10:57AM  2        A.  Yes.

10:57AM  3        Q.  And at that time, you were taken into custody at an FBI

10:57AM  4   office in Florida, correct?

10:57AM  5        A.  Yes.

10:57AM  6        Q.  And the person on the left, the bottom of our screen,

10:57AM  7   is Agent Brown, correct?

10:57AM  8        A.  Yes.

10:57AM  9        Q.  And then the officer up on the right at the bottom of

10:57AM  10  the screen was the officer who helped process you before your

10:57AM  11  arraignment in court, correct?

10:57AM  12       A.  Yes.

10:57AM  13       Q.  And the person at the top of the screen is Tim Haley?

10:58AM  14       A.  Yes.

10:58AM  15       Q.  And I'll ask you from 3589.3, the portion beginning

10:58AM  16  with audio at 38:05.

10:58AM  17           Thank you.  In 2017, when you talked to the FBI, you

10:58AM  18  told them that if they were to ask current Kingsmen in 2017

10:58AM  19  about your nickname and whether you're a snake, you told the

10:58AM  20  FBI that they would, in fact, agree with that notion, correct?

10:58AM  21       A.  Well, I was speaking about two different terminologies.

10:58AM  22  My nickname that I used early in the days when I was fighting,

10:58AM  23  and hadn't used it in 20 years, and someone using a derogatory

10:59AM  24  nickname.  You don't see in the post or Facebook posts saying

10:59AM  25  he is a snake.

7289

1                    T. HALEY - CX BY MR. GRABLE

10:59AM  2       Q.   This is an hour plus of video footage in 2589.3, and

10:59AM  3   not once in the time you were with the FBI on the day of your

10:59AM  4   arrest did you make any reference to kickboxing, did you?

10:59AM  5       A.   No.

10:59AM  6       Q.   The only thing you told the FBI about snake on the day

10:59AM  7   of your arrest is current Kingsmen in 2017 would advise law

10:59AM  8   enforcement that you're a snake because you're dishonest,

10:59AM  9   correct?

10:59AM  10                  MR. TRIPI:   Objection, video speaks for itself.

10:59AM  11                  THE COURT:   Overruled.

10:59AM  12       Q.   Isn't that a fact from your video, sir?

10:59AM  13       A.   No.   It wasn't dishonest.   True, I was talking about it

10:59AM  14   was the fact I was always an antagonist.

10:59AM  15       Q.   And so you would disagree with the notion that what we

10:59AM  16   just saw in the video consists of you describing to the FBI

10:59AM  17   that current Kingsmen in 2017 would describe you as a snake

11:00AM  18   because you're dishonest, true?

11:00AM  19       A.   That dishonest, true, was my intent of the word that

11:00AM  20   they would describe me.

11:00AM  21       Q.   So you disagree?

11:00AM  22       A.   I disagree.

11:00AM  23       Q.   The reality, the many occasions that you were thrown

11:00AM  24   out of the Kingsmen Motorcycle Club is because leadership

11:00AM  25   within the club on those occasions informed you that you were a

1                    T. HALEY - CX BY MR. GRABLE

11:00AM   2   dishonest bragger, correct?

11:00AM   3       A.   No, I was never accused of being dishonest.

11:00AM   4       Q.   Near the end of your direct testimony with Mr. Tripi,

11:00AM   5   he asked you some questions about discussions you claimed to

11:00AM   6   have had with Mr. Pirk in between the August 3rd incident at

11:00AM   7   the South Buffalo clubhouse and the time of the homicides on

11:00AM   8   the 5th or 6th of September 2014.  You remember him asking you

11:00AM   9   those questions?

11:01AM  10       A.   Yes.

11:01AM  11       Q.   And each and every time that you asked -- well, let me

11:01AM  12   first start by saying, this window of time we're talking about

11:01AM  13   and everything beyond that window of time, there were all sorts

11:01AM  14   of rumors swirling around.  Now, I'm talking about the time

11:01AM  15   after the 6th of September.  There were all sorts of rumors

11:01AM  16   swirling around for a year or more about who might or might not

11:01AM  17   be responsible for the homicides, correct?

11:01AM  18       A.   Yes.

11:01AM  19       Q.   And, in fact, you, from time to time, participated in

11:01AM  20   discussion of various rumors that were floating around the

11:01AM  21   Kingsman Motorcycle Club about who might be involved, correct?

11:01AM  22       A.   Yes.

11:01AM  23       Q.   And the reality is you weren't present, so you don't

11:01AM  24   know who was involved, correct?

11:01AM  25       A.   Correct.

1                    T. HALEY - CX BY MR. GRABLE

11:01AM  2        Q.   Now, when you asked David Pirk, David Pirk told you --

11:01AM  3    when you asked Mr. Pirk whether he or the club were involved,

11:01AM  4    he told you absolutely not, correct?

11:01AM  5        A.   Multiple times.

11:01AM  6        Q.   And at the very end of your direct testimony, the

11:02AM  7    government asked you yesterday about discussions that you claim

11:02AM  8    you had with Mr. Enix about issues involving Mr. Jenkins in

11:02AM  9    Tennessee.  Do you remember that testimony?

11:02AM 10        A.   Yes.

11:02AM 11        Q.   And now, when you spoke to the FBI in November of 2017,

11:02AM 12    you told them quite candidly that you weren't sure whether Mr.

11:02AM 13    Enix had had those discussions with you, correct?

11:02AM 14        A.   I don't recall.

11:02AM 15        Q.   Let me show you something and see if I can refresh your

11:02AM 16    memory, 3589.7 at page 24.  I'll ask you to read yourself, if

11:02AM 17    you would, the third paragraph from the bottom and let me know

11:02AM 18    when you finished it.

11:03AM 19        A.   Just that paragraph there?

11:03AM 20        Q.   You can read as much as you want, but I'll ask you

11:03AM 21    about the paragraph I pointed you to.

11:03AM 22        A.   Yes.

11:03AM 23        Q.   And I'll ask you some questions about it.  When you

11:03AM 24    spoke to the FBI, you were honest on that occasion in November

11:03AM 25    of 2017 when you told the FBI that although you thought that

7292

1                       T. HALEY - CX BY MR. GRABLE

11:03AM  2   Mr. Enix might have been the one that talked to you about

11:03AM  3   Tennessee, you weren't sure about that.  Do you remember that?

11:03AM  4       A.   Yes.

11:03AM  5       Q.   And what I just showed you refreshes your memory that,

11:03AM  6   in fact, you're not sure about that discussion, correct?

11:03AM  7       A.   That is it, stating that I'm not sure that David had

11:03AM  8   not told me about Tennessee, but that Blaze had.

11:03AM  9       Q.   You're saying you told the FBI that you weren't sure

11:03AM 10   that Blaze talked to you about Tennessee, correct?

11:03AM 11       A.   Let me read it.  I thought it said that I wasn't sure

11:04AM 12   what Pirk said, but Blaze told me about Tennessee.

11:04AM 13       Q.   Same paragraph, right here.

11:04AM 14              THE COURT:  Wait, wait, wait.  Hey, just stop, Mr.

11:04AM 15   Grable.  Mr. Haley, you can't have a discussion like that that

11:04AM 16   is not on the record, okay?

11:04AM 17              MR. GRABLE:  Correct.

11:04AM 18       Q.   Mr. Haley, this isn't in evidence.  We're using it to

11:04AM 19   refresh your memory.  Read this whole paragraph, the one you

11:04AM 20   just read.  And now I put the question to you, does this

11:04AM 21   refresh your memory when you talked to the FBI in November of

11:04AM 22   2017 about a conversation with Blaze in Tennessee you told the

11:04AM 23   FBI you weren't sure?

11:04AM 24              MR. TRIPI:  Objection to saying what the document

11:04AM 25   says as part of the question.

7293

1                    T. HALEY - RDX BY MR. TRIPI

11:04AM  2                MR. GRABLE:  I'll rephrase.

11:04AM  3                MR. TRIPI:  Objection.

11:04AM  4                THE COURT:  Sustained.

11:04AM  5      Q.   Does it refresh your memory that you were honest in

11:04AM  6   telling the FBI you weren't sure?

11:04AM  7      A.   Yes.

11:05AM  8                MR. GRABLE:  Thank you.  I don't have any more

11:05AM  9   questions.

11:05AM 10                THE COURT:  Maybe you do.  Just one second.

11:05AM 11                THE WITNESS:  I'm not done?

11:05AM 12                THE COURT:  No, you're not done.  Mr. Tripi is

11:05AM 13   going to do redirect.  Usually doesn't take as long as the

11:05AM 14   initial direct.

11:05AM 15                THE WITNESS:  Thank God.

11:05AM 16                MR. TRIPI:  Just take a moment to get situated,

11:05AM 17   your Honor.

11:05AM 18                THE COURT:  Sure.

11:05AM 19                MR. TRIPI:  Thank you.

11:06AM 20   REDIRECT EXAMINATION BY MR. TRIPI:

11:06AM 21      Q.   Mr. Haley, I have some questions for you.  Yesterday

11:06AM 22   during cross-examination by Mr. Grable, you were asked some

11:06AM 23   questions about the Kingsmen in New York versus the Kingsmen in

11:06AM 24   Florida.  Do you remember a lot of questions coming phrased

11:06AM 25   that way New York Kingsmen, Florida Kingsmen?

7294

1                    T. HALEY - RDX BY MR. TRIPI

11:06AM   2      A.   Yes.

11:06AM   3      Q.   And is the Kingsmen one club or many clubs?

11:06AM   4      A.   One club.

11:06AM   5      Q.   Nationwide?

11:06AM   6      A.   Nationwide.

11:06AM   7      Q.   Is that why there are mandatory meetings in Florida and

11:07AM   8   mandatory meetings in New York?

11:07AM   9      A.   Yes.

11:07AM  10      Q.   Is that why it's in the bylaws?

11:07AM  11      A.   Yes.

11:07AM  12      Q.   Is that why when you look at -- this is TE 5157 in

11:07AM  13   evidence.  Is that why you refer to the Kingsmen as one kingdom

11:07AM  14   united is in the Facebook that Mr. Grable showed you?

11:07AM  15      A.   Yes.

11:07AM  16      Q.   And is that why you said, "We must stand together

11:07AM  17   against all of our enemies as one"?

11:07AM  18      A.   Yes, sir.

11:07AM  19      Q.   And on November 2nd, 2014, I'm going to orient you with

11:08AM  20   the message for a moment.  But you were asked questions about

11:08AM  21   violence in New York, right?  In 2013, you recall the

11:08AM  22   questions, Springville not on the message yet?

11:08AM  23      A.   Yes.

11:08AM  24      Q.   Was the violence in New York in 2013 due to the fact

11:08AM  25   that the only chapter in the Kingsmen that was loyal to Skeet

7295

T. HALEY - RDX BY MR. TRIPI

11:08AM  2    Spry was in Springville, New York?

11:08AM  3        A.   Yes.

11:08AM  4            MR. GRABLE:   Object to the leading.

11:08AM  5            THE COURT:   Sustained.

11:08AM  6        Q.   What was the reason that the violence occurred in New

11:08AM  7    York in 2013?

11:08AM  8        A.   Because the Springville chapter continued to exist and

11:08AM  9    continued to rob our clubhouses and we were fighting with them.

11:08AM  10       Q.   And who were they loyal to?

11:08AM  11       A.   They were loyal to Skeet.

11:08AM  12       Q.   Every other chapter in the Kingsmen, Florida,

11:08AM  13   Pennsylvania, Tennessee as it is forming, and New York, were

11:08AM  14   they loyal to Pirk at that point?

11:08AM  15       A.   Yes.

11:08AM  16           MR. GRABLE:   Objection to the leading.

11:09AM  17           THE COURT:   Overruled.  Go ahead.

11:09AM  18       A.   They were under David Pirk.

11:09AM  19       Q.   Based on your understanding of the Kingsmen Nation, had

11:09AM  20   the chapter in Sumter County, Florida been the chapter that was

11:09AM  21   the holdout, would you have anticipated violence to occur in

11:09AM  22   that scenario?

11:09AM  23           MR. GRABLE:   Objection to the leading and

11:09AM  24   speculation.

11:09AM  25           THE COURT:   Overruled.

7296

1                    T. HALEY - RDX BY MR. TRIPI

11:09AM  2       A.   Meaning had they been loyal to Skeet?

11:09AM  3       Q.   Yes.  Had some chapter been loyal to Skeet, would you

11:09AM  4  have targeted them?

11:09AM  5       A.   We would have closed them down.

11:09AM  6       Q.   My word was "targeting."  Same thing?

11:09AM  7       A.   Yes.

11:09AM  8       Q.   So this message in November of 2014, that is a couple

11:09AM  9  of months after the murders, correct?

11:09AM 10       A.   Yes.

11:09AM 11       Q.   And you see the sentence here, "he is still in war, we

11:10AM 12  ain't taking no shit mode"?

11:10AM 13       A.   Yes.

11:10AM 14       Q.   Who were you talking about there?

11:10AM 15       A.   Pirk.

11:10AM 16       Q.   And "war" is a term that comes up in biker parlay

11:10AM 17  between motorcycle clubs, correct?

11:10AM 18       A.   Yes.

11:10AM 19       Q.   Can you explain that term?

11:10AM 20       A.   It means we have escalated from the sit-down parlay

11:10AM 21  conversation phase and we're now physically involved in

11:10AM 22  confronting each other when we encounter each other.

11:10AM 23       Q.   And you used war in conjunction with a reference to

11:10AM 24  David Pirk?

11:10AM 25       A.   Yes.

1                    T. HALEY - RDX BY MR. TRIPI

11:10AM 2      Q.   And had David Pirk been in war mode from the time he

11:10AM 3   said "I'm done talking to these guys in Springville," up

11:10AM 4   through the date of that message in November of 2014?

11:10AM 5      A.   Yes.

11:11AM 6      Q.   Now, you were cross-examined a bit about your plea

11:11AM 7   agreement.  Do you recall that?

11:11AM 8      A.   Yes.

11:11AM 9      Q.   And I believe it was -- give me a moment.  I believe it

11:11AM 10  was Mr. Grable most recently, I and perhaps others asked you

11:11AM 11  about substantial assistance, correct?

11:11AM 12     A.   Yes.

11:11AM 13     Q.   Now, your plea agreement has a number of paragraphs,

11:11AM 14  true?

11:11AM 15     A.   True.

11:11AM 16     Q.   And isn't it accurate that in paragraph 20 --

11:11AM 17          MR. TRIPI:  Judge, I'm going to lead in lieu of

11:11AM 18  putting the whole document in.

11:11AM 19     Q.   In paragraph 20, it says, "The defendant will cooperate

11:11AM 20  with the government by providing complete and truthful

11:11AM 21  information regarding the defendant's knowledge of any and all

11:11AM 22  criminal activity, whether undertaken by the defendant or

11:11AM 23  others, in any way involving or related to the Kingsmen

11:11AM 24  Motorcycle Club, racketeering activity, assault, murder,

11:12AM 25  robbery, and firearm use, possession and discharge.  That the

1                    T. HALEY - RDX BY MR. TRIPI

11:12AM  2    defendant's cooperation shall also include submitting to

11:12AM  3    interviews by government attorneys and agents as well as

11:12AM  4    testifying truthfully and completely before grand juries and

11:12AM  5    such other proceedings as the government shall deem necessary,

11:12AM  6    including but not limited to, pretrial hearings, trials,

11:12AM  7    sentencing hearings and forfeiture proceedings."  Is that a

11:12AM  8    paragraph in your cooperation agreement?

11:12AM  9         A.   Yes.

11:12AM 10         Q.   And that paragraph doesn't say you must help convict

11:12AM 11    David Pirk, does it?

11:12AM 12         A.   No.

11:12AM 13         Q.   It doesn't say you must help convict Timothy Enix, does

11:12AM 14    it?

11:12AM 15         A.   No.

11:12AM 16         Q.   It doesn't say you must help convict Andre Jenkins,

11:12AM 17    does it?

11:12AM 18         A.   No.

11:12AM 19         Q.   And you've been asked about this term "substantial

11:12AM 20    assistance."  Do you understand that substantial assistance is

11:12AM 21    actually what the law requires regarding a downward departure

11:13AM 22    motion?  Do you have an understanding of that?

11:13AM 23         A.   Yes.

11:13AM 24         Q.   And your plea agreement specifically references that

11:13AM 25    section of the law.  It's called Guideline 5K1.1, correct?

1                        T. HALEY - RDX BY MR. TRIPI

11:13AM  2       A.   Yes.

11:13AM  3       Q.   And you reviewed that in the course of coming to this

11:13AM  4  plea agreement, correct?

11:13AM  5       A.   And with the judge.

11:13AM  6       Q.   That's correct.  During your plea proceeding, it was

11:13AM  7  explained to you, true?

11:13AM  8       A.   Yes.

11:13AM  9       Q.   So that is actually what the law requires, yes?

11:13AM 10       A.   Yes.

11:13AM 11       Q.   It's not a made up term from the government, is it?

11:13AM 12       A.   No, no.

11:13AM 13       Q.   And that law, 5K1.1, you've reviewed it and you've read

11:13AM 14  it in getting ready for your plea, right?

11:13AM 15       A.   Yes.

11:13AM 16       Q.   It says upon motion of the government, stating the

11:13AM 17  defendant has provided substantial assistance in the

11:13AM 18  investigation or prosecution of another person who has

11:13AM 19  committed an offense, the Court may depart from the Guidelines,

11:13AM 20  correct?

11:13AM 21       A.   Yes.

11:13AM 22       Q.   The appropriate reduction shall be determined by the

11:13AM 23  Court for reasons stated that may include, but are not limited

11:14AM 24  to, consideration of the following, correct?

11:14AM 25       A.   Yes.

7300

                          T. HALEY - RDX BY MR. TRIPI

11:14AM 2      Q.   And subparagraph 1, the Court's evaluation of the

11:14AM 3   significance and usefulness of the defendant's assistance.

11:14AM 4   Taking into consideration the government's evaluation of the

11:14AM 5   assistance rendered, correct?

11:14AM 6      A.   Yes.

11:14AM 7      Q.   Two, the truthfulness, completeness and reliability of

11:14AM 8   any information or testimony provided by the defendant.  And

11:14AM 9   you're a defendant, correct?

11:14AM 10     A.   Yes.

11:14AM 11     Q.   And the nature and extent of the defendant's

11:14AM 12  cooperation?

11:14AM 13     A.   Yes.

11:14AM 14     Q.   And any danger or risk of danger of the defendant's

11:14AM 15  family from assault on the defendant's family?

11:14AM 16     A.   Yes.

11:14AM 17     Q.   And I'll ask you, is that referenced in the plea

11:14AM 18  agreement?

11:14AM 19     A.   Yes.

11:14AM 20     Q.   No matter what is in the plea agreement, ultimately,

11:14AM 21  it's up to Judge Wolford, correct?

11:15AM 22     A.   Yes.

11:15AM 23     Q.   And as you sit here testifying, coming real, you've

11:15AM 24  been a Kingsman; your family has been Kingsmen.  It's been a

11:15AM 25  way of life, true?

1          T. HALEY - RDX BY MR. TRIPI

11:15AM  2     A.   Yes.

11:15AM  3     Q.   And are you breaking a biker code by coming here?

11:15AM  4     A.   Sure, yes.

11:15AM  5     Q.   Is that difficult for you to swallow?

11:15AM  6     A.   Yes.

11:15AM  7     Q.   You've known David Pirk for 40 years, correct?

11:15AM  8     A.   Yes.

11:15AM  9     Q.   Is it difficult sitting where you are?

11:15AM 10     A.   Yes.

11:15AM 11     Q.   You've got to know Tim Enix, true?

11:15AM 12     A.   Yes.

11:15AM 13     Q.   Is it difficult sitting here saying things about them?

11:15AM 14     A.   Yes.

11:15AM 15     Q.   You got to know Tim Enix's son, Matt, haven't you?

11:15AM 16     A.   Yes.

11:15AM 17     Q.   And the Lake County clubhouse and when Matt became the

11:15AM 18  president there, you actually said, "Congratulations, Tank,

11:15AM 19  well deserved," didn't you?

11:15AM 20     A.   Yes.

11:15AM 21     Q.   And his dad made him a president in that chapter,

11:15AM 22  correct?

11:15AM 23     A.   Yes.

11:15AM 24     Q.   And on Facebook, you said to Matt, "Now can we stop

11:15AM 25  smoking marijuana in the back and smoke it out in the bar like

7302

T. HALEY - RDX BY MR. TRIPI

11:15AM 2   real men."  You said that, didn't you?

11:15AM 3     A.   I did.

11:15AM 4     Q.   And he said, "Absolutely, brother," didn't he?

11:16AM 5     A.   Yes.

11:16AM 6     Q.   And that was this defendant's son?

11:16AM 7     A.   Yes.

11:16AM 8     Q.   Who he promoted, correct?

11:16AM 9     A.   Yes.

11:16AM 10     Q.   Was it hard for you to plead guilty and admit,

11:16AM 11  essentially, that you were part of a RICO conspiracy from your

11:16AM 12  family, Kingsmen's Motorcycle Club?

11:16AM 13     A.   Hardest thing I've ever done.

11:16AM 14     Q.   And I take it when your uncle started a weightlifting

11:16AM 15  club in 1958 and joining the motorcycle club and forming the

11:16AM 16  Kingsmen, you never thought it would get to where it got today,

11:16AM 17  did you?

11:16AM 18          MR. COVERT:  Objection.

11:16AM 19          THE COURT:  Overruled.

11:16AM 20     A.   No.

11:16AM 21     Q.   You didn't think you would be standing in front of

11:16AM 22  Judge Wolford and admitting there were drug dealers in the

11:16AM 23  organization, did you?

11:16AM 24     A.   No.

11:16AM 25     Q.   Admitting that you sold drugs, distributed drugs?

1          T. HALEY - RDX BY MR. TRIPI

11:16AM  2      A.   Yes.

11:16AM  3      Q.   Marijuana?

11:16AM  4      A.   Yes.

11:16AM  5      Q.   Lortabs?

11:16AM  6      A.   Yes.

11:17AM  7      Q.   You became part of that, didn't you?

11:17AM  8      A.   Yes.

11:17AM  9      Q.   And you knew it was going on all around you, didn't

11:17AM 10   you?

11:17AM 11      A.   Yes.

11:17AM 12      Q.   Happening in Florida?

11:17AM 13      A.   Yes.

11:17AM 14      Q.   Happening in Pennsylvania?

11:17AM 15      A.   Yes.

11:17AM 16      Q.   Happening in New York?

11:17AM 17      A.   Yes.

11:17AM 18      Q.   And ultimately, in that ride to Tennessee, from your

11:17AM 19   message alone, a Kingsman from Tennessee distributed marijuana

11:17AM 20   to you, correct?

11:17AM 21      A.   Yes.

11:17AM 22      Q.   And a Kingsman from Florida distributed Lortab to you,

11:17AM 23   correct?

11:17AM 24      A.   Yes.

11:17AM 25      Q.   And Kingsmen from New York, Florida and Pennsylvania

                         T. HALEY - RDX BY MR. TRIPI

11:17AM  2    converged on Tennessee with guns, didn't they?

11:17AM  3        A.   Yes.

11:17AM  4        Q.   The Kingsmen wouldn't be a very good motorcycle club

11:17AM  5    standing up to one-percenters without guns, would they?

11:17AM  6        A.   It would be impossible.

11:17AM  7        Q.   You need weapons, don't you?

11:17AM  8        A.   Yes.

11:17AM  9        Q.   Unless you want to be a riding club?

11:17AM 10        A.   Correct.

11:17AM 11        Q.   Riding clubs on a lower scale, those are guys that like

11:17AM 12    to ride motorcycles, aren't they?

11:17AM 13             MR. COVERT:  Object to the leading.

11:17AM 14             THE COURT:  Sustained.

11:17AM 15        Q.   Are riding clubs a lower scale?

11:18AM 16             MR. COVERT:  Object to the leading.

11:18AM 17             THE COURT:  It's --

11:18AM 18             MR. TRIPI:  It's not leading.

11:18AM 19             THE COURT:  It kind of is.

11:18AM 20        Q.   What is a riding club?

11:18AM 21        A.   A lower scale.

11:18AM 22             MR. COVERT:  Object to Mr. Tripi putting words in

11:18AM 23    his mouth.

11:18AM 24             MR. TRIPI:  Let's be real.  That is not funny.

11:18AM 25        Q.   Now, riding clubs -- in your experience, the Knight

7305

1                    T. HALEY - RDX BY MR. TRIPI

11:18AM  2   Riders were a riding club?

11:18AM  3       A.   A support club, there is a difference.

11:18AM  4                MR. COVERT:  Objection.

11:18AM  5                THE COURT:  Sustained.

11:18AM  6       Q.   What is a riding club?  Let's step back so we can get

11:18AM  7   through this.  What is a riding club?

11:18AM  8       A.   A riding club is a patch on the back designating RC

11:18AM  9   instead of MC.

11:18AM 10       Q.   In your 40-year experience in the Kingsman Motorcycle

11:18AM 11   Club, at various points in time, are riding clubs concerned

11:18AM 12   with one-percenters as a club like the Kingsmen?

11:18AM 13                MR. COVERT:  Object to the leading.

11:18AM 14                THE COURT:  Overruled.

11:19AM 15       A.   They are under one-percent clubs.  They have to at some

11:19AM 16   point be under one of those clubs.

11:19AM 17       Q.   Now, certainly you testified yesterday when Mr. Easton

11:19AM 18   was cross-examining you that when you talked to Pirk about

11:19AM 19   coming back, one of the things that you said is you wouldn't

11:19AM 20   join a criminal organization, correct?

11:19AM 21       A.   Yes.

11:19AM 22       Q.   But that is what you did, didn't you?

11:19AM 23       A.   Yes.

11:19AM 24       Q.   That is what the Kingsmen were?

11:19AM 25       A.   That is what we had become.

1                    T. HALEY - RDX BY MR. TRIPI

11:19AM  2       Q.   You became a group that some guys paid their dues

11:19AM  3   dealing coke?

11:20AM  4       A.   Yes.

11:20AM  5       Q.   You acknowledged that you're a collection of gangsters

11:20AM  6   and tough guys, correct?

11:20AM  7                 MR. GRABLE:  Leading, your Honor.

11:20AM  8                 THE COURT:  Overruled.

11:20AM  9       A.   Yes.

11:20AM 10       Q.   And you posted things like that on Facebook, true?

11:20AM 11       A.   Yes.

11:20AM 12                 THE COURT:  Are you asking for an instruction on

11:20AM 13   that, Mr. Grable?

11:20AM 14                 MR. GRABLE:  Correct.

11:20AM 15                 THE COURT:  Ladies and gentlemen, this isn't

11:20AM 16   coming in for truth.  You can ask him a question, but the prior

11:20AM 17   reference can't be.

11:20AM 18       Q.   I think I did that before I mentioned the Facebook.

11:20AM 19   The Kingsmen were a group of gangsters and tough guys, correct?

11:20AM 20                 MR. GRABLE:  Leading.

11:20AM 21                 THE COURT:  Overruled.

11:20AM 22       A.   There were a group of guys.

11:20AM 23       Q.   Yes or no?

11:21AM 24                 MR. COVERT:  Objection.

11:21AM 25                 MR. TRIPI:  I can control my witness.

7307

1          T. HALEY - RDX BY MR. TRIPI

11:21AM  2          THE COURT:  Overruled.  You can recross him.

11:21AM  3    Q.   Yes or no?

11:21AM  4    A.   Yes.

11:21AM  5    Q.   Included drug dealers?

11:21AM  6    A.   Yes.

11:21AM  7    Q.   Drug dealers in Florida like Shine?

11:21AM  8    A.   I don't know if Shine was a drug dealer.  I knew there

11:21AM  9    were drug dealers in Florida.

11:21AM  10   Q.   Who did you know dealt drugs in Florida?  Vegas?

11:21AM  11          MR. GRABLE:  Objection.

11:21AM  12          THE COURT:  Overruled.  I told him he can lead in

11:21AM  13   the area.  I'm allowing Mr. Tripi to lead with the drug dealing

11:21AM  14   in the Kingsman Motorcycle Club.

11:21AM  15   A.   The first one came to my mind is Tank.

11:21AM  16   Q.   What did Tank sell?

11:21AM  17   A.   Cocaine.

11:21AM  18   Q.   Defendant Enix's son?

11:21AM  19   A.   Yes.

11:21AM  20          MR. GRABLE:  Objection, your Honor.

11:21AM  21          THE COURT:  Overruled.

11:21AM  22   Q.   And there are a whole bunch of others that use drugs?

11:21AM  23   A.   Yes.

11:21AM  24   Q.   In clubhouses?

11:21AM  25   A.   Yes.

|   | | T. HALEY - RDX BY MR. TRIPI |
|---|---|---|

1                    T. HALEY - RDX BY MR. TRIPI

11:21AM 2    Q.   In Florida?

11:21AM 3    A.   Yes.

11:21AM 4    Q.   In clubhouses that these defendants have been in?

11:21AM 5    A.   Yes.

11:21AM 6    Q.   And that these defendants control?

11:22AM 7    A.   Yes.

11:22AM 8              MR. GRABLE:  Mr. Tripi is testifying.

11:22AM 9              THE COURT:  Leading is okay.  You do it all the

11:22AM 10   time on cross, but I will sustain the objection about the fact

11:22AM 11   that the defendants control the clubhouses.  And ladies and

11:22AM 12   gentlemen, you should disregard the last answer, and you're

11:22AM 13   welcome, Mr. Tripi, to elicit not leading yeses on that area.

11:22AM 14             MR. TRIPI:  Thank you, your Honor.

11:22AM 15   Q.   Yesterday when you explained that Pirk wanted people

11:22AM 16   that would stand up to the Outlaws in terms of people that

11:22AM 17   would be brought to Tennessee, do you remember that testimony?

11:22AM 18   A.   Yes.

11:22AM 19   Q.   What did you mean by that?

11:22AM 20   A.   That he wanted the group that he had previously

11:22AM 21   described within the club, that of the collection of tough guys

11:23AM 22   and stand-up guys, to make the trip to Tennessee.

11:23AM 23   Q.   Was that collection of guys armed?

11:23AM 24   A.   Yes.

11:23AM 25   Q.   And you participated in that recruiting, correct?

1                          T. HALEY - RDX BY MR. TRIPI

11:23AM    2        A.   Yes.

11:23AM    3        Q.   And did you help recruit guys that you believed would

11:23AM    4   shoot if it came down to it?

11:23AM    5                  MR. GRABLE:   Objection.

11:23AM    6                  THE COURT:   Overruled.

11:23AM    7        A.   Yes.

11:23AM    8        Q.   And if it came down to it, were you prepared to shoot

11:23AM    9   in defense of the club?

11:23AM   10        A.   Yes.

11:23AM   11        Q.   And in defense of the brothers that traveled to

11:23AM   12   Tennessee with you?

11:23AM   13        A.   Yes.

11:23AM   14        Q.   Did you expect all of the men to the right of you and

11:23AM   15   to the left of you as you pulled into the Outlaws clubhouse to

11:23AM   16   do the same?

11:23AM   17        A.   Yes.

11:23AM   18        Q.   And you couldn't shoot if you didn't have guns,

11:23AM   19   correct?

11:23AM   20        A.   Correct.

11:23AM   21        Q.   Now, you've testified a few times that there was a

11:24AM   22   claim that the Kingsmen voted down going one-percent, correct?

11:24AM   23        A.   Yes.

11:24AM   24        Q.   What is a one-percent club in your view?

11:24AM   25        A.   In my view, a one-percent club is one that is under

```
        1                    T. HALEY - RDX BY MR. TRIPI
11:24AM 2    nobody else's authority, creates their own laws and bylaws, and
11:24AM 3    is not subservant to any other motorcycle organization.
11:24AM 4        Q.   What types of activities, in your experience, are
11:24AM 5    one-percent clubs involved in?
11:24AM 6        A.   My experience is that the other one-percent clubs are
11:24AM 7    involved in criminal activity.
11:24AM 8        Q.   Which is what?
11:24AM 9        A.   Drugs, prostitution.
11:24AM 10       Q.   Guns?
11:24AM 11       A.   Guns collecting.
11:24AM 12       Q.   Violence?
11:24AM 13       A.   Violence, yes.
11:24AM 14       Q.   And the Kingsmen were involved in all of those things?
11:24AM 15       A.   Yes.
11:24AM 16       Q.   So would it be accurate to say the Kingsmen were a
11:24AM 17   one-percent club that didn't wear the patch?
11:24AM 18       A.   That was common among us to say.
11:25AM 19       Q.   And you said it a number of times?
11:25AM 20       A.   On numerous posts.
11:25AM 21       Q.   And David Pirk said it?
11:25AM 22       A.   Yes.
11:25AM 23       Q.   And what did David Pirk say without having the patch?
11:25AM 24       A.   We don't need to put on the one-percent patch.  That
11:25AM 25   will draw the attention of the government and the irritation of
```

T. HALEY - RDX BY MR. TRIPI

11:25AM   2    the other one-percent clubs and we are already a one-percent

11:25AM   3    club.

11:25AM   4        Q.   And that is certainly how you viewed it under Pirk's

11:25AM   5    tenure?

11:25AM   6        A.   Yes.

11:25AM   7        Q.   And that was the reason for the Diamond 11 patch.  The

11:25AM   8    only difference there is not a one-percent club?

11:25AM   9              MR. COVERT:  Objection.  That is not what he is

11:25AM  10    trying to -- what he testified to.  He is getting him to change

11:25AM  11    it.

11:25AM  12              MR. GRABLE:  Objection, leading.

11:25AM  13              THE COURT:  I'm going to sustain on leading

11:25AM  14    grounds.

11:25AM  15        Q.   What was the reason for having a diamond patch on?

11:25AM  16        A.   Several diamond patches were created to put it on

11:26AM  17    without putting the one-percent logo in it.

11:26AM  18        Q.   And the diamond is the same design as a one-percent

11:26AM  19    patch?

11:26AM  20        A.   Yes.

11:26AM  21        Q.   And all of this occurred, what I'm asking you about,

11:26AM  22    officially under David Pirk and Tim Enix's leadership, correct?

11:26AM  23        A.   Yes.

11:26AM  24              MR. GRABLE:  Leading, objection.

11:26AM  25              THE COURT:  Sustained.

|  |  |
|---|---|
| 1 | T. HALEY - RDX BY MR. TRIPI |
| 11:26AM 2 | Q.  Did all of this occur under whose leadership? |
| 11:26AM 3 | THE COURT:  Go ahead.  You can answer that. |
| 11:26AM 4 | A.  The transition was under David and Blaze. |
| 11:26AM 5 | Q.  Now, getting back to how hard this has been for you. |
| 11:26AM 6 | It's been hard, correct? |
| 11:26AM 7 | MR. GRABLE:  Leading, your Honor. |
| 11:26AM 8 | MR. TRIPI:  Laying foundation. |
| 11:26AM 9 | THE COURT:  Overruled. |
| 11:26AM 10 | Q.  And you've been interviewed a number of times, correct? |
| 11:26AM 11 | A.  Yes. |
| 11:26AM 12 | Q.  And I assume when the FBI knocked on your door May |
| 11:26AM 13 | 18th, 2016, you were a little nervous, true? |
| 11:26AM 14 | A.  Yes. |
| 11:26AM 15 | Q.  And then you talked to Special Agent Dave Brown for a |
| 11:26AM 16 | while in your living room and he sat on your couch, correct? |
| 11:27AM 17 | MR. GRABLE:  Objection to the leading. |
| 11:27AM 18 | MR. TRIPI:  This was an area we covered, Judge. |
| 11:27AM 19 | THE COURT:  It is.  I'll allow it.  Overruled. |
| 11:27AM 20 | Q.  Correct? |
| 11:27AM 21 | A.  Yes. |
| 11:27AM 22 | Q.  And you talked to him in a more relaxed atmosphere, |
| 11:27AM 23 | true, your living room versus the courtroom in front of all |
| 11:27AM 24 | these people? |
| 11:27AM 25 | A.  Yes. |

7313

                              T. HALEY - RDX BY MR. TRIPI

11:27AM  2    Q.  And you've already said you withheld some information,

11:27AM  3    correct?

11:27AM  4    A.  Yes.

11:27AM  5    Q.  But you certainly made references to Enix in that

11:27AM  6    conversation, without saying exactly what you said, true?

11:27AM  7    A.  Yes.

11:27AM  8    Q.  And you made references to Pirk, correct?

11:27AM  9    A.  Yes.

11:27AM  10   Q.  And not one time did you describe Enix as a peacemaker,

11:27AM  11   correct?

11:27AM  12   A.  Correct.

11:27AM  13   Q.  And not one time did you describe Pirk as a peacemaker,

11:27AM  14   correct?

11:27AM  15   A.  Correct.

11:27AM  16   Q.  And then we fast forward a little bit to the day of

11:27AM  17   your arrest, and Mr. Grable played it a little bit of it on the

11:27AM  18   video, and you asked for a lawyer pretty early in the video,

11:27AM  19   correct?

11:27AM  20   A.  Yes.

11:27AM  21   Q.  And really, it was small talk throughout it?

11:28AM  22   A.  Yes.

11:28AM  23   Q.  And things you decided to share with Dave Brown as you

11:28AM  24   sat waiting to get processed, correct?

11:28AM  25   A.  Yes.

7314

1            T. HALEY - RDX BY MR. TRIPI

11:28AM  2       Q.   And in that limited scenario, you never said, "Hey, Tim

11:28AM  3    Enix is a peacemaker," did you?

11:28AM  4       A.   No.

11:28AM  5       Q.   And you never said David Pirk was a peacemaker, did

11:28AM  6    you?

11:28AM  7       A.   No.

11:28AM  8       Q.   And then you signed a proffer agreement with the

11:28AM  9    government, correct?

11:28AM  10      A.   Yes.

11:28AM  11      Q.   And on November 16, 2017, about a month or so after

11:28AM  12   your arrest, you sat down with your attorney, Matt Lembke,

11:28AM  13   government lawyers and federal agents, true?

11:28AM  14      A.   Yes.

11:28AM  15      Q.   At a building right next door, correct?

11:28AM  16      A.   Yes.

11:28AM  17      Q.   For hours?

11:28AM  18      A.   Yes.

11:28AM  19      Q.   And you were asked questions up and down about all of

11:28AM  20   this stuff, correct?

11:28AM  21      A.   Correct.

11:28AM  22      Q.   And you were asked specific questions about the

11:28AM  23   conversation where Pirk was in Florida with you and Blaze and

11:28AM  24   he said, "I should have Filly and Special Ed whacked," correct?

11:28AM  25      A.   Yes.

1                     T. HALEY - RDX BY MR. TRIPI

11:29AM   2        Q.   And when you're asked questions, you never said Enix

11:29AM   3   was the peacemaker, correct?

11:29AM   4        A.   Correct.

11:29AM   5        Q.   And you never said that Enix was saying, "Oh, we should

11:29AM   6   just let the national board handle what the national board

11:29AM   7   handles," in the conversation, correct?

11:29AM   8        A.   Correct.

11:29AM   9        Q.   And, again, November 28th, 2017, your next proffer,

11:29AM  10   same thing.  You were asked questions up and down about these

11:29AM  11   topics, correct?

11:29AM  12        A.   Yes.

11:29AM  13        Q.   And you never described Enix as a peacemaker, did you?

11:29AM  14        A.   Never.

11:29AM  15        Q.   Did someone in Florida approach you and tell you to say

11:29AM  16   the word "peacemaker" in connection with Tim Enix?

11:29AM  17        A.   No.

11:29AM  18        Q.   When you pled guilty in front of Judge Wolford, you had

11:29AM  19   a factual basis in your plea agreement, didn't you?

11:29AM  20        A.   Yes.

11:29AM  21        Q.   And you were under oath, correct?

11:29AM  22        A.   Yes.

11:29AM  23        Q.   And as a part of your plea of guilty, you admitted to

11:29AM  24   becoming a part of Kingsmen, correct?

11:30AM  25        A.   Yes.

1                    T. HALEY - RDX BY MR. TRIPI

11:30AM  2        Q.   And you admitted that the purposes were to sell untaxed

11:30AM  3    cigarettes, correct?

11:30AM  4        A.   That we sold cigarettes at the clubhouse, yes.

11:30AM  5        Q.   And that people distributed controlled substances?

11:30AM  6        A.   Yes.

11:30AM  7        Q.   And you already admitted you partook in that, correct?

11:30AM  8        A.   Yes.

11:30AM  9        Q.   And you sold pills to other Kingsmen or distributed

11:30AM 10    them?

11:30AM 11        A.   Yes.

11:30AM 12        Q.   And you distributed marijuana to other Kingsmen,

11:30AM 13    correct?

11:30AM 14        A.   Yes.

11:30AM 15        Q.   And you obtained those things from other Kingsmen, the

11:30AM 16    marijuana, correct?

11:30AM 17        A.   Yes.

11:30AM 18        Q.   And you admitted that clubhouses where you've done

11:30AM 19    drugs yourselves were maintained as drug premises, correct?

11:30AM 20        A.   I'm sorry.  I don't know what you mean "maintained."

11:30AM 21        Q.   Clubhouses where drugs could be used?

11:30AM 22        A.   Yes.

11:30AM 23        Q.   And sold?

11:30AM 24             MR. COVERT:  Your Honor, I'm going to object to

11:30AM 25    reading the factual portion.

7317

| | 1 | T. HALEY - RDX BY MR. TRIPI |

11:30AM 2          MR. TRIPI:  Again, we discussed this.

11:30AM 3          THE COURT:  Overruled.

11:30AM 4     A.   Yes.

11:30AM 5     Q.   And you agreed that the organization was involved in

11:31AM 6  violence, the organization you participated in, true?

11:31AM 7     A.   Yes.

11:31AM 8     Q.   And you did that all under oath, correct?

11:31AM 9     A.   Yes.

11:31AM 10    Q.   And during the plea agreement and the colloquy with the

11:31AM 11  Court, there was a paragraph that addressed David Pirk and Tim

11:31AM 12  Enix, wasn't there?

11:31AM 13    A.   I'm not recalling it.

11:31AM 14    Q.   The point is, you never described them in the plea

11:31AM 15  agreement or under oath before the Court as peacemakers?

11:31AM 16    A.   Never.

11:31AM 17    Q.   So that was new on the stand, correct, when you said

11:31AM 18  that word?

11:31AM 19    A.   Yes.

11:31AM 20    Q.   Now, getting back to Tim Enix.

11:32AM 21          MR. TRIPI:  Ms. Prawel, 153.1, page 17.

11:32AM 22    Q.   You were asked questions yesterday I think from Mr.

11:32AM 23  Grable, page 17, Ms. Prawel, where he asked you questions about

11:32AM 24  Tim Enix not able to give Nomads direction, correct?

11:32AM 25    A.   Yes.

7318

1                    T. HALEY - RDX BY MR. TRIPI

11:32AM   2        Q.   If you look at this post from November 22, 2013, Blaze

11:32AM   3    is the Florida Regional President, isn't he?

11:32AM   4        A.   Yes.

11:32AM   5        Q.   And captain is a reference to Captain America, correct?

11:32AM   6        A.   Yes.

11:32AM   7        Q.   Who is a Nomad at this time, about a month or two

11:32AM   8    before he left the club?

11:32AM   9        A.   Okay, yes.

11:32AM  10        Q.   And that first sentence, first two sentences before,

11:33AM  11    "Great job, Captain," that is consistent with Defendant Enix

11:33AM  12    giving an order to a Nomad?

11:33AM  13                  MR. GRABLE:  Object to the leading, your Honor.

11:33AM  14                  THE COURT:  Sustained.

11:33AM  15        Q.   Is that consistent with Defendant Enix giving an order

11:33AM  16    to a Nomad?

11:33AM  17        A.   Yes.

11:33AM  18                  MR. GRABLE:  Objection, Judge.

11:33AM  19                  THE COURT:  Sustained.

11:33AM  20        Q.   What does that appear to be to you?

11:33AM  21        A.   Blaze giving orders to one of the Nomads.

11:33AM  22        Q.   Now, the baseball team, the baseball team was Mr.

11:33AM  23    Enix's security team, correct?

11:33AM  24        A.   One of the descriptions of them was security.

11:33AM  25        Q.   His son Tank was on the baseball team?

7319

1                    T. HALEY - RDX BY MR. TRIPI

11:33AM   2      A.   Yes.

11:33AM   3      Q.   And he is a cocaine dealer?

11:33AM   4           MR. GRABLE:  Object to the leading.

11:34AM   5           THE COURT:  Sustained.

11:34AM   6      Q.   What drug did Tank deal?

11:34AM   7      A.   Cocaine and marijuana.

11:34AM   8      Q.   Do you know whether or not Mr. Jenkins sold drugs?

11:34AM   9      A.   Never.  No, I don't.

11:34AM  10      Q.   Do you know whether or not he used drugs?

11:34AM  11      A.   No, I don't.

11:34AM  12      Q.   How about Vegas?  Do you know whether or not he was

11:34AM  13   involved with drug use or distribution?

11:34AM  14      A.   Not distribution, but use as far as I know.

11:34AM  15      Q.   What did you know him to use?

11:34AM  16      A.   Cocaine.

11:34AM  17      Q.   How about Shine?

11:34AM  18      A.   Yes.

11:34AM  19      Q.   And all four of those guys are on the baseball team?

11:34AM  20           MR. GRABLE:  Leading, your Honor.

11:34AM  21           THE COURT:  Overruled.

11:34AM  22      Q.   Correct?

11:34AM  23      A.   Yes.

11:34AM  24      Q.   And who hand picked the baseball team?

11:34AM  25      A.   Blaze did.

7320

1        T. HALEY - RDX BY MR. TRIPI

11:34AM   2        MR. TRIPI:  Ms. Prawel, can we go back to 153,

11:34AM   3   page 47; 153.1, page 47.

11:35AM   4        Q.   Read that first line out loud.

11:35AM   5        A.   "There has been some confusion here in Florida about

11:35AM   6   patches and the security team I put together."

11:35AM   7        Q.   What is that referencing as you understand it?

11:35AM   8        A.   What we called Blaze's ego team, the baseball team.

11:35AM   9        Q.   Some of the people I just displayed a photo of a moment

11:35AM  10   ago?

11:35AM  11        A.   Yes.

11:35AM  12        Q.   And it says, "the team I put together," true?

11:36AM  13        A.   Yes.

11:36AM  14        Q.   Let's go to page 91.  Do you see that message?

11:36AM  15        A.   I do.

11:36AM  16        Q.   Is that from your knowledge of the Kingsmen, an order

11:36AM  17   for others to take Slim Jim's patches, that last sentence?

11:36AM  18        A.   Yes.

11:36AM  19        Q.   And in the world you lived in, if Slim Jim refused to

11:36AM  20   give up his patches to Kingsmen who went to take them, what is

11:36AM  21   the expected result?

11:36AM  22        A.   That you were to come back with the patches by any

11:37AM  23   means necessary.

11:37AM  24        Q.   Including what?

11:37AM  25        A.   Physically take them off of him.

7321

1                    T. HALEY - RDX BY MR. TRIPI

11:37AM  2      Q.   Is that consistent with ordering potential violence?

11:37AM  3      A.   Yes.

11:37AM  4                MR. GRABLE:  Leading, your Honor.

11:37AM  5                THE COURT:  Sustained.

11:37AM  6                MR. GRABLE:  Move to strike.

11:37AM  7                THE COURT:  Ladies and gentlemen, you should

11:37AM  8      disregard the last answer.

11:37AM  9      Q.   Let's go to March 2nd, 2016, page 101.  What does that

11:37AM 10      appear to be to you relating to Blaze and the reference to the

11:37AM 11      Nomads?

11:37AM 12      A.   Again, Blaze attempting to give orders to the Nomads.

11:37AM 13      Q.   And who is Shine?

11:37AM 14      A.   Shine was the regional Sergeant-of-Arms.

11:37AM 15      Q.   And was he on the baseball team?

11:38AM 16      A.   Yes.

11:38AM 17      Q.   And, again, Tank was on the baseball team, correct?

11:38AM 18                MR. GRABLE:  Leading, your Honor.

11:38AM 19                THE COURT:  Sustained.

11:38AM 20      Q.   Who is Tank?

11:38AM 21                MR. GRABLE:  Leading and repetitious.

11:38AM 22                THE COURT:  We've established Tank was on the

11:38AM 23      baseball team.

11:38AM 24      Q.   And who was Vegas?

11:38AM 25      A.   The regional boss.

7322

1                   T. HALEY - RDX BY MR. TRIPI

11:38AM  2              MR. GRABLE:  Leading.

11:38AM  3              MR. TRIPI:  It's not leading.

11:38AM  4              THE COURT:  Sustained.

11:38AM  5              MR. TRIPI:  He might not like it.  It's not

11:38AM  6      leading.

11:38AM  7              THE COURT:  Look it -- sustained.  You got the

11:38AM  8      picture up there.  You covered who they were.

11:38AM  9              MR. TRIPI:  I haven't been going very long, Judge.

11:38AM 10      Q.  Let's go to page 153.12.  Let's go to 158.5 and split

11:38AM 11      the screen.  The last page of that exhibit, Ms. Prawel.

11:39AM 12              MS. PRAWEL:  153.12.

11:39AM 13              MR. TRIPI:  The last page of that exhibit and

11:39AM 14      153.8.

11:39AM 15              MS. PRAWEL:  What page?

11:39AM 16              MR. TRIPI:  Page 5.

11:39AM 17      Q.  Now, 153.8 is on the right-hand side, Mr. Haley.  I'm

11:39AM 18      going to ask you some questions from that message based on your

11:39AM 19      knowledge of the club at the time.  When you read that, in your

11:39AM 20      -- based on your understanding, were there other Kingsmen

11:39AM 21      members who were not put out who were behind in dues?

11:39AM 22      A.  Yes.

11:39AM 23      Q.  Were there other Kingsmen members who did not have

11:40AM 24      working motorcycles?

11:40AM 25      A.  Yes.

7323

1                    T. HALEY - RDX BY MR. TRIPI

11:40AM   2      Q.   Were there other Kingsmen members who did not own their

11:40AM   3   motorcycles that they rode?

11:40AM   4      A.   Yes.

11:40AM   5      Q.   And upon viewing that message, did you essentially

11:40AM   6   promptly ask about it because of those things?

11:40AM   7                    MR. GRABLE:   Leading, your Honor.

11:40AM   8                    MR. COVERT:   And exceeds the scope of cross.

11:40AM   9                    THE COURT:   Sustained.   It doesn't exceed the

11:40AM  10   scope of cross.   This post came up in cross.

11:40AM  11      Q.   Why did you -- Exhibit 153.12, why did you make the

11:40AM  12   post on the left?

11:40AM  13      A.   Because it was suspicious.

11:40AM  14      Q.   Why was it suspicious?

11:40AM  15      A.   Because there are lots of other Kingsmen that didn't

11:40AM  16   have motorcycles and were behind in their dues and they weren't

11:40AM  17   put out.

11:40AM  18      Q.   Now, we can take that down.   Now, you were asked about

11:41AM  19   slang terms for drugs and asked about chronic use, right?

11:41AM  20      A.   Yes.

11:41AM  21      Q.   What about the word stoned?   Is that another slang

11:41AM  22   term?

11:41AM  23      A.   Yes.

11:41AM  24      Q.   And for what?

11:41AM  25      A.   Under the influence of.

T. HALEY - RDX BY MR. TRIPI

11:41AM  2    Q.   Of drugs?

11:41AM  3    A.   Yes.

11:41AM  4    Q.   You were asked some questions earlier today about the

11:41AM  5    question wherein Pirk said Filly and Special Ed, he was talking

11:41AM  6    about throwing them out or having them ratted on or words to

11:41AM  7    that effect, for drugs, remember that?

11:41AM  8    A.   Yes.

11:41AM  9    Q.   There were some questions about that today.  And you

11:41AM  10   were telling Mr. Grable, you're taking it out of context, or

11:41AM  11   you referenced context?

11:42AM  12   A.   Yes.

11:42AM  13   Q.   What did you mean by that?

11:42AM  14   A.   I meant that we returned from the meeting in Buffalo

11:42AM  15   where Pirk initially was very, very angry, but not embarrassed,

11:42AM  16   but as we came back to Florida and more people started talking

11:42AM  17   about the meeting, he got more embarrassed.

11:42AM  18                  MR. EASTON:  Objection, your Honor.

11:42AM  19                  MR. TRIPI:  Personal observation based on the

11:42AM  20   perception.

11:42AM  21                  THE COURT:  But testifying as to being

11:42AM  22   embarrassed, I'm going to sustain that.  But if he said

11:42AM  23   something that led you to believe that, then say that.  You

11:42AM  24   can't testify as to what you thought Mr. Pirk was thinking in

11:42AM  25   his mind.  You can testify as to your observations of him, his

7325

                         T. HALEY - RDX BY MR. TRIPI

11:42AM   2   demeanor and what he said.

11:42AM   3            THE WITNESS:  Embarrassed is not part of the

11:42AM   4   demeanor?

11:42AM   5            THE COURT:  Tell us why you thought he was

11:42AM   6   embarrassed.

11:42AM   7       A.   I believed that he was embarrassed because guys started

11:42AM   8   to hear about the meeting and what the Nomads were accusing

11:43AM   9   them of and he would become angry and frustrated and tried to

11:43AM  10   do something about it and remove these guys from the club.

11:43AM  11       Q.   And so what was the context you wanted to explain to

11:43AM  12   Mr. Grable earlier?

11:43AM  13       A.   That it wasn't an altruistic, we need to throw the drug

11:43AM  14   dealers out of the club kind of thing.

11:43AM  15       Q.   Let me stop you there, because Special Ed and Filly had

11:43AM  16   been drug dealers for how long?

11:43AM  17       A.   Years, like the other guys that were in the club that

11:43AM  18   were dealing drugs.

11:43AM  19       Q.   Please continue.

11:43AM  20       A.   It wasn't altruistic.  We need to throw the guys out.

11:43AM  21   They didn't want to talk about the elephant in the room.  They

11:43AM  22   turned this club into a three-man dictatorship and that is what

11:43AM  23   the other guys were talking about.  And rather than talk about

11:43AM  24   the meeting, we were talking about spit balls and one of the

11:44AM  25   reasons it was officially ignored.  You had to throw out the

1             USA VS. D. PIRK, A. JENKINS & T. ENIX

11:44AM  2    drug dealers.

11:44AM  3        Q.   What do you mean officially not accepted?

11:44AM  4        A.   Pirk would say, "Don't let me catch you dealing drugs,"

11:44AM  5    but everybody was doing that.

11:44AM  6        Q.   And did that continue with Pirk and others as the

11:44AM  7    leaders?

11:44AM  8             MR. GRABLE:  Leading, your Honor.

11:44AM  9        A.   Yes.

11:44AM  10            THE COURT:  Overruled.

11:44AM  11            MR. TRIPI:  No further redirect.

11:44AM  12            MR. COVERT:  Can we have a short restroom break?

11:44AM  13            THE COURT:  Ladies and gentlemen, let's take a

11:44AM  14    short break.  Why don't we finish up about ten of, that is my

11:44AM  15    goal, aspiration.

11:52AM  16            (Whereupon, a short recess was taken.)

11:52AM  17            THE COURT:  Can we deal with Mr. Covert and Mr.

11:52AM  18    Green's issue?  Cheryl is not here.

11:52AM  19            MR. COVERT:  We'll waive Mr. Jenkins' appearance.

11:52AM  20            THE COURT:  I think I should give an instruction

11:52AM  21    to the jury.  I think they could be confused.  There are two

11:53AM  22    objections.  One, Ms. Shelvey objected when there was

11:53AM  23    cross-examination to the attorney cross-examining, testifying,

11:53AM  24    and then Mr. Grable just objected to Mr. Tripi testifying.  I

11:53AM  25    think I should clarify for the jury that the attorneys are not

1                USA VS. D. PIRK, A. JENKINS & T. ENIX

11:53AM  2    testifying.  In other words, leading questions are the types of

11:53AM  3    questions that are typically only allowed on cross-examination.

11:53AM  4    I have, on some occasions, allowed them, on direct examination,

11:53AM  5    when they're suggesting an answer to the witness, it's not the

11:53AM  6    attorney testifying; it's the witness who is giving testimony

11:53AM  7    and evidence consistent with the preliminary instruction

11:53AM  8    consists of a question and an answer, not just the question.

11:53AM  9                MR. TRIPI:  No objection.

11:53AM 10                THE COURT:  Any objection, defense counsel?

11:53AM 11                MR. COVERT:  No.

11:53AM 12                MR. CONNORS:  To the instruction, is the evidence

11:53AM 13    the value to the question?  Is the answer not the question?

11:53AM 14                THE COURT:  I could say that the objection is the

11:54AM 15    attorneys testifying and I've said "overruled."  I don't want

11:54AM 16    the jury to be confused that somehow I'm suggesting that the

11:54AM 17    attorney is actually giving testimony.  The testimony -- the

11:54AM 18    person under oath is the witness.

11:54AM 19                MR. CONNORS:  But don't you do that by overruling

11:54AM 20    the objection?  I'm not sure why.

11:54AM 21                THE COURT:  Because what I've said is that is

11:54AM 22    cross-examination.  In other words, I think I need to explain

11:54AM 23    to them the fact that a leading question is a question that

11:54AM 24    allows an answer.  I've allowed it on cross-examination.  The

11:54AM 25    attorney is not testifying.  It's the witness that is

7328

1              USA VS. D. PIRK, A. JENKINS & T. ENIX

11:54AM   2    testifying.

11:54AM   3              MR. CONNORS:  I guess if you're asking me do I

11:54AM   4    have an objection, I do.  I don't think I do, I know I do.  I

11:55AM   5    don't see the need for it at this juncture.  I don't see the

11:55AM   6    thing of how it fits or whether it would improperly underscore.

11:55AM   7              THE COURT:  I don't want them to think I was

11:55AM   8    somehow suggesting that Mr. Tripi was giving evidence.

11:55AM   9              MR. CONNORS:  But how would they take that from

11:55AM  10    anything you said?

11:55AM  11              THE COURT:  If you don't think -- I'm more

11:55AM  12    concerned from a defense perspective.  Mr. Grable objected on

11:55AM  13    the grounds that Mr. Tripi was testifying and I overruled and I

11:55AM  14    said that happens on cross-examination.  So I don't want the

11:55AM  15    jury to somehow think I was suggesting that Mr. Tripi was

11:55AM  16    giving testimony here.

11:55AM  17              MR. CONNORS:  I see.

11:55AM  18              THE COURT:  But if you don't think it's necessary,

11:55AM  19    then we can save it for final charge, I mean.

11:56AM  20              MR. CONNORS:  I think, for me, it depends what

11:56AM  21    you're going to say.  You intend to convey to the jury no

11:56AM  22    matter who is doing the questioning, it's not the question

11:56AM  23    posed that really is the evidence of something.

11:56AM  24              THE COURT:  Right.  That, in other words, the

11:56AM  25    testimony elicited in this trial is from the witnesses, not

1                    USA VS. D. PIRK, A. JENKINS & T. ENIX

11:56AM   2    from the attorneys, and therefore, while they need to consider

11:56AM   3    the answer, since we're having difficulty with it, right here

11:56AM   4    it's best to leave it for final charge.  I thought it would

11:56AM   5    make sense to clean it up, but if defense counsel don't believe

11:56AM   6    that, I'll refrain from doing it.

11:56AM   7                    I'm not hearing a request from defense counsel?

11:56AM   8                    MR. GRABLE:  Correct.

11:56AM   9                    THE COURT:  Mr. Covert?

11:56AM   10                   MR. COVERT:  I'll leave it to my fellow defense

11:56AM   11   counsel.

11:56AM   12                   THE COURT:  Mr. Easton?

11:57AM   13                   MR. EASTON:  I just spoke to Mr. Connors, we're

11:57AM   14   not asking for it.

11:57AM   15                   THE COURT:  Okay, fair enough.  We'll leave it for

11:57AM   16   final charge.  What is your issue with respect to Mr. Green,

11:57AM   17   Mr. Connors?

11:57AM   18                   MR. CONNORS:  Ms. Shelvey provided 3527.30 and I

11:57AM   19   took a look at it and indicated she wants to use it with

11:57AM   20   redirect examination.  It came up -- the detention and release

11:57AM   21   came up when I was cross-examining him, but at that time, we

11:57AM   22   said I wasn't allowed to get in the violent bully aspect of it

11:57AM   23   and I suppose the order is going to be offered to show there

11:57AM   24   were conditions placed on his release.  But that document

11:57AM   25   itself implies he can't contact anyone from the KMC and all

1          USA VS. D. PIRK, A. JENKINS & T. ENIX

11:57AM  2   sorts of additional hearsay in it.  I do not think the document

11:58AM  3   should come into evidence.

11:58AM  4          THE COURT:  What is the basis of trying to get

11:58AM  5   this into evidence?

11:58AM  6          MS. SHELVEY:  I wasn't planning.  I was going to

11:58AM  7   refresh his recollection if he couldn't remember all of the

11:58AM  8   conditions of release.

11:58AM  9          THE COURT:  Are you going through all of the

11:58AM 10   conditions of release?

11:58AM 11          MR. TRIPI:  Yes.

11:58AM 12          THE COURT:  I will tell you right now.  I'm going

11:58AM 13   to put time limits on Mr. Green.  Hopefully we'll get done with

11:58AM 14   him today.  You're going to go through all of the conditions of

11:58AM 15   release.  What is the basis for that?

11:58AM 16          MS. SHELVEY:  Because counsel asked Mr. Green

11:58AM 17   about the government reversing his position and did not --

11:58AM 18          THE COURT:  Which they absolutely did.

11:58AM 19          MS SHELVEY:  The statement after that and now

11:58AM 20   you're walking out, walking out free, implying there is no

11:58AM 21   control.  The government said he was violent and now he is out

11:58AM 22   there.  If Mr. Connors had not made that comment, "and now

11:58AM 23   you're out walking around free," he is on conditions of drug

11:58AM 24   testing, drug counseling, curfew, no contact with witnesses, no

11:58AM 25   contact with anyone involved in the case.  He needs to be

7331

1                USA VS. D. PIRK, A. JENKINS & T. ENIX

11:59AM  2    employed.   These are all contrary to just walking around free.

11:59AM  3    There are a number of things I wasn't going to spend a lot of

11:59AM  4    time on if he didn't remember what they were.   If counsel

11:59AM  5    doesn't mind me leading, were your conditions boom, boom, boom,

11:59AM  6    boom, and that will take all of 30 seconds.

11:59AM  7                MR. CONNORS:   I do mind it and I don't think it's

11:59AM  8    appropriate.   For example, look at the last condition, implies

11:59AM  9    that there are problems with all of the KMC people by

11:59AM 10    suggesting you can't hang around with these people.

11:59AM 11                THE COURT:   Were you going to get into that?

11:59AM 12                MS. SHELVEY:   I don't have to.   I'm more concerned

11:59AM 13    about --

11:59AM 14                THE COURT:   I'll let you get into the curfew and

11:59AM 15    that's it.   That is going to be my ruling, okay?   Else before

11:59AM 16    Mr. Green testifies?   No?   Okay, let's get Mr. Haley back in

11:59AM 17    here.

11:59AM 18                MR. TRIPI:   I will say, he is on a different floor

11:59AM 19    before he even testifies.

12:00PM 20                THE COURT:   I want to be done by 2 o'clock with

12:00PM 21    Mr. Green wherever we are.   I'm not placing limits on Haley

12:00PM 22    because we haven't done that.   I'm going to place limits that

12:00PM 23    include each defense counsel is going to get the same amount of

12:00PM 24    time as the government does.

12:00PM 25                MR. TRIPI:   We intend to be succinct.

7332

1                    T. HALEY - RX BY MR. EASTON

12:00PM  2          THE COURT:  So we'll see what time is left between

12:00PM  3   when we left Haley and 2 o'clock and I'll divvy up that time by

12:00PM  4   four.

12:00PM  5          MS. SHELVEY:  Yes, your Honor.

12:00PM  6          MR. CONNORS:  My mic is off.

12:00PM  7          THE COURT:  One, two, three, testing.

12:00PM  8          MR. CONNORS:  Divvy up the redirect.

12:00PM  9          THE COURT:  You will have the same amount of time.

12:00PM 10   You and Mr. Connors will have the same amount of time.  Come on

12:00PM 11   in, Mr. Haley.

12:00PM 12              (Witnesses retakes the witness stand.)

12:00PM 13              (The jury is escorted in the courtroom.)

12:01PM 14          THE COURT:  Thank you for your patience.  Welcome

12:01PM 15   back.  Everybody can have of a seat.  Mr. Easton, when you're

12:01PM 16   ready, you can -- maybe when Sandra sits down, you can commence

12:01PM 17   your cross-examination or recross.  Go ahead.

12:01PM 18   RECROSS EXAMINATION BY MR. EASTON:

12:01PM 19       Q.   Good morning, Mr. Haley.

12:01PM 20       A.   Good morning.

12:01PM 21       Q.   A few questions to follow up.  The Kingsman Motorcycle

12:01PM 22   Club is not a one-percent motorcycle club.  Is that true or

12:02PM 23   false?

12:02PM 24       A.   True.

12:02PM 25       Q.   It's not.  I'm going to speak plainly and clearly.  The

1          T. HALEY - RX BY MR. EASTON

12:02PM  2    Kingsman Motorcycle Club is not a one-percent club.  Is that

12:02PM  3    true?

12:02PM  4        A.  Not officially.

12:02PM  5        Q.  Not officially.

12:02PM  6        A.  Yes.

12:02PM  7        Q.  But it doesn't hold itself as a one-percent club?

12:02PM  8        A.  No.  That is the OPPOSITE.  We do hold ourselves out as

12:02PM  9    one, but we don't wear the patch.

12:02PM 10        Q.  Do you affiliate yourselves with the Outlaws?

12:02PM 11        A.  Do we affiliate?

12:02PM 12        Q.  Are you on the same level of the Outlaws or the Pagans

12:02PM 13    or the Mongols or Warlocks or are you different?

12:02PM 14        A.  We're different.

12:02PM 15        Q.  And because you're not a one-percent club; is that

12:02PM 16    true?

12:02PM 17        A.  Yes, the way you're phrasing it is true.

12:02PM 18        Q.  Well, I don't want to play games on phrasing.

12:02PM 19        A.  Okay.

12:03PM 20        Q.  You talked to the FBI, right?

12:03PM 21        A.  Yes.

12:03PM 22        Q.  And in those discussions, they asked you about

12:03PM 23    one-percent clubs, right?

12:03PM 24        A.  Yes.

12:03PM 25        Q.  And you said that the Kingsmen was not a one-percent

1                     T. HALEY - RX BY MR. EASTON

12:03PM  2      club?

12:03PM  3          A.   Yes.

12:03PM  4          Q.   Correct?  Those are words; is that true?

12:03PM  5          A.   Is that true that I said that to the FBI?

12:03PM  6          Q.   First, is it true as a matter of fact?

12:03PM  7                     MR. TRIPI:  I'm objecting to time frame.  Which

12:03PM  8      date?

12:03PM  9          Q.   You talked to the FBI November 16th, 2016?

12:03PM 10                     MR. TRIPI:  Objection.  There is more than just

12:03PM 11      one statement.

12:03PM 12                     THE COURT:  Overruled.  Go ahead.

12:03PM 13          Q.   Did you tell the FBI on November 6th, 2014 that THE

12:04PM 14      Kingsmen are not a one-percent club?

12:04PM 15          A.   Yes.

12:04PM 16          Q.   And then they showed you a Facebook post that you imply

12:04PM 17      that it was?

12:04PM 18          A.   Yes.

12:04PM 19          Q.   And you say it wasn't.  You were basically talking

12:04PM 20      tough, but the Kingsmen is not a one-percent club.  Is that

12:04PM 21      true?

12:04PM 22          A.   No, I believe I was saying the opposite.

12:04PM 23          Q.   You didn't say that you were talking tough in the post,

12:04PM 24      but the Kingsmen was not a one-percent club?

12:04PM 25          A.   Yes.  I thought you meant the post, yes.

|   |   |
|---|---|
| 1 | T. HALEY - RX BY MR. EASTON |

12:04PM 2   Q.   So the Kingsmen is not a one-percent club?

12:04PM 3   A.   That is what I said to the FBI.

12:04PM 4   Q.   And that's true?

12:04PM 5   A.   It's so open to interpretation.  We held ourselves

12:04PM 6   internally as a one-percent club that didn't wear the patch.

12:04PM 7   Q.   Internally.  But externally, you can designate, there

12:04PM 8   are clubs that have insignia saying we're a one-percent club?

12:05PM 9   A.   Yes.

12:05PM 10   Q.   That is the Outlaws?

12:05PM 11   A.   Yes.

12:05PM 12   Q.   And the Hells Angels?

12:05PM 13   A.   Yes.

12:05PM 14   Q.   And the Mongols?

12:05PM 15   A.   Yes.

12:05PM 16   Q.   And the Warlocks?

12:05PM 17   A.   Yes.

12:05PM 18   Q.   And the Kingsmen were not that?

12:05PM 19   A.   Yes.

12:05PM 20   Q.   They were decidedly not that.  It was an affirmative

12:05PM 21   choice not to go that way?

12:05PM 22   A.   Yes.

12:05PM 23   Q.   And that is the truth, right?

12:05PM 24   A.   Yes.

12:05PM 25   Q.   And that is the truth because Mr. Pirk didn't want to

1                      T. HALEY - RX BY MR. EASTON

12:05PM   2     go that way.  He took it to a vote, right?

12:05PM   3          A.   Right.

12:05PM   4          Q.   And the vote was not to go one percent?

12:05PM   5          A.   Yes.

12:05PM   6          Q.   And Mr. Pirk was fine with that, right?

12:05PM   7          A.   Yes.

12:05PM   8          Q.   And, in fact, that was his position, right?

12:05PM   9          A.   Yes.

12:05PM  10          Q.   So he didn't want to take it one percent; is that

12:05PM  11     correct?

12:05PM  12          A.   I'm sorry?

12:05PM  13                    MR. TRIPI:  Objection as to what Mr. Pirk wanted.

12:05PM  14                    THE COURT:  Sustained.

12:05PM  15          Q.   Now, there were members of the Kingsmen Motorcycle Club

12:05PM  16     that wanted to be a one-percent club?

12:05PM  17          A.   Yes.

12:05PM  18          Q.   And that included Special Ed, right?

12:05PM  19          A.   Yes.

12:05PM  20          Q.   And that included Buzzy, Captain America, right?

12:05PM  21          A.   Yes.

12:05PM  22          Q.   And that included Caruso, right?

12:05PM  23          A.   Yes.

12:05PM  24          Q.   And those guys wanted to be a one-percent club?

12:05PM  25          A.   Yes.

1          T. HALEY - RX BY MR. EASTON

12:05PM  2     Q.   And Mr. Pirk didn't?

12:05PM  3     A.   Correct.

12:06PM  4     Q.   And there was a conflict there, right?

12:06PM  5     A.   Yes.

12:06PM  6     Q.   And Mr. Pirk tried to throw Special Ed out of the club,

12:06PM  7  right?

12:06PM  8     A.   Yes.

12:06PM  9     Q.   And you prevented that, you advocated for him not to do

12:06PM 10  it?

12:06PM 11     A.   Yes.

12:06PM 12     Q.   But Mr. Pirk wanted him out because he didn't want what

12:06PM 13  Special Ed wanted, which is to have the Kingsmen become a

12:06PM 14  one-percent club; is that right?

12:06PM 15     A.   That is not why he wanted to throw him out at the time.

12:06PM 16     Q.   He wanted to throw him out because he was using meth?

12:06PM 17     A.   And not following orders.

12:06PM 18     Q.   And using meth and becoming violent?

12:06PM 19     A.   Yes.

12:06PM 20     Q.   And using meth and becoming violent is something a

12:06PM 21  one-percent club wouldn't tolerate, right?

12:06PM 22               MR. TRIPI:  Objection.

12:06PM 23               THE COURT:  Sustained.

12:06PM 24     Q.   And Special Ed became an Outlaw, correct?

12:06PM 25               MR. TRIPI:  Objection, beyond the scope.

7338

1                    T. HALEY - RX BY MR. EASTON

12:06PM  2              THE COURT:  Overruled.  I'll allow that question.

12:06PM  3      Q.   He became an Outlaw, right?

12:06PM  4      A.   Yes.

12:06PM  5      Q.   And really 2014 or 2013, end of 2013 and into 2014, Mr.

12:07PM  6   Pirk wanted him out and you persuaded him to keep Special Ed

12:07PM  7   in, right?

12:07PM  8      A.   Yes.

12:07PM  9      Q.   Because you respected Special Ed?

12:07PM 10      A.   Respect would not be the correct word.  I believe he

12:07PM 11   had potential.

12:07PM 12      Q.   Potential.  Now let's talk -- I referenced your

12:07PM 13   talking, tough, that you said that you talk tough sometimes,

12:07PM 14   right?

12:07PM 15      A.   Yes.

12:07PM 16      Q.   And you say things in your e-mail that are tough and

12:07PM 17   crude and basically made up; is that correct?

12:07PM 18      A.   Not made up, but talk tough and crude, yes.

12:07PM 19      Q.   I'll show you what Mr. Tripi displayed as TE 5157, and

12:07PM 20   it's page, the fifth page of this exhibit.  I believe it's in

12:07PM 21   evidence.  Do you recognize this document?

12:08PM 22      A.   Yes.

12:08PM 23      Q.   And it's a Facebook posting, I assume, right?

12:08PM 24      A.   Yes.

12:08PM 25      Q.   And it's from you, right?

T. HALEY - RX BY MR. EASTON

12:08PM  2      A.   Yes.

12:08PM  3      Q.   And I'm not going to have you read it out loud, believe

12:08PM  4   me.  But there are things in there that are just very crude,

12:08PM  5   right?

12:08PM  6      A.   Yes.

12:08PM  7      Q.   And I'm directing you to the middle of the paragraph,

12:08PM  8   after all of the bosses made it with the national boss riding

12:08PM  9   into --

12:08PM  10     A.   Yes.

12:08PM  11     Q.   And that is very crude, right?

12:08PM  12     A.   Yes.

12:08PM  13     Q.   And watching Pirk ride in wearing his Nomad patches,

12:08PM  14   this is stuff -- first of all, do you know if Pirk ever even

12:08PM  15   saw this e-mail?

12:08PM  16     A.   No, I don't know if Pirk saw it.

12:08PM  17     Q.   Right, because he is not a computer guy.  You testified

12:08PM  18   to that on direct?

12:08PM  19     A.   Right.

12:08PM  20     Q.   You don't know if he knows how to navigate Facebook; is

12:08PM  21   that correct?

12:08PM  22     A.   I know he doesn't.

12:08PM  23     Q.   Right, he doesn't.  So you post this thing and you make

12:08PM  24   this crude reference to you and your reaction to watching Mr.

12:09PM  25   Pirk ride in with his Nomad patches, right?

1                      T. HALEY - RX BY MR. EASTON

12:09PM   2        A.   Yes.

12:09PM   3        Q.   And you did that for a reason, right?  I assume it

12:09PM   4    wasn't literally true.  You're doing it for a reason, right?

12:09PM   5        A.   Yes.

12:09PM   6        Q.   Because you're establishing things that are not true

12:09PM   7    for bravado?

12:09PM   8                    MR. TRIPI:  Objection.  Objection.

12:09PM   9                    THE COURT:  You showed this on redirect.

12:09PM  10    Overruled.

12:09PM  11                    MR. TRIPI:  Not that portion.

12:09PM  12                    THE COURT:  But it's a little hard to miss it.

12:09PM  13    Overruled.

12:09PM  14        A.   It was true.  I did watch him ride in.

12:09PM  15        Q.   Come on, Mr. Haley.  I have to read it.  "It made my

12:09PM  16    dick hard watching Pirk ride in wearing his Nomad patches."

12:09PM  17    That was true?

12:09PM  18        A.   We're arguing over whether or not I had an erection?

12:09PM  19        Q.   No.  Why are you posting that?

12:09PM  20        A.   Because I saw him riding in wearing the bottom national

12:09PM  21    rocker.

12:09PM  22        Q.   That gave you a sense of pride?

12:09PM  23        A.   Yes.

12:09PM  24        Q.   You didn't say, "I'm proud to see Pirk because I liked

12:10PM  25    him."  You framed it in this type of language?

1                    T. HALEY - RX BY MR. EASTON

12:10PM   2        A.   Yes.

12:10PM   3        Q.   And that is because you're establishing a persona on

12:10PM   4   the Facebook postings as the tough guy and saying things that

12:10PM   5   are not true?

12:10PM   6        A.   Again, tough guy and saying things that are not true.

12:10PM   7        Q.   You go on?

12:10PM   8        A.   Not in this one.  There is nothing untrue in it.

12:10PM   9        Q.   Let's go through it.  He is still -- he has been

12:10PM  10   wearing -- since the Nomads -- "he has been wearing since these

12:10PM  11   people start trying to break us all up and I got to refer to

12:10PM  12   these cock suckers started breaking us all up."  Who is he

12:10PM  13   referring to?  Who are you referring to?

12:10PM  14        A.   I'm referring to the Springville chapter up in New York

12:11PM  15   as well as some of the Nomads up in New York that were

12:11PM  16   disgruntled.

12:11PM  17        Q.   This is November 2nd of 2014.  Isn't Springville pretty

12:11PM  18   much over by then?

12:11PM  19        A.   No.  Springville was never over, still going on.

12:11PM  20        Q.   There are people.  Springville doesn't exist as a

12:11PM  21   chapter back then in November of 2014?

12:11PM  22        A.   Did to my understanding.

12:11PM  23        Q.   Still up and running?

12:11PM  24        A.   Yes.

12:11PM  25        Q.   Is that to your understanding?

1                      T. HALEY - RX BY MR. EASTON

12:11PM   2        A.   Yes.

12:11PM   3        Q.   All right.  So he has been wearing his Nomad patches,

12:11PM   4   okay, Mr. Pirk?

12:11PM   5        A.   Okay.

12:11PM   6        Q.   Well, instead of his National President patches?

12:11PM   7        A.   Yes.

12:11PM   8        Q.   And that made you proud?

12:11PM   9        A.   Yes.

12:11PM  10        Q.   Because he was proud to be a Nomad?

12:11PM  11        A.   I was proud that he was a Nomad.

12:11PM  12        Q.   And he was wearing the Nomad patches as opposed to

12:11PM  13   wearing his National President patch?

12:11PM  14        A.   Yes.

12:11PM  15        Q.   And then it says, "He is still in war.  We ain't taking

12:12PM  16   no shit mode."  All right.  Now, that doesn't mean, in your

12:12PM  17   estimation -- what did you mean by that?  He is still in war,

12:12PM  18   we ain't taking no shit mode?

12:12PM  19        A.   That he is not backing down from the Outlaws, from

12:12PM  20   Springville, or from the disgruntled group of Nomads, whoever

12:12PM  21   else is disgruntled with that.

12:12PM  22        Q.   And this is nothing despite the reference to war, does

12:12PM  23   that necessarily implicate violence?

12:12PM  24        A.   Does it necessarily?

12:12PM  25        Q.   Right.

1                          T. HALEY - RX BY MR. EASTON

12:12PM  2          A.  Not necessarily.

12:12PM  3          Q.  It means standing up to?

12:12PM  4          A.  Yes.

12:12PM  5          Q.  And you weren't implying he was at war, out to kill

12:12PM  6     people, were you?

12:12PM  7          A.  No.

12:12PM  8          Q.  That wasn't your intent?

12:12PM  9          A.  No.

12:12PM 10          Q.  But you were using inflammatory language, right?

12:12PM 11          A.  Yes.

12:12PM 12          Q.  And you do that a lot, right?

12:12PM 13          A.  Yes.

12:12PM 14          Q.  "And I have great love and respect for him and Blaze,"

12:13PM 15     was that true?

12:13PM 16          A.  Was it true that I wrote that?  Yes.

12:13PM 17          Q.  Was it true?  Did you have love and respect for these

12:13PM 18     two guys?

12:13PM 19          A.  I did.

12:13PM 20          Q.  Back then, but it just went away.  This was November of

12:13PM 21     2014?

12:13PM 22          A.  It went away after I come to believe they were

12:13PM 23     responsible for murders.

12:13PM 24          Q.  That is your belief, right?

12:13PM 25          A.  Yes.

7344

1                   T. HALEY - RX BY MR. EASTON

12:13PM  2      Q.   You came to that belief on your own?

12:13PM  3      A.   No.

12:13PM  4      Q.   You came to that as an opinion that you have?

12:13PM  5               MR. TRIPI:  Objection.

12:13PM  6               THE COURT:  I'm going to sustain the objection.

12:13PM  7   That means you can't answer it, Mr. Haley.

12:13PM  8               THE WITNESS:  Thank you.

12:13PM  9      Q.   "The burden they carry and the hours and hours of work

12:13PM 10   they put in while the rest of us party is awesome."  Is that

12:13PM 11   true?

12:13PM 12      A.   Yes.

12:13PM 13      Q.   And they assumed a burden?

12:13PM 14      A.   They did.

12:13PM 15      Q.   And they assumed a burden.  They were trying to reshape

12:13PM 16   the Kingsman Motorcycle Club; is that correct?

12:13PM 17      A.   Yes.

12:13PM 18      Q.   And reshape it from Spry, correct?

12:13PM 19      A.   Yes.

12:13PM 20      Q.   And even you will concede that Spry was running a core

12:13PM 21   results organization?

12:13PM 22      A.   Yes.

12:13PM 23      Q.   And Mr. Pirk was trying to make it a better

12:14PM 24   organization?

12:14PM 25      A.   Yes.

7345

1                    T. HALEY - RX BY MR. EASTON

12:14PM   2       Q.   And not necessarily more violent, but he wanted to

12:14PM   3   stand up to pressures from the outside, right?

12:14PM   4               MR. TRIPI:   Objection as to what Pirk wanted.

12:14PM   5               THE COURT:   I'll allow it.   Overruled.

12:14PM   6       Q.   Well, we had to become more violent to stand up?   But

12:14PM   7   you had to become strong?

12:14PM   8       A.   Yes.

12:14PM   9       Q.   You didn't necessarily have to resort to violence,

12:14PM  10   right?

12:14PM  11       A.   No.   That is inaccurate.   You're not going to stand up

12:14PM  12   against all of the other guys if you're not willing to be

12:14PM  13   violent.

12:14PM  14       Q.   Well, you have to be perceived as strong, right?

12:14PM  15       A.   Yes.

12:14PM  16       Q.   Have you ever shot anyone as a Kingsmen?

12:14PM  17       A.   No.

12:14PM  18       Q.   Has Mr. Pirk ever ordered you to kill anyone?

12:14PM  19       A.   No.

12:14PM  20       Q.   You don't have to do that, right?

12:14PM  21       A.   No.

12:14PM  22       Q.   And you know that?

12:14PM  23       A.   Right.

12:14PM  24       Q.   And you are not implying that Mr. Pirk ever did that in

12:14PM  25   your presence, right?

1                        T. HALEY - RX BY MR. EASTON

12:14PM  2      A.   Absolutely not.

12:14PM  3      Q.   And as stated, you often talk tough and make up stories

12:14PM  4  when you speak to newer members, essentially to embellish your

12:15PM  5  reputation and your persona?

12:15PM  6      A.   Yes.

12:15PM  7      Q.   And you're mindful that you're one of the long-term

12:15PM  8  members along with Pirk.  No one could dispute your claims?

12:15PM  9      A.   Yes.

12:15PM 10      Q.   When you came back in 2012, you enjoyed seeing the KMC

12:15PM 11  get some credibility from tougher guys in the club, right?

12:15PM 12      A.   Yes.

12:15PM 13      Q.   There was a new leadership?

12:15PM 14      A.   Yes.

12:15PM 15      Q.   And it was going to be strong?

12:15PM 16      A.   Yes.

12:15PM 17      Q.   Not export violence out there but strong enough to keep

12:15PM 18  violence from them?

12:15PM 19              MR. TRIPI:  Objection.  Argument.

12:15PM 20              THE COURT:  Sustained.

12:15PM 21      Q.   But you enjoyed this because this allowed the KMC to

12:15PM 22  gain a reputation that you personally benefited from as a KMC

12:15PM 23  member and you didn't have to get your hands dirty to get that

12:15PM 24  reputation; is that true?

12:15PM 25      A.   Yes.

1                    T. HALEY - RX BY MR. EASTON

12:15PM  2      Q.   Now, you, on your direct testimony, you described the

12:16PM  3   Kingsmen as a collection of gangsters and tough guys; is that

12:16PM  4   right?

12:16PM  5      A.   Yes.

12:16PM  6      Q.   You say the Kingsman Motorcycle Club, when you were in

12:16PM  7   it, and I'll direct your time period to like 2015, before then

12:16PM  8   -- well, strike that.

12:16PM  9           You left the Kingsman Motorcycle Club in August of

12:16PM 10   2015; is that right.

12:16PM 11      A.   Yes.

12:16PM 12      Q.   And you were thrown out by Mr. Pirk, right?

12:16PM 13      A.   No, I wasn't thrown out.  I walked away after a

12:16PM 14   meeting.

12:16PM 15      Q.   Well, he informed you in August of 2015, you were out

12:16PM 16   because you had posted stuff on Facebook?

12:16PM 17               MR. TRIPI:  Objection.

12:16PM 18               THE COURT:  If you're going to read from it, I'll

12:16PM 19   sustain the objection.  It's not in evidence.

12:16PM 20      Q.   Okay.  In August of 2015, did Mr. Pirk ask you to leave

12:17PM 21   the Kingsmen because of things you posted on Facebook?

12:17PM 22      A.   No.

12:17PM 23      Q.   He didn't?

12:17PM 24      A.   No, called me into a meeting.

12:17PM 25      Q.   And didn't he say to you that you were posting stuff on

1                    T. HALEY - RX BY MR. EASTON

12:17PM  2    Facebook that he didn't like and then you left the Kingsmen

12:17PM  3    because of that?

12:17PM  4         A.   Yes.  Well, it was a collection of things, not because

12:17PM  5    of just that.  There was two events that were going on that

12:17PM  6    caused me to leave the Kingsmen.

12:17PM  7         Q.   But he asked you to leave, Mr. Pirk?

12:17PM  8         A.   No.  I said I'm done with all this crap if that is how

12:17PM  9    you feel, and I walked away.

12:17PM  10        Q.   And it was after?

12:17PM  11        A.   And they started telling people that they asked me to

12:17PM  12    leave.

12:17PM  13        Q.   And you walked out and it was because of things that

12:18PM  14    you were posting on Facebook?

12:18PM  15        A.   Yes.

12:18PM  16             MR. TRIPI:  Objection.  Judge, briefly.

12:18PM  17             (Whereupon, a sidebar discussion was held on the

12:18PM  18    record.)

12:18PM  19             MR. TRIPI:  This is creating the unfair impression

12:18PM  20    what he is posting on Facebook is Pirk and Enix are responsible

12:18PM  21    for murders after the verdict that happened and he is creating

12:18PM  22    the impression that he is thrown out for calling it a

12:18PM  23    one-percent club and leaving me no recourse here.  So I don't

12:18PM  24    think this is fair.

12:18PM  25             MR. EASTON:  I'm not.

7349

1          T. HALEY - RX BY MR. EASTON

12:18PM   2          THE COURT:  That is the implication and we all

12:18PM   3   know that the reason that he was posting those was about Pirk

12:18PM   4   and Enix.

12:18PM   5          MR. TRIPI:  This is not fair play at all.

12:18PM   6          THE COURT:  I'm going to give an instruction that

12:18PM   7   the posts were not -- I think you need to clarify that the

12:18PM   8   postings on Facebook were not about the organization becoming a

12:19PM   9   one-percent club.

12:19PM   10          MR. EASTON:  All right.  I can do that.

12:19PM   11          (Proceeding continued.)

12:19PM   12          THE COURT:  Go ahead, Mr. Easton.

12:19PM   13   Q.   In August of 2015, you left the Kingsmen; is that

12:19PM   14   correct?

12:19PM   15   A.   Yes.

12:19PM   16   Q.   And you did have discussions with Mr. Pirk, right?

12:19PM   17   A.   Yes.

12:19PM   18   Q.   And these discussions were he was dissatisfied, right?

12:19PM   19   A.   Yes.

12:19PM   20   Q.   But we're not -- it wasn't regarding one-percent

12:19PM   21   characterizations or things like that, right?

12:19PM   22   A.   No.

12:19PM   23   Q.   He was dissatisfied with you for a number of reasons?

12:19PM   24   A.   Yes.

12:19PM   25   Q.   And you left at that point?

7350

1                    T. HALEY - RX BY MR. EASTON

12:19PM   2        A.   Yes.

12:19PM   3        Q.   And you didn't come back to the Kingsmen until after

12:19PM   4   Mr. Pirk was arrested; is that correct?

12:19PM   5        A.   Yes.

12:19PM   6        Q.   Now, you did describe -- I was going to get into this.

12:19PM   7   The Kingsmen Motorcycle Club on direct, on redirect

12:20PM   8   examination, you characterized it as a collection of gangsters

12:20PM   9   and tough guys; is that true?

12:20PM  10        A.   I keep trying to explain.  I characterized it -- there

12:20PM  11   was a group within the club that was a collection of gangsters

12:20PM  12   and tough guys.

12:20PM  13        Q.   So you're saying that the Kingsmen Motorcycle Club as

12:20PM  14   an entity was not a collection of tough guys --

12:20PM  15        A.   That --

12:20PM  16        Q.   -- or gangsters, but there was a sub group in it that

12:20PM  17   were tough guys and/or gangsters?

12:20PM  18        A.   No.

12:20PM  19             MR. TRIPI:  Objection as to subgroup.

12:20PM  20             THE COURT:  Overruled.

12:20PM  21             Wait a minute.  The answer was "no."

12:20PM  22        A.   I don't even know the question now.

12:20PM  23             THE COURT:  Was there a subgroup of tough guys and

12:20PM  24   gangsters?

12:20PM  25             THE WITNESS:  Yes.

                         T. HALEY - RX BY MR. EASTON

12:20PM 2    Q.  And gangsters and tough guys, they are a little

12:20PM 3    different, right?

12:20PM 4    A.  Very.

12:20PM 5    Q.  Gangster would be a criminal?

12:21PM 6            THE COURT:  Mr. Haley, wait until he finishes the

12:21PM 7    question.

12:21PM 8    Q.  A gangster would be a criminal, right?

12:21PM 9            MR. TRIPI:  Objection.

12:21PM 10           MR. EASTON:  I'll rephrase.

12:21PM 11   Q.  What do you mean by a gangster?

12:21PM 12   A.  I mean it was currently a popular term used in

12:21PM 13   everything from rap music to referring to guys that were

12:21PM 14   committing illegal acts that covered a wide spectrum of guys

12:21PM 15   that were living outside of the bounds of normal laws.

12:21PM 16   Q.  So not necessarily a criminal, but someone holding

12:21PM 17   himself out to be of a certain reputation and perception,

12:21PM 18   right?

12:21PM 19   A.  Yes.

12:21PM 20   Q.  A tough guy is a little different than that, right.

12:21PM 21   A.  Yes.

12:21PM 22   Q.  That is not really -- that is so much internal

12:21PM 23   fortitude and standing upness, right?

12:21PM 24   A.  Yes.

12:21PM 25   Q.  And there were members of the Kingsmen that were tough

1                    T. HALEY - RX BY MR. EASTON

12:21PM  2    guys?

12:21PM  3        A.   Yes.

12:21PM  4        Q.   And that was important to them, right?

12:21PM  5        A.   Yes.

12:21PM  6        Q.   Yourself?

12:21PM  7        A.   Yes.

12:21PM  8        Q.   Is it important to yourself?

12:21PM  9        A.   Yes.

12:21PM 10        Q.   And you hold yourself out to be a tough guy, right?

12:22PM 11        A.   Yes.

12:22PM 12        Q.   Not necessarily a gangster, right?

12:22PM 13        A.   No, but tough guy.

12:22PM 14        Q.   And Mr. Pirk, he is a tough guy, right?

12:22PM 15        A.   Yes.

12:22PM 16        Q.   He carries himself with a certain composure?

12:22PM 17        A.   Yes.

12:22PM 18        Q.   And there are plenty of Kingsmen -- well, strike that.

12:22PM 19    There were some Kingsmen that were holding themselves out to be

12:22PM 20    gangsters and wanted to be gangsters, right?

12:22PM 21        A.   Yes.

12:22PM 22        Q.   And prominent of that group are Special Ed and Caruso

12:22PM 23    and others like of their adherence, people that looked up to

12:22PM 24    them?

12:22PM 25                    MR. TRIPI:   Objection.   Beyond the scope of

1                    T. HALEY - RX BY MR. EASTON

12:22PM    2    direct.

12:22PM    3              THE COURT:  Overruled.  You asked him.

12:22PM    4              MR. TRIPI:  Redirect.

12:22PM    5              THE COURT:  You asked him about the gangsters and

12:22PM    6    tough guys on redirect.  Overruled.

12:22PM    7        Q.   So there are other people there that sort of followed

12:22PM    8    Special Ed over to the Nickel City Nomads and Special Ed the

12:23PM    9    Outlaws, right?

12:23PM   10              MR. TRIPI:  Objection.  Beyond the scope of

12:23PM   11    redirect.

12:23PM   12              THE COURT:  Sustained.

12:23PM   13        Q.   Now, you testified on redirect to a discussion that you

12:23PM   14    had with Mr. Pirk after that South Buffalo confrontation in

12:23PM   15    August of 2014 that you witnessed or that you witnessed some

12:23PM   16    part of it, right?

12:23PM   17        A.   Yes.

12:23PM   18        Q.   And you had a meeting with -- you talked to him

12:23PM   19    numerous times in Florida, right?

12:23PM   20        A.   Yes.

12:23PM   21        Q.   And you recounted one of them on redirect testimony

12:23PM   22    where you testified that Mr. Pirk had said that at one point in

12:23PM   23    this conversation, that Special Ed -- I think it was just

12:23PM   24    Special Ed or Special Ed and Caruso ought to be whacked, ought

12:23PM   25    to be or should have been?

1                    T. HALEY - RX BY MR. EASTON

12:24PM  2        A.   Yes.

12:24PM  3        Q.   And if he had his gun, it never would have happened?

12:24PM  4        A.   Two different conversations.  If I had my gun,

12:24PM  5   connotation was as he walked down from the upstairs in Buffalo,

12:24PM  6   speaking, they never would have been able to trap them in the

12:24PM  7   room.  He would have been free to walk out if he had his gun.

12:24PM  8        Q.   That was your interpretation of his remark, then?

12:24PM  9        A.   Yes.

12:24PM 10        Q.   And your interpretation as you said yesterday, that

12:24PM 11   didn't mean he was going to shoot them?

12:24PM 12        A.   No.

12:24PM 13        Q.   And did you interpret the comment that they should have

12:24PM 14   been whacked to be that he wanted to assassinate, to kill them?

12:24PM 15        A.   I interpreted that was the level of frustration, but

12:24PM 16   not to shoot them.

12:24PM 17        Q.   And that he was angry one of them brandished a

12:24PM 18   Kel-Tech?

12:24PM 19        A.   Specifically because it was the guy he backed.

12:24PM 20        Q.   Even if he didn't back them independent of them, it

12:24PM 21   might be something that might inspire a level of anger and

12:25PM 22   frustration; is that right?

12:25PM 23        A.   Yes.

12:25PM 24        Q.   And also, in this meeting, he was talking about

12:25PM 25   throwing them out because they are drug users or going to the

1                    T. HALEY - RX BY MR. EASTON

12:25PM  2    police and showing them they are drug dealers and users, right?

12:25PM  3        A.    This was the meeting where we were talking about how to

12:25PM  4    get rid of these guys without addressing the fight or the

12:25PM  5    confrontation in Buffalo.

12:25PM  6        Q.    And get them out of KMC?

12:25PM  7        A.    Right.

12:25PM  8        Q.    And Mr. Pirk wanted them out of the KMC?

12:25PM  9        A.    Yes.

12:25PM 10        Q.    He wanted them out for nearly a year at that point?

12:25PM 11                    MR. TRIPI:    Objection.

12:25PM 12                    THE COURT:    Sustained.

12:25PM 13        Q.    He wanted Special Ed out before?

12:25PM 14        A.    Yes.

12:25PM 15                    MR. TRIPI:    Objection.

12:25PM 16                    THE COURT:    Sustained.  You can ask him about what

12:25PM 17    he said to him, but asking what Mr. Pirk or what his

12:26PM 18    understanding of what Mr. Pirk wanted, I'm going to sustain,

12:26PM 19    asking this witness whether or not Mr. Pirk wanted.

12:26PM 20        Q.    What was your understanding about Mr. Pirk and what he

12:26PM 21    wanted to have done with Special Ed?

12:26PM 22        A.    At which point in time?

12:26PM 23        Q.    Let's go back from late December of 2014.  He wanted

12:26PM 24    him out of the club; is that correct?

12:26PM 25        A.    I believe that was around that time, yes.

1                    T. HALEY - RX BY MR. EASTON

12:26PM  2      Q.   And then after this meeting in August of 2014, is it

12:26PM  3   fair to say that that desire he expressed it to you, everyone,

12:26PM  4   in more strong terms?

12:26PM  5      A.   Yes.

12:26PM  6      Q.   He wanted him out?

12:26PM  7      A.   Yes.

12:26PM  8      Q.   Of the club?

12:26PM  9      A.   Yes.

12:26PM 10      Q.   He didn't say he wanted him killed, right?

12:26PM 11      A.   Not ever again.

12:26PM 12      Q.   But that was "they ought to be whacked," right?

12:26PM 13      A.   "I ought to have them whacked."

12:26PM 14      Q.   And that was in the context of a lot of things he said,

12:26PM 15   right, at that meeting?

12:26PM 16      A.   Yes.

12:27PM 17      Q.   Many of which, and even you characterized he was

12:27PM 18   frustrated and angry at that meeting?

12:27PM 19      A.   Yes.

12:27PM 20      Q.   On redirect, Mr. Tripi displayed to you the Facebook

12:27PM 21   message, that of August -- I think it was August 31st of 2014?

12:27PM 22                MR. TRIPI:  You want it up, 153.8, page 5.

12:27PM 23                MR. EASTON:  Thank you, Ms. Prawel.

12:28PM 24      Q.   You recall this message is --

12:28PM 25                MR. EASTON:  I think what was the exhibit, Ms.

7357

                    T. HALEY - RX BY MR. EASTON

12:28PM  1

12:28PM  2    Prawel.

12:28PM  3              MS. PRAWEL:  153.8.

12:28PM  4              MR. EASTON:  And fifth page.

12:28PM  5              MS. PRAWEL:  Yes.

12:28PM  6    Q.   You recall that document?

12:28PM  7    A.   Yes.

12:28PM  8    Q.   That is the document that you acknowledge that you read

12:28PM  9    soon thereafter it was posted on the 31st, right?

12:28PM  10   A.   Yes.

12:28PM  11   Q.   And you responded to it by saying "other guys don't

12:28PM  12   have bikes," right?

12:28PM  13   A.   Yes.

12:28PM  14   Q.   But fair to say that you know in Florida with maybe the

12:28PM  15   exception of Uncle Sean, who was sort of a beloved guy that had

12:28PM  16   problem people in the Florida membership, they all had bikes or

12:29PM  17   trikes, right?

12:29PM  18   A.   Not that they owned.  Several guys were riding bikes

12:29PM  19   that other people owned.

12:29PM  20   Q.   So he has had no bike for a while and behind in dues

12:29PM  21   and the way he is thinking and feels about things is not in the

12:29PM  22   best interest of the Kingsmen.  He is out.  He is not "out

12:29PM  23   bad," but he is out?

12:29PM  24   A.   Right.

12:29PM  25   Q.   And when you got the message, you then expressed some

7358

1                    T. HALEY - RX BY MR. EASTON

12:29PM  2    concern, saying that is not fair because other people don't

12:29PM  3    have bikes, right?

12:29PM  4        A.   That was one of the things that struck me as odd about

12:29PM  5    the e-mail, yes.

12:29PM  6        Q.   And I think you testified on direct -- well, you took

12:29PM  7    those concerns -- did you take those concerns to Mr. Pirk?

12:29PM  8        A.   I posted something on Facebook about why.

12:30PM  9        Q.   You know Mr. Pirk, you just told us he has very limited

12:30PM 10    capacity on Facebook, right?

12:30PM 11        A.   Yes.

12:30PM 12        Q.   But you took your concern directly to Emmett Green,

12:30PM 13    right?

12:30PM 14        A.   Emmett is the one that responded when I posted it.

12:30PM 15        Q.   He responded back to you?

12:30PM 16        A.   Yes.

12:30PM 17        Q.   And he responded it's above your pay grade or something

12:30PM 18    like that?

12:30PM 19        A.   Yes.

12:30PM 20        Q.   Now, Mr. Tripi went over with you your plea agreement

12:30PM 21    or certain portions of it; is that right?

12:30PM 22        A.   Yes.

12:30PM 23        Q.   And one of them concerned substantial assistance,

12:30PM 24    right?

12:30PM 25        A.   Yes.

1                    T. HALEY - RX BY MR. EASTON

12:30PM  2        Q.   And part of your plea agreement is that you are to

12:30PM  3   provide substantial assistance, right, to get the benefit of

12:30PM  4   your cooperation agreement?

12:31PM  5        A.   That was to testify truthfully, honestly and not

12:31PM  6   withhold anything, and they would determine if that was

12:31PM  7   substantial enough assistance.

12:31PM  8        Q.   They, the government?

12:31PM  9        A.   Yes.

12:31PM 10        Q.   Would make a motion?

12:31PM 11        A.   Or petition.

12:31PM 12        Q.   And determine if that was substantial assistance?

12:31PM 13        A.   Yes.

12:31PM 14        Q.   And that is pursuant to the law?

12:31PM 15        A.   Yes.

12:31PM 16        Q.   And pursuant to your obligations?

12:31PM 17        A.   Yes.

12:31PM 18        Q.   And you know the government has that authority and

12:31PM 19   responsibility?

12:31PM 20        A.   Yes.

12:31PM 21        Q.   And you're very aware of it, right?

12:31PM 22        A.   Yes.

12:31PM 23        Q.   Over the last few days, you became aware of it?

12:31PM 24        A.   Yes.

12:31PM 25        Q.   And that is with discussions with the government?

1                          T. HALEY - RX BY MR. EASTON

12:31PM  2        A.   Yes.

12:31PM  3        Q.   And your lawyer?

12:31PM  4        A.   Yes.

12:31PM  5        Q.   And you're aware?

12:31PM  6        A.   Not with my lawyer, in the last few days about that.

12:31PM  7        Q.   But you had discussions with your lawyer?

12:31PM  8        A.   Yes.

12:31PM  9        Q.   And you testified how you're testifying under those

12:31PM 10   conditions right now, right?

12:31PM 11        A.   Yes.

12:31PM 12        Q.   And that you talked to us about how hard and difficult

12:31PM 13   it is for you to testify?

12:31PM 14        A.   Yes.

12:31PM 15        Q.   And it's hard and difficult for you to sit in that

12:32PM 16   seat, right?

12:32PM 17        A.   Yes, yes.

12:32PM 18        Q.   And it's hard and difficult to say things about David

12:32PM 19   Pirk that you've known for 40 years?

12:32PM 20        A.   Yes.

12:32PM 21        Q.   And it's hard for you and difficult in that seat,

12:32PM 22   right?

12:32PM 23        A.   Yes.

12:32PM 24        Q.   And it would be hard and difficult?

12:32PM 25             MR. TRIPI:   Objection.

7361

                        T. HALEY - RX BY MR. EASTON

12:32PM  2              THE COURT:  Sustained.

12:32PM  3              MR. EASTON:  Nothing further.

12:32PM  4              THE COURT:  Thank you, Mr. Easton.  Mr. Covert, do

12:32PM  5    you have any recross?

12:32PM  6              MR. COVERT:  No, your Honor.

12:32PM  7              THE COURT:  Mr. Grable?

12:32PM  8              MR. GRABLE:  Thank you, your Honor.

12:32PM  9    RECROSS EXAMINATION BY MR. GRABLE:

12:32PM 10        Q.  Mr. Haley, when Mr. Tripi got up and talked to you

12:32PM 11    about the differences between New York and Florida, you

12:32PM 12    remember him asking you those questions?

12:32PM 13        A.  Yes.

12:32PM 14        Q.  And he asked you about Springville and you became aware

12:32PM 15    of violence taking place in Springville, New York.  Remember

12:32PM 16    him talking about that?

12:32PM 17        A.  Yes.

12:32PM 18        Q.  And then he said if a Florida chapter, for example

12:33PM 19    Sumter County, were having issues, you would expect the same

12:33PM 20    result.  Remember that question?

12:33PM 21        A.  Yes.

12:33PM 22        Q.  And that's a fantasy.  There was no violence among the

12:33PM 23    chapters and clubhouses in Florida, correct?

12:33PM 24        A.  None.

12:33PM 25        Q.  So when Mr. Tripi asked you that question, that was a

T. HALEY - RX BY MR. EASTON

2  pure bit of fantasy, right?

3      A.   I don't know if fantasy is the right word.  It was not

4  accurate that there, the chapters in Florida were essentially

5  behind Pirk.

6      Q.   And then do you remember that Plaintiff Tripi asked

7  some questions about drugs in Tennessee for Outlaw meetings.

8  Remember that?

9      A.   Yes.

10     Q.   What he didn't ask you was the guys who brought guns to

11 the meeting, every one of them had a legal carry permit to

12 bring them, correct?

13     A.   Yes.

14     Q.   And he asked you about were there guys ready to shoot.

15 Remember him asking you that?

16     A.   Yes.

17     Q.   And you certainly don't know or you're not capable nor

18 any of us are capable of thinking what someone is thinking at

19 any period of time?

20     A.   I'm referring to the conversations.

21     Q.   The reality is there was no shooting in Tennessee?

22     A.   That's correct.

23     Q.   And the notion that there was shooting in Tennessee

24 would be fantasy?

25     A.   If someone suggested there was shooting, yes.

1                    T. HALEY - RX BY MR. EASTON

12:34PM  2      Q.   And in fact, a big part of the reason that there was no

12:34PM  3   shooting in Tennessee was because of Tim Enix, correct?

12:34PM  4      A.   Absolutely.

12:34PM  5      Q.   And do you remember Mr. Tripi asked you some questions

12:34PM  6   again about the word "peacemaker"?

12:34PM  7      A.   Yes.

12:34PM  8      Q.   And he asked you whether someone in Florida got to you?

12:34PM  9   Remember him asking you that?

12:34PM 10      A.   Yes.

12:34PM 11      Q.   That is pure fantasy?

12:34PM 12                MR. TRIPI:  Objection to fantasy.  What does that

12:34PM 13   mean?

12:34PM 14                THE COURT:  Overruled.

12:34PM 15      A.   It's absolutely inaccurate.

12:34PM 16      Q.   Because nobody got to you, correct?

12:34PM 17      A.   No.

12:34PM 18      Q.   When what you did when you were testifying yesterday

12:34PM 19   and the subject came up where you testified about Mr. Enix

12:34PM 20   coming a peacemaker, you did your best about giving truthful

12:35PM 21   testimony based on the question that Mr. Tripi asked you,

12:35PM 22   correct?

12:35PM 23      A.   Yes.

12:35PM 24      Q.   And Mr. Tripi talked to you about the various proffers

12:35PM 25   that you engaged with the government.  On various occasions at

7364

1                    T. HALEY - RX BY MR. EASTON

12:35PM  2    any one of the proffers ever, did the government ever bother to

12:35PM  3    ask you if Tim Enix was a peacemaker?

12:35PM  4        A.   No.

12:35PM  5        Q.   Had they asked you that question, wouldn't you have

12:35PM  6    told him he is?

12:35PM  7        A.   No.

12:35PM  8        Q.   You would say something consistent with what you said

12:35PM  9    under oath in the courtroom if you were asked the question,

12:35PM 10    correct?

12:35PM 11                    MR. TRIPI:  Objection.  Asked and answered.

12:35PM 12                    THE COURT:  Overruled.

12:35PM 13        A.   And the question was was Tim Enix a peacemaker, and I

12:35PM 14    said, "yes, he was a peacemaker."

12:35PM 15        Q.   And back on your direct testimony, he certainly didn't

12:35PM 16    tell you the word "peacemaker"?

12:35PM 17        A.   Not that I recall.

12:35PM 18        Q.   That was your word that you gave in response to his

12:35PM 19    question, right?

12:35PM 20        A.   Yes.

12:35PM 21        Q.   And then do you recall whether you used that word and

12:35PM 22    Mr. Tripi, on direct examination, asked you about drugs and you

12:36PM 23    answered about Mr. Enix wanting drug dealers out of the club,

12:36PM 24    remember that?

12:36PM 25        A.   Yes.

1                    T. HALEY - RX BY MR. EASTON

12:36PM  2      Q.   And that was the point in time again when we took a

12:36PM  3   break, correct?

12:36PM  4      A.   Yes.

12:36PM  5      Q.   And you got taken out into the hall, right?

12:36PM  6      A.   Yes.

12:36PM  7                MR. TRIPI:   Objection.   Nobody took anyone out in

12:36PM  8   the hall.

12:36PM  9                THE COURT:   Sustained.

12:36PM 10      Q.   In any event, when you were giving that testimony, you

12:36PM 11   told us yesterday that you had a recollection that Mr. Tripi

12:36PM 12   started to yell at you.   Remember that?

12:36PM 13                MR. TRIPI:   Objection.   I never yelled at him.

12:36PM 14                THE COURT:   Overruled.

12:36PM 15      A.   Yes.

12:36PM 16      Q.   And he was just yelling at you a little bit ago on your

12:36PM 17   redirect.

12:36PM 18      A.   He was very firm.

12:36PM 19      Q.   And then he went through telling you what the law

12:36PM 20   requires as far as substantial assistance is concerned,

12:36PM 21   correct?

12:36PM 22      A.   Yes.

12:36PM 23      Q.   And he read to you various provisions from federal law

12:36PM 24   regarding what the notion of substantial assistance is.   He

12:36PM 25   read that to you, right?

7366

                    T. HALEY - RX BY MR. EASTON

12:36PM   2    A.   Yes.

12:36PM   3    Q.   What he didn't read to you, paragraph 24 of your plea

12:37PM   4    agreement, 3589.5, which says should the government determine

12:37PM   5    the defendant has provided substantial assistance.  He didn't

12:37PM   6    read that to you, did he?

12:37PM   7              MR. TRIPI:  Objection.  We covered that the first

12:37PM   8    day.

12:37PM   9              MR. GRABLE:  I'm talking about redirect.

12:37PM  10              MR. TRIPI:  106.

12:37PM  11              THE COURT:  Read the whole thing if you're going

12:37PM  12    to read it.

12:37PM  13              MR. GRABLE:  I will.  You can read along with me.

12:37PM  14    Upon condition that the defendant has fully complied with all

12:37PM  15    terms and conditions of this agreement, should the government

12:37PM  16    determine that the defendant has provided substantial

12:37PM  17    assistance in the investigation or prosecution of other persons

12:37PM  18    who have committed offenses, the government will move the Court

12:37PM  19    at sentencing to depart downward from the Guidelines at least

12:37PM  20    four levels as provided for in Guideline section 5K1.1, which

12:37PM  21    if granted by the Court, would result in a total offense level

12:38PM  22    of 12 and a sentencing range of 10 to 16 months' imprisonment.

12:38PM  23    Did I read that correctly?

12:38PM  24    A.   Yes.

12:38PM  25    Q.   And that is, in fact, the truth, that the government

7367

1                    T. HALEY - RX BY MR. EASTON

12:38PM  2    will make the determination whether anyone should ask the

12:38PM  3    Court.  And when I say anyone, it would be the government, if

12:38PM  4    anyone were to give you the benefit of substantial assistance,

12:38PM  5    correct?

12:38PM  6         A.   Yes.

12:38PM  7         Q.   And you understand from Mr. Tripi shouting at you that

12:38PM  8    you better say what the government wants you to say?

12:38PM  9              MR. TRIPI:  Objection.  I did not shout and he

12:38PM 10    can't determine what I was doing.

12:38PM 11              THE COURT:  I'll overrule it.

12:38PM 12         A.   Are you suggesting that Joe Tripi intimidated me into

12:38PM 13    an answer?

12:38PM 14         Q.   No.  I'm suggesting that when you gave the testimony on

12:38PM 15    the first day of testimony and you answered that Mr. Enix was a

12:38PM 16    peacemaker, Mr. Tripi was asking you questions that were

12:38PM 17    open-ended, right?

12:38PM 18         A.   Yes.

12:38PM 19         Q.   And then when you gave testimony a few minutes ago on

12:38PM 20    the redirect in response to the redirect, he was telling you

12:38PM 21    what the answers were?

12:38PM 22              MR. TRIPI:  Objection.

12:39PM 23              THE COURT:  Overruled.

12:39PM 24         Q.   He was leading you?

12:39PM 25         A.   They were leading and open-ended questions.

7368

1                    T. HALEY - RX BY MR. EASTON

12:39PM 2    Q.  He was putting the words in your mouth?

12:39PM 3    A.  Absolutely not.

12:39PM 4    Q.  And you know from the experience of the last two days

12:39PM 5  that you had some concern at some point that your benefit for

12:39PM 6  substantial assistance might be slipping away, correct?

12:39PM 7            MR. TRIPI:  Objection, beyond the scope.

12:39PM 8            THE COURT:  Overruled.

12:39PM 9    A.  You, sir, made that very clear to me.

12:39PM 10   Q.  And that was something that became of great concern to

12:39PM 11 you?

12:39PM 12   A.  Of course.

12:39PM 13   Q.  And it was still a source of concern when Mr. Tripi

12:39PM 14 stood up and asked you redirect questions?

12:39PM 15   A.  It is as I sit here now.

12:39PM 16   Q.  And Mr. Tripi asked you during your redirect about Tank

12:39PM 17 Enix.  Do you remember him asking you about that?

12:39PM 18   A.  Yes.

12:39PM 19   Q.  And that is Mr. Enix's son, correct?

12:39PM 20   A.  Yes.

12:39PM 21   Q.  And there are three defendants in this courtroom,

12:39PM 22 correct?

12:39PM 23   A.  Yes.

12:39PM 24   Q.  And Tank Enix is not one of them, is he?

12:39PM 25   A.  I guess.

1                    T. HALEY - RX BY MR. EASTON

12:39PM  2       Q.   Tank Enix is not a defendant in this courtroom, is he?

12:40PM  3       A.   No.

12:40PM  4       Q.   And, now, Mr. Tripi didn't ask you a single question

12:40PM  5   ever during his redirect about whether Mr. Enix ever dealt

12:40PM  6   drugs, did he?

12:40PM  7       A.   No.

12:40PM  8       Q.   Because the answer to that question would be no,

12:40PM  9   correct?

12:40PM 10       A.   Yes.

12:40PM 11       Q.   And did you have discussions with Mr. Tripi on Sunday

12:40PM 12   night or Monday in preparation for testimony about Tank Enix?

12:40PM 13       A.   No.

12:40PM 14       Q.   And you did during your communications with the

12:40PM 15   government truthfully, you relayed that Mr. Enix hadn't dealt

12:40PM 16   drugs?

12:40PM 17       A.   I don't think it came up.  I don't think they asked me

12:40PM 18   if Tim Enix dealt drugs.  I'm telling you no.

12:40PM 19       Q.   And he didn't, right?

12:40PM 20       A.   No.

12:40PM 21       Q.   And instead of on Mr. Tripi's redirect, we're talking

12:40PM 22   about Tank Enix, correct?

12:40PM 23       A.   Yes.

12:40PM 24                MR. GRABLE:  No further questions.

12:40PM 25                THE COURT:  Let's take a short break.  I remind

1              USA VS. D. PIRK, A. JENKIN & T. ENIX

12:40PM  2   you, don't talk about the case among yourselves or with anyone

12:41PM  3   else.  And we'll see you back here shortly.

12:41PM  4              THE WITNESS:  Am I free to go?

12:41PM  5              (Whereupon, the witness exits the courtroom.)

12:41PM  6              MR. TRIPI:  I think that last little bit has

12:41PM  7   forfeited your right to not give the instruction that I'm

12:41PM  8   permitted to lead, I want the instruction given.

12:41PM  9              THE COURT:  I will give an instruction about that.

12:41PM  10  I guess I want to make sure that what I'm saying is the right

12:42PM  11  thing to say.  I will give that instruction.  I'll give the

12:42PM  12  instruction before the final charge, but I would like to come

12:42PM  13  up with something as opposed to doing it off the top of my head

12:42PM  14  in the event there are objections to what is said.

12:42PM  15             MR. COVERT:  Would we include, then, that the

12:42PM  16  government was permitted to lead after he was deemed a hostile

12:42PM  17  witness?

12:42PM  18             THE COURT:  Perhaps.  You know, let me work on

12:42PM  19  something and I'll run it by you.  Let's talk about Mr. Green.

12:42PM  20  I had said beforehand I was going to split up the remaining

12:42PM  21  time.  That gives each of you 20 minutes and that is going a

12:42PM  22  little past 2.  Would the government -- you going to be able to

12:42PM  23  do that?

12:42PM  24             MS. SHELVEY:  Yes, your Honor.  I want to

12:42PM  25  highlight, there will be 801(d)(1)(B) statements that I would

1                    USA VS. D. PIRK, A. JENKIN & T. ENIX

12:42PM  2    be making.

12:42PM  3                    THE COURT:  801(d)(1)(B).

12:42PM  4                    MS. SHELVEY:  Prior consistent statements.

12:43PM  5                    THE COURT:  When are they made?

12:43PM  6                    MS. SHELVEY:  Prior to his testifying.

12:43PM  7                    THE COURT:  Prior to the motive to fabricate?

12:43PM  8                    MS. SHELVEY:  They were made prior to the

12:43PM  9    motivation to fabricate.  As counsel was implying, was to get a

12:43PM 10    5K departure, and then as part of his testimony today, anything

12:43PM 11    that he testified to and/or told law enforcement prior to this

12:43PM 12    testimony here in court.

12:43PM 13                    THE COURT:  No, it's got to be prior to when he

12:43PM 14    entered into the agreement with the government.

12:43PM 15                    MR. TRIPI:  Judge, can we briefly, just chat?

12:44PM 16                    MS. SHELVEY:  Your Honor, Mr. Connors, in his

12:44PM 17    cross-examination, pointed counsel -- first, he misstated the

12:44PM 18    year and then we had the whole argument, but in the document,

12:44PM 19    3527.14, Mr. Connors specifically pointed this witness and to

12:44PM 20    the first page of the bottom up of page 1 and said you did not

12:44PM 21    tell law enforcement that Timothy Enix was at that meeting.

12:44PM 22                    THE COURT:  Did he tell that?

12:44PM 23                    MS. SHELVEY:  Yes.

12:44PM 24                    THE COURT:  When did he say that he was there

12:44PM 25    earlier?

1          USA VS. D. PIRK, A. JENKIN & T. ENIX

12:44PM 2          MS. SHELVEY:  He said he was there earlier.  The

12:44PM 3  week before what counsel showed him, and in that actual

12:44PM 4  document, he says that Timothy Enix was there that day.

12:44PM 5          THE COURT:  If it's in the document itself, I

12:44PM 6  don't even think it's an 801(d)(1)(B) issue.  I think it's

12:44PM 7  follow-up on what has already been elicited, but if there is a

12:44PM 8  302 from before that document.

12:45PM 9          MS. SHELVEY:  From April 26th of 2016.  So a week

12:45PM 10 before the document that called him.

12:45PM 11         MR. CONNORS:  We should pull that out.

12:45PM 12         THE COURT:  Let's pull it out.

12:45PM 13         MR. TRIPI:  3527.13 at page 7.

12:45PM 14         MS. SHELVEY:  Some guys at the meeting, Kazoo,

12:46PM 15 Free Fall, Blaze, who he identified as Timothy Enix and Tim

12:46PM 16 Haley.

12:46PM 17         THE COURT:  So I guess, Mr. Connors, the question

12:46PM 18 is, do you dispute this reference coming, the all-hands

12:46PM 19 meeting?  That is what Mr. Connors had crossed on.

12:46PM 20         MR. CONNORS:  Yes.  I crossed him on the all

12:46PM 21 hands.

12:46PM 22         THE COURT:  I thought this witness was allegedly

12:46PM 23 at the all-hands meeting and said he was there.

12:46PM 24         MR. CONNORS:  Said there was no all-hands meeting.

12:46PM 25         THE COURT:  But if Mr. Green, in fact, said at an

1              USA VS. D. PIRK, A. JENKIN & T. ENIX

12:46PM  2    earlier time than May of 2016 Blaze was at the all-hands

12:46PM  3    meeting, my view is that comes in under 801(d)(1)(B), but we

12:47PM  4    have to confirm that.  Mr. Connors.

12:47PM  5              MS. SHELVEY:  Just to complete that statement, the

12:47PM  6    very first sentence of that that starts on page 6 says, "In the

12:47PM  7    fall of 2013 when Pirk was President of Florida KMC and

12:47PM  8    northern KMC members came to the Arcade KMC clubhouse for a

12:47PM  9    meeting while the clubhouse was still located in Wood's garage,

12:47PM 10    some of the guys who were there at the meeting were," and went

12:47PM 11    through the list, so there is no question, and further goes on

12:47PM 12    to talk about --

12:47PM 13              THE COURT:  You don't have to.

12:47PM 14              MS. SHELVEY:  It's clear from the context of that.

12:47PM 15              THE COURT:  All right.  I'll allow that.  Mr.

12:47PM 16    Connors, if you have an objection, you can make it.  It's

12:47PM 17    within 801(d)(1)(B).

12:47PM 18              MS. SHELVEY:  Yes, your Honor.  Another area that

12:47PM 19    I anticipate where that will come up as well will you reference

12:48PM 20    to, if I can have a moment.  The Facebook -- I mean, excuse me,

12:48PM 21    the conversations about Mr. Jenkins coming out and the

12:48PM 22    subsequent Jenkins showing up at the clubhouse.  Mr. Connors

12:48PM 23    stated you never got a call from Blocker and you never reached

12:48PM 24    Tim Enix on that day and time, on August 27th of 2015.

12:48PM 25              THE COURT:  Well, what did he say in response to

1                    USA VS. D. PIRK, A. JENKIN & T. ENIX

12:48PM  2    that?

12:48PM  3              MS. SHELVEY:  His response was -- let me pull it

12:48PM  4    up.  I think he said -- I don't remember the exact phrase he

12:48PM  5    used.  He said, "I don't remember.  There were a lot of

12:48PM  6    conversations," but the implication is that this conversation

12:48PM  7    did not exist.  And on previous occasions, he made it clear in

12:48PM  8    fact.

12:48PM  9              THE COURT:  But to get it in under 801(d)(1)(B),

12:48PM 10    you need to have testimony one way or the other.  You can't

12:49PM 11    then try to use proffers that he has given or statements that

12:49PM 12    he has given earlier to suggest that that is the truth.  That

12:49PM 13    is not the proper use of it.

12:49PM 14              MS. SHELVEY:  He went on to say that conversation

12:49PM 15    never existed.

12:49PM 16              THE COURT:  You're talking about Mr. Connors.

12:49PM 17    What did Mr. Green say?

12:49PM 18              MS. SHELVEY:  He then pulled up the phone records.

12:49PM 19    This was a one-minute conversation.  You got voice mail.  You

12:49PM 20    didn't speak to him.  This didn't happen, and he said, I'm only

12:49PM 21    going to refer to it, I'm not going to quote it, but there was

12:49PM 22    a discussion about showing him the phone records and saying you

12:49PM 23    didn't talk to him.  You talked to Direct TV and that phone

12:50PM 24    call never happened.

12:50PM 25              THE COURT:  But what did Mr. Green say?  Mr. Green

1          USA VS. D. PIRK, A. JENKIN & T. ENIX

12:50PM  2    never said the phone call never happened.

12:50PM  3          MS. SHELVEY:  And you don't recall specifically

12:50PM  4    reaching Tim Enix that day.  I just don't recall reaching him.

12:50PM  5    I don't know if it's that day on his statements to law

12:50PM  6    enforcement.  On three separate occasions, prior to pleading

12:50PM  7    guilty, he told law enforcement it was Thursday, so that was

12:50PM  8    September the 4th, consistent with the phone records.

12:50PM  9    September 4th, he was called by Blocker that Jenkins was at

12:50PM 10    Arcade, and as a result of that, he called Tim Enix to find out

12:50PM 11    whether or not he was permitted.

12:50PM 12          THE COURT:  But when did he make those statements

12:50PM 13    to law enforcement?

12:50PM 14          MS. SHELVEY:  He made those statements to law

12:50PM 15    enforcement on August 27th of 2015, on May 4th of 2016 and on

12:50PM 16    June 7th of 2016 is received as well as in the grand jury.  But

12:50PM 17    the gun was obviously after he pled.  So the three prior would

12:51PM 18    be prior to him pleading guilty and entering into a plea

12:51PM 19    agreement with the government.

12:51PM 20          THE COURT:  Mr. Connors?

12:51PM 21          MR. CONNORS:  What he said was that he had a call

12:51PM 22    from Blocker on September 4th.  We pointed out to him that the

12:51PM 23    records don't support that.  And then he said, "I'm not sure of

12:51PM 24    the day, I just don't know if it was that day.  And I told the

12:51PM 25    prosecutors I wasn't absolutely sure about that date."  So I'm

7376

1                    USA VS. D. PIRK, A. JENKIN & T. ENIX

12:51PM   2    not sure the point of the prior consistent statement is

12:51PM   3    appropriate.  Under this analysis here, we're dealing with my

12:51PM   4    cross on his phone records.

12:51PM   5                    THE COURT:  You're welcome to re-explore the area

12:51PM   6    on redirect.  I won't let you get in the prior consistent

12:51PM   7    statement.

12:51PM   8                    Anything else, Ms. Shelvey?

12:52PM   9                    MS. SHELVEY:  I want to check.  I think those were

12:52PM  10    the areas, your Honor.

12:52PM  11                    THE COURT:  I told you earlier you couldn't get in

12:52PM  12    the conditions of release.  I'm going to give you a time limit.

12:52PM  13    If you want to spend your time going through the conditions of

12:52PM  14    release, I'll allow it, not the conditions that he can't

12:52PM  15    associate with victims or co-defendants, but can't associate

12:52PM  16    with the Kingsman Motorcycle Club.  The last, the motorcycle

12:52PM  17    condition, that is at the end that is filled in.

12:52PM  18                    MR. TRIPI:  The one typed in, I won't go there.

12:52PM  19                    THE COURT:  So everybody is going to have 20

12:52PM  20    minutes each.  Hopefully we get through with it.  If not, we'll

12:52PM  21    bring him back tomorrow.  I'll give you each 20 minutes to

12:52PM  22    explore issues with Mr. Green.  Is Mr. Green up here?

12:52PM  23                    MR. TRIPI:  Yes.

12:52PM  24                    THE COURT:  Okay.

12:54PM  25                    (The witness retakes the witness stand.)

7377

1                    E. GREEN - RDX BY MS. SHELVEY

12:54PM  2                    (Whereupon, the jury is escorted into the

12:54PM  3    courtroom.)

12:54PM  4                    THE COURT:  Okay, ladies and gentlemen.  You can

12:54PM  5    have a seat.  Mr. Green is back on the witness stand and I'll

12:54PM  6    remind you, you are still under oath.  Do you understand?

12:54PM  7                    THE WITNESS:  Yes.

12:54PM  8                    THE COURT:  Ms. Shelvey, continue your redirect.

12:54PM  9    CONTINUED REDIRECT BY MS. SHELVEY:

12:54PM 10        Q.   Good afternoon.  Welcome back, sir.  When we spoke

12:54PM 11    earlier, you pleaded guilty to one count of RICO conspiracy,

12:54PM 12    correct?

12:54PM 13        A.   Yes.

12:54PM 14        Q.   And now, as part of that entering into that plea

12:54PM 15    agreement, were you required -- you understand that there is

12:54PM 16    something you need to do in terms of cooperation?

12:54PM 17        A.   Yes.

12:54PM 18        Q.   And as part of that plea agreement, did you agree that

12:55PM 19    you would cooperate with the government by providing complete

12:55PM 20    and truthful information regarding the defendant regarding your

12:55PM 21    knowledge of any and all criminal activity, whether undertaken

12:55PM 22    by the defendant or others in any way involving or related to

12:55PM 23    the Kingsmen Motorcycle Club racketeering activity, assault,

12:55PM 24    murder, robbery, firearm use and possession and discharge?

12:55PM 25        A.   Yes.

1                    E. GREEN - RDX BY MS. SHELVEY

12:55PM   2        Q.   Did you further agree that your cooperation should also

12:55PM   3   include submitting to interviews by the government attorneys

12:55PM   4   and agents?

12:55PM   5        A.   Yes.

12:55PM   6        Q.   And as well as testifying truthfully and fully before

12:55PM   7   the grand jury and any other such proceeding as the government

12:55PM   8   deems necessary?

12:55PM   9        A.   Yes.

12:55PM   10       Q.   And you understood the possible maximum penalty of RICO

12:55PM   11  to be 20 years?

12:55PM   12       A.   Yes.

12:55PM   13       Q.   As part of your plea agreement itself, did you

12:55PM   14  understand that there was an agreement between the government

12:56PM   15  and counsel that your total offense level would be a 16?

12:56PM   16       A.   Yes.

12:56PM   17       Q.   And your term of imprisonment without cooperation would

12:56PM   18  be 21 to 27 months?

12:56PM   19       A.   Yes.

12:56PM   20       Q.   And is it your understanding that if you comply with

12:56PM   21  the terms of the agreement, some of them we just talked about,

12:56PM   22  that you would be -- your sentence would be reduced by three

12:56PM   23  levels, meaning your Sentencing Guidelines would be reduced by

12:56PM   24  three levels?

12:56PM   25       A.   Yes.

7379

1          E. GREEN - RDX BY MS. SHELVEY

12:56PM  2          MR. DEAL:  Objection.

12:56PM  3          THE COURT:  Overruled.

12:56PM  4     Q.   And that would make your range 12 to 18 months?

12:56PM  5     A.   Yes.

12:56PM  6     Q.   Is there anything in any of the plea agreement about

12:56PM  7     getting six months plus some time on home detention?

12:56PM  8     A.   No.

12:56PM  9     Q.   So no matter how things go for you today, you're going

12:56PM 10     to jail?

12:56PM 11     A.   Yes.

12:56PM 12          MR. CONNORS:  Excuse me, Ms. Meyers Buth.

12:56PM 13     Objection.

12:56PM 14          THE COURT:  Sustained.

12:57PM 15     Q.   So the government agreed and you understood you would

12:57PM 16     be going to prison?

12:57PM 17          MS. MEYERS BUTH:  Objection.

12:57PM 18          MR. CONNORS:  Objection.

12:57PM 19          THE COURT:  Sustained.

12:57PM 20     Q.   Would you testify to conduct even if you were not

12:57PM 21     involved with it?

12:57PM 22          MR. CONNORS:  Objection.

12:57PM 23          THE COURT:  Sustained.

12:57PM 24     Q.   Did you admit that you were aware as a member and as a

12:57PM 25     President, a Regional President in the Kingsmen, that at

7380

1                     E. GREEN - RDX BY MS. SHELVEY

12:57PM   2   various times members used marijuana, cocaine and other

12:57PM   3   controlled substances in and around the Kingsmen clubhouse?

12:57PM   4                 MR. DEAL:  Objection, beyond the scope of

12:57PM   5   cross-examination.

12:57PM   6                 THE COURT:  Overruled.

12:57PM   7       A.   Yes.

12:57PM   8       Q.   And did you agree, as part of your plea agreement, that

12:57PM   9   you were aware that Kingsmen members sold drugs, excuse me, in

12:57PM  10   and around the Kingsmen clubhouses, including the Arcade

12:57PM  11   chapter?

12:57PM  12       A.   Yes.

12:57PM  13       Q.   And did you, as part of your plea agreement, agree that

12:58PM  14   even with brief periods of diminished drug use continued and

12:58PM  15   distribution continued in and outside of and around the

12:58PM  16   Kingsmen clubhouses?

12:58PM  17       A.   Yes.

12:58PM  18       Q.   Did you admit that you were aware that members

12:58PM  19   possessed firearms, both on their persons and in the

12:58PM  20   clubhouses?

12:58PM  21       A.   Yes.

12:58PM  22                 MR. CONNORS:  I'll object to the line of

12:58PM  23   questioning.  Can we approach, your Honor?

12:58PM  24                 THE COURT:  Sure.

12:58PM  25                 (Whereupon, a sidebar discussion was held on the

7381

1                    E. GREEN - RDX BY MS. SHELVEY

12:58PM  2    record.)

12:58PM  3              MR. CONNORS:  We're going to the factual basis of

12:58PM  4    the plea agreement.

12:58PM  5              THE COURT:  What is the basis of doing it?

12:58PM  6              MS. SHELVEY:  This is what he specifically himself

12:58PM  7    pled guilty to, and this is what was permitted.  Joe just did

12:58PM  8    it.

12:58PM  9              THE COURT:  He did it because it was raised on the

12:58PM 10    cross-examination.  In other words, the witness backed off from

12:58PM 11    it on cross-examination.

12:58PM 12              MR. CONNORS:  Right.

12:58PM 13              THE COURT:  So Mr. Tripi was permitted to get into

12:59PM 14    this on redirect because it was inconsistent, frankly, with

12:59PM 15    what Mr. Haley testified to.  But you're reading into the

12:59PM 16    factual basis.  We ran into this before, Ms. Shelvey, with a

12:59PM 17    plea agreement and you tried to do the same thing, and I

12:59PM 18    wouldn't allow it.  There has to be a specific reason for you

12:59PM 19    to be able to read in the factual basis for plea agreement.

12:59PM 20              MS. SHELVEY:  As part of all of the

12:59PM 21    cross-examinations, these witnesses were saying that this

12:59PM 22    defendant specifically was getting a break for his testifying

12:59PM 23    and he wasn't getting a break for testifying.  But the fact is

12:59PM 24    -- and he is getting charges dismissed.  This witness pled

12:59PM 25    guilty and accepted responsibility for conduct, including the

1       E. GREEN - RDX BY MS. SHELVEY

12:59PM 2 conduct upon which the charges were dismissed.  That is all

12:59PM 3 part of what he pled guilty.  He is part of the racketeering

12:59PM 4 activity.

12:59PM 5      THE COURT:  Ask him that question.

12:59PM 6      MR. CONNORS:  That was the problem we talked about

12:59PM 7 last time, and try and insinuate because he pled guilty.

01:00PM 8      MS. SHELVEY:  This is my 20 minutes.  I'll zip and

01:00PM 9 ask the Court.

01:00PM 10      MR. CONNORS:  Note the further objection to ask

01:00PM 11 this question where it insinuates all six of the others are

01:00PM 12 locked in.

01:00PM 13      THE COURT:  No, no, no.  I'm saying you can ask

01:00PM 14 the question.  You admitted to the conduct subject of the other

01:00PM 15 counts of the indictment.

01:00PM 16      MR. CONNORS:  In his indictment.

01:00PM 17      THE COURT:  In other words, he hasn't admitted to

01:00PM 18 conduct that implicates him on Count 1, and he admitted to

01:00PM 19 conduct on the 924(c) charges.

01:00PM 20      MR. CONNORS:  Why would that be relevant to these

01:00PM 21 defendant?

01:00PM 22      THE COURT:  In other words, he admitted as part of

01:00PM 23 the plea to conduct that not only involves the conduct at issue

01:00PM 24 in Count 1.  It goes to his bias and motive.

01:00PM 25      MS. MEYERS BUTH:  I ask for an instruction to Mr.

1                    E. GREEN - RDX BY MS. SHELVEY

01:00PM  2    Connors' point.  He is admitting to things he is charged with

01:00PM  3    in his indictment, which are similar to what we're charged

01:00PM  4    with, and I don't want the jury to make the assumption, and I

01:01PM  5    think they will because he and others have pled guilty to it.

01:01PM  6                    THE COURT:  That is clearly part of the

01:01PM  7    instruction you want me to give right now?

01:01PM  8                    MS. MEYERS BUTH:  I do.

01:01PM  9                    MS. SHELVEY:  Is this counting against the

01:01PM 10    Government's 20 minutes?

01:01PM 11                    THE COURT:  No, this isn't.

01:01PM 12                    MR. DEAL:  Maybe I misunderstood.  If he pled

01:01PM 13    guilty to Count 1, he pled to 924(c).

01:01PM 14                    THE COURT:  No, the factual basis has him guilty

01:01PM 15    of 924(c).

01:01PM 16                    (Whereupon, the proceeding continued.)

01:01PM 17                    I'll allow Ms. Shelvey to elicit testimony from

01:01PM 18    this witness about his guilty plea.  You should not at all

01:01PM 19    consider that connection with your consideration of the charges

01:01PM 20    against these defendants in this case.  And I will give you a

01:01PM 21    much more detailed final instruction in that regard, but in

01:01PM 22    other words, just because we have a defendant up here who was

01:01PM 23    charged in a RICO conspiracy involving the Kingsman Motorcycle

01:02PM 24    Club and he pled guilty, that should not impact your evaluation

01:02PM 25    of the charges in this case.  Go ahead, Ms. Shelvey.

1          E. GREEN - RDX BY MS. SHELVEY
01:02PM  2          MS. SHELVEY:  Thank you.
01:02PM  3          (Whereupon, the proceeding continued.)
01:02PM  4    CONTINUING REDIRECT EXAMINATION BY MS. SHELVEY:
01:02PM  5      Q.  Sir, counsel asked you about charges that were coming
01:02PM  6    or you anticipated coming dismissed as a result of your
01:02PM  7    testifying and your plea agreement, correct?
01:02PM  8      A.  Yes.
01:02PM  9      Q.  And as part of your plea agreement, did you plead
01:02PM  10   guilty to that conduct as part of the charges which you are
01:02PM  11   going to be sentenced on?
01:02PM  12     A.  Yes.
01:02PM  13     Q.  Now, Mr. Connors asked you and I want to talk to you a
01:02PM  14   little bit about your orders to keep people apprised of the
01:02PM  15   investigation as it progressed here in New York.
01:02PM  16     A.  Okay.
01:02PM  17     Q.  Who asked you to, quote, "find out who the rats were"?
01:02PM  18     A.  Mr. Pirk.
01:02PM  19     Q.  And who asked you to tell Rebel to, quote, "keep his
01:02PM  20   mouth shut about the murders," after being called to testify?
01:03PM  21     A.  Pirk.
01:03PM  22     Q.  Who wanted to speak with Mr. Fritts regarding potential
01:03PM  23   grand jury testimony?
01:03PM  24     A.  Pirk.
01:03PM  25          MS. MEYERS BUTH:  Objection, beyond the scope.

7385

1          E. GREEN - RDX BY MS. SHELVEY

01:03PM  2          THE COURT:  Overruled.

01:03PM  3     A.   Pirk.

01:03PM  4     Q.   As it relates to drugs, I believe Mr. Connors was

01:03PM  5   talking about your ability to remove individuals from the

01:03PM  6   clubhouses for drug use?

01:03PM  7     A.   Yes.

01:03PM  8     Q.   And was there a time that you did remove Kingsmen

01:03PM  9   members for drug use?

01:03PM 10     A.   Yes.

01:03PM 11     Q.   And did there come a time when you were told to no

01:03PM 12   longer do that?

01:03PM 13     A.   No.

01:03PM 14     Q.   Did you have discussions about removing individuals

01:03PM 15   from the clubhouse?

01:03PM 16     A.   Yes.

01:03PM 17     Q.   And who were those conversations with?

01:03PM 18     A.   Pirk.

01:03PM 19     Q.   And anyone else?

01:03PM 20     A.   Usually Pirk and Blaze would talk to me about the same.

01:03PM 21     Q.   Do you recall what Mr. Pirk said about you allowing

01:03PM 22   drug use to occur in your clubhouse?

01:04PM 23          MR. DEAL:  Objection, leading.

01:04PM 24          THE COURT:  Overruled.

01:04PM 25     A.   He just said we weren't the party police and this is

1          E. GREEN - RDX BY MS. SHELVEY

01:04PM   2    the lifestyle that they pay for and we provide it.

01:04PM   3        Q.   And did you have a conversation with Mr. Enix about

01:04PM   4    your allowing drug use in your clubhouse?

01:04PM   5        A.   I've had a few conversations with both of them about

01:04PM   6    that.

01:04PM   7        Q.   And I want you to listen as it relates only to Mr.

01:04PM   8    Enix.  What did Mr. Enix tell you?

01:04PM   9        A.   I honestly don't remember right now.

01:04PM   10       Q.   Throughout your tenure within the Kingsmen, were you

01:04PM   11   aware that members sold drugs?

01:04PM   12       A.   Yes.

01:04PM   13       Q.   And were you aware that members used drugs?

01:04PM   14       A.   Yes.

01:04PM   15       Q.   And when you were in Florida and somebody shot up the

01:04PM   16   air-conditioning unit, who told Daytona Dan to fix the

01:04PM   17   air-conditioning after he says, "I got a little coked up"?

01:05PM   18            MR. CONNORS:  Excuse me, beyond the scope of

01:05PM   19   cross.

01:05PM   20            THE COURT:  Overruled.

01:05PM   21       A.   It was Pirk.

01:05PM   22       Q.   Now, Ms. Meyers Buth asked you about what you overheard

01:05PM   23   relating to the destruction of videos at the pig roast on

01:05PM   24   September 6th of 2014.  Do you remember those questions?

01:05PM   25       A.   Yes.

1          E. GREEN - RDX BY MS. SHELVEY

01:05PM  2       Q.   Who directly told you to destroy the video?

01:05PM  3       A.   Directly told me?

01:05PM  4       Q.   Mm-hmm.

01:05PM  5       A.   It was Anthony Boitschenko.

01:05PM  6       Q.   Was anyone with Mr. Boitschenko?

01:05PM  7       A.   Pirk was with him, Tommy Scanlon, pretty sure Rob

01:05PM  8   Osborne was there.  It was like a bunch of us.

01:06PM  9       Q.   And upon hearing that directive, was it clear what you

01:06PM 10   were supposed to do?

01:06PM 11       A.   Yes.

01:06PM 12       Q.   And what was that?

01:06PM 13       A.   To make it so nobody could see our videos.

01:06PM 14       Q.   Now, I believe, again, counsel for Mr. Enix asked you

01:06PM 15   about the conversations you had with Defendant Enix prior to

01:06PM 16   the murders about Mr. Jenkins coming to the clubhouse.  Do you

01:06PM 17   recall those?

01:06PM 18       A.   Yes.

01:06PM 19       Q.   And did you have a conversation with Defendant Enix

01:06PM 20   about Mr. Jenkins showing up at the clubhouse?

01:06PM 21       A.   Yes.

01:06PM 22       Q.   And was it a long conversation?

01:06PM 23       A.   No.

01:06PM 24       Q.   How would you describe the conversation?

01:06PM 25       A.   I called and I said, "Is Little Bear allowed in

1          E. GREEN - RDX BY MS. SHELVEY

01:06PM  2     clubhouses?"  And he said, "Yes, and Pirk is up there with

01:06PM  3     him."  And that was pretty much the extent of it.

01:06PM  4          Q.   Would you describe that as a brief conversation?

01:06PM  5          A.   Yes.

01:07PM  6          Q.   Now, I want to talk to you about the all-hands meeting.

01:07PM  7     Do you remember there was a number of questions about that?

01:07PM  8          A.   Yeah.

01:07PM  9          Q.   That was sometime in the fall of 2013?

01:07PM 10          A.   Yeah.

01:07PM 11          Q.   I believe Ms. Meyers Buth was asking you questions

01:07PM 12     about the meeting in terms of what was going on there, and

01:07PM 13     there was a discussion about finances?

01:07PM 14          A.   Yes.

01:07PM 15          Q.   And was Arcade getting a new clubhouse?

01:07PM 16          A.   Yes.

01:07PM 17          Q.   Was that discussed, how to finance it, during that

01:07PM 18     meeting?

01:07PM 19          A.   Yes.

01:07PM 20          Q.   And after that meeting, where did you go?

01:07PM 21          A.   We went down to the place where we were getting a new

01:07PM 22     clubhouse.

01:07PM 23          Q.   I'm going to show you 3527.14.  First of all, you say

01:07PM 24     "we."  Who were you referring to?

01:08PM 25          A.   Pirk was there, Tim Haley, Hartz.  I think Hartz was

                           E. GREEN - RDX BY MS. SHELVEY

01:08PM   1

01:08PM   2    there.  I don't --

01:08PM   3        Q.  Are there other people you don't remember?

01:08PM   4        A.  Yes.

01:08PM   5        Q.  And now I'm going to show you 3527.14.  Do you remember

01:08PM   6    Mr. Connors asked you whether Blaze was at an all-hands

01:08PM   7    meeting?

01:08PM   8        A.  Yes.

01:08PM   9        Q.  And do you remember him showing 3527.14?

01:08PM  10             MR. DEAL:  Objection.

01:08PM  11             THE COURT:  Overruled.

01:08PM  12        A.  He did show me something, I can't tell you.

01:08PM  13        Q.  I'll ask, have you take a look at the bottom paragraph.

01:08PM  14    Is that what Mr. Connors showed you, just the last paragraph?

01:08PM  15        A.  Yes.

01:08PM  16        Q.  And in that, do you mention whether or not Blaze was

01:08PM  17    there?

01:08PM  18        A.  No.

01:08PM  19        Q.  Can you flip to page 2 for me.  Did Mr. Connors show

01:08PM  20    you page 2?

01:08PM  21        A.  No.

01:08PM  22        Q.  Take a look at that paragraph at the bottom.  You're

01:09PM  23    talking -- what are you talking about?

01:09PM  24        A.  Taking Blaze, Pirk and Haley to the new spot where the

01:09PM  25    clubhouse was going to be.

1          E. GREEN - RDX BY MS. SHELVEY

01:09PM 2      Q.   So based on reading the complete portion of that

01:09PM 3   report, do you know whether or not Defendant Enix was at the

01:09PM 4   all-hands meeting?

01:09PM 5      A.   I would say yes.

01:09PM 6      Q.   Now, I'm going to direct your attention on April 26th

01:09PM 7   of 2016.  Did you speak with members of the government and the

01:09PM 8   FBI about this meeting?

01:09PM 9      A.   I believe so.

01:09PM 10     Q.   So just after you got arrested?

01:09PM 11     A.   Yes.

01:09PM 12     Q.   And on that day, so that was about a week before the

01:09PM 13  paper we just discussed?

01:09PM 14     A.   Yes.

01:09PM 15     Q.   And did you tell both the FBI and law enforcement in

01:10PM 16  the fall of 2013 when Pirk was President, Florida KMC, northern

01:10PM 17  KMC members came to Arcade clubhouse for a meeting while the

01:10PM 18  clubhouse was still located in Wood's garage?  Some of the guys

01:10PM 19  who were at the meeting were Pirk, Drifter, Just Bill, Willard,

01:10PM 20  Vegas, Kazoo, Free Fall, Blaze?  Did you tell them that?

01:10PM 21     A.   Yes.

01:10PM 22     Q.   So that was a week before the document that counsel

01:10PM 23  showed you?

01:10PM 24     A.   Yes.

01:10PM 25          MR. CONNORS:  Excuse me.  It wasn't before the

1          E. GREEN - RDX BY MS. SHELVEY

01:10PM  2   document that I showed him.

01:10PM  3      Q.   The date of the document counsel showed you April 26th

01:10PM  4   and May 4th are the two document dates we're talking about?

01:10PM  5      A.   I believe so.

01:10PM  6      Q.   Okay.  When you first became a KMC member, was Filly

01:10PM  7   already a member?

01:11PM  8      A.   Yes.

01:11PM  9      Q.   Was Special Ed?

01:11PM 10      A.   Hold on.  I'm not 100 percent if Filly was a member at

01:11PM 11   that time.  Actually, I'm pretty sure he wasn't.

01:11PM 12      Q.   How about Special Ed?

01:11PM 13      A.   Yes.

01:11PM 14      Q.   Do you know who brought Filly into KMC?

01:11PM 15      A.   I know he wasn't very well wanted, so it would have

01:11PM 16   been -- it was after Pirk had taken over, so.

01:11PM 17      Q.   At some point, did both Filly and Special Ed rise to a

01:11PM 18   level of Nomad?

01:11PM 19      A.   Yes.

01:11PM 20      Q.   And did you make efforts to try and get Special Ed

01:11PM 21   removed from the Kingsmen?

01:11PM 22      A.   Yes.

01:11PM 23      Q.   Did someone refuse your request?

01:11PM 24      A.   Yes.

01:11PM 25      Q.   Who was that?

1          E. GREEN - RDX BY MS. SHELVEY

01:11PM   2     A.   Pirk.

01:11PM   3     Q.   What about Filly?

01:11PM   4     A.   Yes.

01:11PM   5     Q.   And did someone refuse that request?

01:11PM   6     A.   Yes.

01:11PM   7     Q.   And who?

01:11PM   8     A.   Pirk.

01:11PM   9     Q.   Now, finally, Mr. Connors asked you about keeping

01:11PM  10     things in your back pocket.  Do you remember that line of

01:11PM  11     questioning?

01:11PM  12     A.   Yes.

01:12PM  13     Q.   So, did you say that?

01:12PM  14     A.   I did.

01:12PM  15     Q.   Why?

01:12PM  16     A.   At the time, I didn't know all of this was going on and

01:12PM  17     watching too many TV shows, and I didn't want to tell

01:12PM  18     everything.  You know, they weren't really asking me specific

01:12PM  19     questions, so I just didn't want to elaborate to the point

01:12PM  20     where I might get in trouble or get somebody else in trouble.

01:12PM  21     Q.   And in May of 2014 when you spoke to the FBI, were you

01:12PM  22     still a Kingsman?

01:12PM  23     A.   Say it again?

01:12PM  24     Q.   May of 2014?

01:12PM  25     A.   Yes.

1                    E. GREEN - RDX BY MS. SHELVEY

01:12PM 2       Q.   And where was your loyalty?

01:12PM 3       A.   At that time, with the Kingsmen.

01:12PM 4       Q.   Did you ever tell the Kingsmen that you spoke to the

01:12PM 5   FBI in May of 2014?

01:12PM 6       A.   Yes.

01:12PM 7       Q.   Now, after pleading guilty, you agreed to cooperate?

01:12PM 8       A.   Yes.

01:12PM 9       Q.   And during that time, did you tell law enforcement that

01:12PM 10  you knew or were aware of Kingsmen activities from spring of

01:12PM 11  2013 until you left in August of 2015?

01:13PM 12      A.   Yes.

01:13PM 13      Q.   And did that activity include who sold drugs?

01:13PM 14      A.   Some people.  I didn't know all of the activity.

01:13PM 15      Q.   Some people who used drugs?

01:13PM 16      A.   Yes.

01:13PM 17      Q.   Did you talk about who owned or possessed weapons?

01:13PM 18      A.   Yes.

01:13PM 19      Q.   That included yourself?

01:13PM 20      A.   No.

01:13PM 21      Q.   Did you talk about violence the Kingsmen were involved

01:13PM 22  in?

01:13PM 23      A.   Yes.

01:13PM 24      Q.   And including an assault that you perpetrated on Roger

01:13PM 25  Albright?

1           E. GREEN - RDX BY MS. SHELVEY

01:13PM   2       A.   Yes.

01:13PM   3       Q.   And did you talk about the Springville shutdown?

01:13PM   4       A.   What I knew about it.

01:13PM   5       Q.   And the Springville shooting?

01:13PM   6       A.   Yes.

01:13PM   7       Q.   And Flip assaulting various people?

01:13PM   8       A.   Yes.

01:13PM   9       Q.   Did you talk about the South Buffalo confrontation and

01:13PM  10  what you knew about it?

01:13PM  11       A.   Yes.

01:13PM  12       Q.   In the conversation, did you tell them about the

01:13PM  13  conversations you had with the defendants after the fact?

01:13PM  14       A.   Yes.

01:13PM  15       Q.   Relating to Pirk taking care of it?

01:13PM  16       A.   Yes.

01:13PM  17       Q.   Did you tell them that you were ordered to tell Rebel

01:14PM  18  to keep his mouth shut?

01:14PM  19            MR. CONNORS:  Excuse me.  I'll object to the form

01:14PM  20  of the leading questions.

01:14PM  21            THE COURT:  Sustained.

01:14PM  22       Q.   Who told you during the all-hands meeting?  Was there a

01:14PM  23  separate meeting within that larger meeting?

01:14PM  24       A.   I don't really understand.

01:14PM  25       Q.   Okay.  Where was the main meeting held?

1          E. GREEN - RDX BY MS. SHELVEY

01:14PM  2      A.   In the basement of Jack Wood's house.

01:14PM  3      Q.   Did you have any private conversations with any of the

01:14PM  4  members, if you can recall?

01:14PM  5      A.   I don't recall.

01:14PM  6      Q.   Was there a discussion about hunting Skeetermen?

01:14PM  7      A.   That was a conversation for a lot of people.

01:14PM  8      Q.   And what was it meant to hunt Skeetermen?

01:15PM  9      A.   They didn't want to have anyone of what they call

01:15PM  10  "Skeetermen," loyal to Skeeter, in the club.

01:15PM  11      Q.   What were you supposed to do when you found the

01:15PM  12  Skeetermen?

01:15PM  13      A.   Beat them, throw them out of the club.

01:15PM  14      Q.   How?

01:15PM  15      A.   Just take their patches and toss them.

01:15PM  16      Q.   Just nicely remove their patches?

01:15PM  17           MR. CONNORS:  Excuse me, object to the form of the

01:15PM  18  question.

01:15PM  19           MS. MEYERS BUTH:  Objection.

01:15PM  20           THE COURT:  Sustained.

01:15PM  21      Q.   How were you to take their patches?

01:15PM  22      A.   By any ways possible.

01:15PM  23      Q.   Now, during your conversation with Mr. Connors, you

01:15PM  24  said you couldn't remember certain phone calls because you

01:15PM  25  spoke to him a lot, meaning you spoke to Defendant Pirk a lot?

7396

1                    E. GREEN - RDX BY MS. SHELVEY
01:15PM  2        A.   Yes, both.
01:15PM  3        Q.   What do you mean both?
01:15PM  4        A.   Both Pirk and Blaze, probably thousands of times that I
01:15PM  5   spoke to them.
01:15PM  6        Q.   I want to just show you between August, which was after
01:15PM  7   the South Buffalo, through November 2013, after the arrest of
01:16PM  8   Defendant Jenkins.
01:16PM  9              THE COURT:   What exhibit number is that?
01:16PM  10             MS. SHELVEY:   Exhibit 305.  I'll have you take a
01:16PM  11  quick look through that.
01:16PM  12             I got a two-minute warning.  If we can briefly
01:16PM  13  bring up.
01:16PM  14             THE COURT:   Would you agree there are
01:16PM  15  approximately 75 phone calls.
01:16PM  16             THE COURT:   Do you need glasses, Mr. Green?
01:16PM  17             THE WITNESS:   I think as I get older, yes.
01:16PM  18             THE COURT:   Do you need them to read that?
01:16PM  19             THE WITNESS:   I don't normally read with them.  I
01:16PM  20  have to hold it farther away from me.
01:16PM  21             MS. SHELVEY:   Mr. Deal is offering you his reading
01:16PM  22  glasses.
01:16PM  23             THE WITNESS:   No, thank you.
01:16PM  24             MS. SHELVEY:   Thank you.
01:17PM  25             THE WITNESS:   My arms are long enough now.

7397

1                    E. GREEN - RDX BY MS. SHELVEY

01:17PM   2        Q.   Sir, would you agree there are about 75 calls during

01:17PM   3   that time period?

01:17PM   4        A.   I would have to assume at least that.

01:17PM   5        Q.   I'll direct your attention to around September 1st --

01:17PM   6   strike that.  I'm sorry, August 16th that would be.  I

01:17PM   7   apologize.

01:17PM   8             THE COURT:  I'm giving you a two-minute warning

01:17PM   9   now, Ms. Shelvey.

01:17PM  10             MS. SHELVEY:  All right.  Yes, your Honor.

01:17PM  11        Q.   If we can go to August 17th, please.  That is page 3 of

01:17PM  12   176.  If we can start with the number 3851.  Do you know whose

01:18PM  13   phone number 3851?

01:18PM  14        A.   It's a Florida number without seeing where it came

01:18PM  15   from.

01:18PM  16        Q.   Previously admitted into evidence, that number belongs

01:18PM  17   to Defendant Pirk?

01:18PM  18             MR. TRIPI:  No.

01:18PM  19             MS. SHELVEY:  Apologize, Enix.

01:18PM  20        Q.   How long was that phone conversation?

01:18PM  21        A.   Five minutes.

01:18PM  22             MS. SHELVEY:  Ms. Prawel, if we can go to the bottom of

01:18PM  23   the page.  Now you have August 17th.  You have the 3851 coming

01:18PM  24   to Defendant Enix?

01:18PM  25        A.   Yes.

E. GREEN - RDX BY MS. SHELVEY

01:18PM 2    Q.   3851 the same day, or I'm sorry, the 17th, now an

01:18PM 3    8-minute call to who?

01:18PM 4    A.   Tim Enix.

01:18PM 5    Q.   And 3851, 45 minutes later, a 21-minute call?

01:18PM 6    A.   Yes.

01:18PM 7    Q.   To who?

01:18PM 8    A.   Tim Enix.

01:19PM 9    Q.   Sir, is it sufficient to say there were a number of

01:19PM 10   calls?

01:19PM 11   A.   Yes.

01:19PM 12   Q.   And if we can, did they vary in time?

01:19PM 13   A.   Yes.

01:19PM 14   Q.   Some very short?

01:19PM 15          THE COURT:  The document is in evidence.  Why

01:19PM 16   don't you wrap it up?

01:19PM 17          MS. SHELVEY:  Yes, your Honor.

01:19PM 18   Q.   Sir, do you harbor any ill will to the defendants here?

01:19PM 19          MR. CONNORS:  I'm going to object.

01:19PM 20          MS. MEYERS BUTH:  Objection.

01:19PM 21          THE COURT:  Counsel, Ms. Meyers Buth asked you if

01:19PM 22   you had any hostility towards Defendant Pirk.

01:19PM 23   A.   Yes.

01:19PM 24   Q.   Is that based on your time that you spent with the

01:19PM 25   Kingsmen?

1                      E. GREEN - RCX BY MS. MEYERS BUTH

01:19PM  2       A.   Yes.

01:19PM  3                 MS. SHELVEY:   Thank you.   No further questions.

01:20PM  4                 THE COURT:   Thank you, Ms. Shelvey.   Ms. Meyers

01:20PM  5       Buth.

01:20PM  6                 MS. MEYERS BUTH:   Thank you, Judge.

01:20PM  7                 MR. DEAL:   Your Honor, I will cede my time to Ms.

01:20PM  8       Meyers Buth.

01:20PM  9                 THE COURT:   Doesn't work that way.

01:20PM 10                 MS. MEYERS BUTH:   Nice try, Mr. Deal.   I

01:20PM 11       appreciate that.

01:20PM 12       RECROSS-EXAMINATION BY MS. MEYERS BUTH:

01:20PM 13       Q.   Mr. Green, you were just asked about your plea

01:20PM 14       agreement.   Do you remember those questions?

01:20PM 15       A.   Yes.

01:20PM 16       Q.   And the prosecutor asked you whether, without

01:20PM 17       cooperating, you were looking at a sentencing range of 21 to 27

01:20PM 18       months?

01:20PM 19       A.   Yes.

01:20PM 20       Q.   So without doing anything to substantially assist the

01:20PM 21       government, your recommended sentencing range was about two

01:20PM 22       years?

01:20PM 23       A.   Yes.

01:20PM 24       Q.   But coupled with cooperation, including your testimony

01:20PM 25       here, you know that you could be sentenced to as little as

7400

1          E. GREEN - RCX BY MS. MEYERS BUTH

01:21PM  2   probation or time served on this case; is that correct?

01:21PM  3          MS. SHELVEY:  Objection, that is not the plea

01:21PM  4   agreement.

01:21PM  5          THE COURT:  Overruled.

01:21PM  6      A.   It's my understanding that it's entirely up to the

01:21PM  7   Judge from that point.

01:21PM  8      Q.   I understand.  That is not my question.  My question is

01:21PM  9   your understanding is that with cooperation, including your

01:21PM 10   testimony here, you could be sentenced to as little as

01:21PM 11   probation or time served?

01:21PM 12      A.   Right.  Nobody has ever told me that.

01:21PM 13      Q.   Isn't that what you're hoping for, not to get jail

01:21PM 14   time?

01:21PM 15      A.   I definitely would hope for that.

01:21PM 16      Q.   And that is a possibility in this case for you?

01:21PM 17      A.   Honestly, I don't know.  I don't know how this stuff

01:21PM 18   works.

01:21PM 19      Q.   Now, in terms of, in terms of what you pled guilty to,

01:21PM 20   Ms. Shelvey was reading from a document that was not a document

01:21PM 21   that you helped prepare, correct?

01:21PM 22      A.   Correct.

01:21PM 23      Q.   That document resulted from the negotiation between

01:21PM 24   your lawyer and the government exclusively, correct?

01:21PM 25      A.   Yes.

1          E. GREEN - RCX BY MS. MEYERS BUTH

01:21PM 2     Q.   And your lawyer, at some point, made recommendations to

01:22PM 3   you about what you should do in relation to that document,

01:22PM 4   true?

01:22PM 5     A.   Yes.

01:22PM 6     Q.   And so how things are phrased or why things are

01:22PM 7   contained in the document, you can't say?

01:22PM 8     A.   No.

01:22PM 9     Q.   Okay.  Moving on.  Orders to keep people apprised.  We

01:22PM 10  talked about this the other day.  Fair to say everybody was

01:22PM 11  trying to piece together what had happened immediately after

01:22PM 12  the murders?

01:22PM 13    A.   Yes.

01:22PM 14    Q.   And it didn't strike you as unusual or sinister that

01:22PM 15  Mr. Pirk, among others, wanted to be kept apprised about things

01:22PM 16  in the investigation you learned in New York, right?

01:22PM 17    A.   Yes.

01:22PM 18    Q.   And it was essential especially because he had gone

01:22PM 19  back to Florida, right?

01:22PM 20    A.   Yes.

01:22PM 21    Q.   And one of the things you were just asked about, Mr.

01:22PM 22  Pirk wanted to know allegedly who the rats were?

01:22PM 23    A.   Yes.

01:22PM 24    Q.   And by rats, we understand that to mean snitches or

01:23PM 25  people telling law enforcement information, correct?

7402

1                    E. GREEN - RCX BY MS. MEYERS BUTH

01:23PM  2      A.   Yes.

01:23PM  3      Q.   Did you tell Mr. Pirk that you yourself were a rat?

01:23PM  4      A.   No.

01:23PM  5      Q.   Did you tell Mr. Pirk that you had, at that time right

01:23PM  6   after the murders in September of 2014, that you had already

01:23PM  7   met with the FBI in May of '14?

01:23PM  8      A.   No.

01:23PM  9      Q.   Did you tell Mr. Pirk that after the party at Jack

01:23PM 10   Wood's house, you sought out a Buffalo police officer that you

01:23PM 11   were friends with, Officer Rose, and told him what your theory

01:23PM 12   about the murders was?

01:23PM 13      A.   Yes.

01:23PM 14      Q.   And you told --

01:23PM 15      A.   No.  No, I didn't tell Mr. Pirk that, no.

01:23PM 16      Q.   Did you tell Mr. Pirk you also sought out Investigator

01:23PM 17   Vicco from the New York State Police to talk to him after the

01:23PM 18   party at Jack Wood's about what you had heard?

01:23PM 19      A.   I honestly don't remember a Detective Vicco, not saying

01:23PM 20   I didn't.

01:23PM 21      Q.   In terms of the questions about your ability to remove

01:24PM 22   Kingsmen for drug use.  Let's talk about that for a minute,

01:24PM 23   okay?

01:24PM 24      A.   Okay.

01:24PM 25      Q.   I thought you told me on cross that you did, in fact,

7403

1        E. GREEN - RCX BY MS. MEYERS BUTH

01:24PM  2   remove up to nine Kingsmen during your tenure for Arcade

01:24PM  3   clubhouse for drug use or stealing?

01:24PM  4       A.   Correct.

01:24PM  5       Q.   And that was true, correct?

01:24PM  6       A.   Yes.

01:24PM  7       Q.   And you'll agree with me that is a small, minority of

01:24PM  8   the Kingsmen in New York?

01:24PM  9       A.   I'm sorry.  Say that again.

01:24PM 10       Q.   Sure, nine people.  How many Kingsmen were there in New

01:24PM 11   York at that time while you were President of Arcade?

01:24PM 12       A.   Not really sure at that time.  I mean, there was

01:24PM 13   various times.

01:24PM 14       Q.   Fair to say well over 100?

01:24PM 15       A.   Yes.

01:24PM 16       Q.   And so nine people over a two-year period was a small

01:24PM 17   minority of the Kingsmen that were actually removed for drug

01:24PM 18   use by you?

01:24PM 19       A.   Yes.

01:24PM 20            MS. SHELVEY:  The question was drug use or

01:24PM 21   stealing?  I think we need to make that known.

01:24PM 22            THE COURT:  The question is whether or not nine

01:25PM 23   people were removed for drug use.  He can explain if that is

01:25PM 24   not correct.  Overruled.  Go ahead, Mr. Green.  Do you

01:25PM 25   understand the question?

7404

E. GREEN - RCX BY MS. MEYERS BUTH

01:25PM  2    Q.   About nine people were removed?

01:25PM  3    A.   There were some removed for drug use and some, I think

01:25PM  4    two, for stealing.

01:25PM  5    Q.   And sometimes drug use and stealing go hand in hand?

01:25PM  6    A.   Yes.

01:25PM  7    Q.   And Mr. Pirk never told you that you weren't allowed to

01:25PM  8    remove guys for drug use, correct?

01:25PM  9    A.   No.

01:25PM  10   Q.   But there was an ongoing discussion between the two of

01:25PM  11   you about who to remove, what the nature of the drug use was

01:25PM  12   and so on?

01:25PM  13   A.   Yes.

01:25PM  14   Q.   So, in other words, if somebody was smoking marijuana

01:25PM  15   in the clubhouse and you told them not to do that and you

01:25PM  16   wanted to remove them, Mr. Pirk might say, you know, not this

01:25PM  17   guy or not this guy and not --

01:26PM  18            MS. SHELVEY:   Objection, calls for speculation.

01:26PM  19            THE COURT:   Overruled.   I mean, the question is

01:26PM  20   did he say that.

01:26PM  21   A.   I'm sorry, repeat the question.

01:26PM  22   Q.   Sure, sure.   It was confusing.   There were times, were

01:26PM  23   there not, when you spoke to Mr. Pirk and you said, "I'm

01:26PM  24   thinking about removing this particular person that keeps

01:26PM  25   smoking marijuana in the clubhouse," and Mr. Pirk said "no, not

1          E. GREEN - RCX BY MS. MEYERS BUTH

01:26PM 2    for that, we're not going to remove somebody"?

01:26PM 3        A.   No, no.

01:26PM 4        Q.   So, did he follow your recommendations pretty much then

01:26PM 5    on the guys you wanted removed?

01:26PM 6        A.   No.

01:26PM 7        Q.   You wanted removed?

01:26PM 8        A.   Yes.

01:26PM 9        Q.   And all he was telling you was let's take it easy a

01:26PM 10   little bit, slow down and keep an eye on things and we'll keep

01:26PM 11   talking?

01:26PM 12       A.   On some occasions, yes.

01:26PM 13       Q.   And in terms of the term "party police," that was

01:26PM 14   really Mr. Haley that used to say party police?

01:26PM 15       A.   I didn't speak with Mr. Haley.

01:27PM 16       Q.   You did at some point during your tenure in the

01:27PM 17   Kingsmen?

01:27PM 18       A.   I'm sure I did, but as very little as possible.

01:27PM 19       Q.   And why is it that you didn't speak with Mr. Haley?

01:27PM 20           MS. SHELVEY:  Objection, beyond the scope.

01:27PM 21           THE COURT:  Overruled.

01:27PM 22       A.   I didn't like him.  I thought he was the head of

01:27PM 23   Special Ed and Filly and yeah.

01:27PM 24       Q.   And in terms of members who used drugs, just to

01:27PM 25   clarify, these are members who are using drugs for personal

1                    E. GREEN - RCX BY MS. MEYERS BUTH

01:27PM  2    reasons.  In other words, it wasn't the KMC supplying drugs to

01:27PM  3    people or profiting from drug use in the clubhouse, correct?

01:27PM  4        A.   Correct.

01:27PM  5        Q.   Because if that were the case, you wouldn't have been a

01:27PM  6    member, correct?

01:27PM  7        A.   Correct.

01:27PM  8        Q.   And so there were no drugs stored in the clubhouses,

01:27PM  9    correct?

01:27PM 10        A.   Correct.

01:27PM 11        Q.   You would agree with me that the primary purpose of

01:27PM 12    maintaining the clubhouse was not for drug use?

01:27PM 13        A.   No, it wasn't.

01:27PM 14        Q.   Thank you.  In terms of the Arcade video that you were

01:28PM 15    asked about on redirect, that was never destroyed, was it?

01:28PM 16        A.   No.

01:28PM 17        Q.   And it was Mr. Boitschenko that had the discussion with

01:28PM 18    you about destroying that video, correct?

01:28PM 19        A.   There was a bunch of us around, yes.

01:28PM 20        Q.   And, also, you were asked about beating Skeetermen and

01:28PM 21    throwing them out of the club.  Do you remember that question?

01:28PM 22        A.   Yes.

01:28PM 23        Q.   And there was, in fact, a point in time where Turk was

01:28PM 24    stopped in an intersection by some of the Arcade members.  Do

01:28PM 25    you remember that?

E. GREEN - RCX BY MR. CONNORS

01:28PM 2    A.   Yes.

01:28PM 3    Q.   And Turk you would consider a Skeeterman?

01:28PM 4    A.   Yes.

01:28PM 5    Q.   And, in fact, he wasn't physically assaulted.  He was

01:28PM 6    brought to you and there was a discussion between you and him,

01:28PM 7    correct?

01:28PM 8    A.   No.

01:28PM 9    Q.   He was not physically assaulted?

01:28PM 10   A.   He was not.  His child was in the car.

01:28PM 11            MS. MEYERS BUTH:  That's all I have.  Thank you,

01:28PM 12   Mr. Green.

01:28PM 13            THE COURT:  Thanks, Ms. Meyers Buth.

01:29PM 14            Has Mr. Deal abdicated?

01:29PM 15            MR. DEAL:  I have abdicated and I have no recross.

01:29PM 16            THE COURT:  Go ahead, Mr. Connors.

01:29PM 17   RECROSS-EXAMINATION BY MR. CONNORS:

01:29PM 18   Q.   Hi, Mr. Green.

01:29PM 19   A.   Hello.

01:29PM 20   Q.   I want to ask you about the all-hands meeting in the

01:29PM 21   fall of 2013.  Ms. Shelvey pointed out the first time you met

01:29PM 22   with the FBI, you told them you thought Tim Enix was there,

01:29PM 23   correct?

01:29PM 24   A.   Yes.

01:29PM 25   Q.   And then I asked you about the second time you met with

1          E. GREEN - RCX BY MR. CONNORS

01:29PM  2   the FBI and I pointed you to a portion of the statement in the

01:29PM  3   interview where you didn't include that in that, correct?

01:29PM  4        A.   Yes.

01:29PM  5        Q.   And so would it be fair to say, sir, that you have

01:29PM  6   given different versions as to whether you specifically

01:29PM  7   remember Tim Enix coming at the all-hands meeting or not?

01:29PM  8        A.   I don't believe I was, but.

01:29PM  9        Q.   Haley was there, right?  You remember him?

01:29PM 10        A.   Yes.

01:29PM 11        Q.   That is a guy you remember?

01:29PM 12        A.   Yes.

01:29PM 13        Q.   He sticks out in your mind?

01:29PM 14        A.   Yes.

01:29PM 15        Q.   And you don't like him?

01:29PM 16        A.   Yes.

01:30PM 17        Q.   He was a snake, wasn't he?

01:30PM 18        A.   I believe so.

01:30PM 19        Q.   So do you know what he said about whether Tim was

01:30PM 20   present or not?

01:30PM 21        A.   I do not.

01:30PM 22        Q.   You don't?  You didn't discuss that with the

01:30PM 23   government?

01:30PM 24        A.   No.

01:30PM 25        Q.   But would it be fair to say, sir, that with respect to

1          E. GREEN - RCX BY MR. CONNORS

01:30PM  2    the all-hands meeting, you're not completely 100 percent sure,

01:30PM  3    are you, that Tim was at that meeting?

01:30PM  4         A.   You're right.

01:30PM  5         Q.   Could we go to the phone call now for a second.  You

01:30PM  6    said today that you remembered that the phone call was on

01:30PM  7    September 4th, 2014, with Tim?

01:30PM  8         A.   I do not remember the exact date.

01:30PM  9         Q.   You can't tell us with any certainty whether that call

01:30PM 10    on the record of Exhibit 305 that is in evidence that we showed

01:30PM 11    you the last time I got to speak with you, you can't tell us

01:30PM 12    whether that is the call you had with Tim Enix?

01:30PM 13         A.   I cannot.

01:30PM 14         Q.   And you thought you were trying to recall it because

01:30PM 15    you first got a call from Blocker?

01:30PM 16         A.   Even that, I'm not absolutely sure which one of the

01:31PM 17    guys in Arcade called me.

01:31PM 18         Q.   I get it.  We couldn't find Blocker's number on your

01:31PM 19    call records.

01:31PM 20         A.   Okay.

01:31PM 21         Q.   Remember we looked for that?

01:31PM 22         A.   Yeah.

01:31PM 23         Q.   And then you said you thought there may be a call with

01:31PM 24    Tim Enix and then you're not sure, and then you told us on

01:31PM 25    direct that you called Blocker back to tell him what Tim's

7410

1                    E. GREEN - RCX BY MR. CONNORS

01:31PM   2    answer was?

01:31PM   3                    MS. SHELVEY:  Objection, mischaracterizes.  He

01:31PM   4    never said he thought he called Tim Enix.

01:31PM   5                    THE COURT:  Overruled.  Let's have the witness say

01:31PM   6    whether or not this is correct.

01:31PM   7        Q.   I want to confirm with you, you thought your

01:31PM   8    recollection was after you spoke to Tim, you called Blocker

01:31PM   9    back because you had to give him the news what you learned?

01:31PM  10        A.   I know I got a call from someone from Arcade and I

01:31PM  11    called Tim Enix and I called back.  What day that was on, I

01:31PM  12    can't tell.

01:31PM  13        Q.   You can't tell us if it was the 4th?

01:31PM  14        A.   No, I cannot.

01:31PM  15        Q.   Can you tell us definitely it was Blocker?

01:31PM  16        A.   I definitely can't.

01:31PM  17        Q.   So you had to call Blocker back to give him the

01:32PM  18    information from Tim?

01:32PM  19        A.   Yes.

01:32PM  20        Q.   And there is no call before your call to Tim Enix and

01:32PM  21    then after?

01:32PM  22                    MS. SHELVEY:  There is no foundation establishing

01:32PM  23    Blocker's number is correct.

01:32PM  24        Q.   We went over the call, and you had a call from 744 that

01:32PM  25    went to Tim Enix, one minute?

7411

1                    E. GREEN - RCX BY MR. CONNORS

01:32PM 2        A.   Yes.

01:32PM 3        Q.   And you remember I asked you to show me where Blocker's

01:32PM 4    call number was on your own records and you couldn't find it?

01:32PM 5        A.   Right.

01:32PM 6        Q.   And then not only is there not a call from Blocker

01:32PM 7    coming in, there is none to you going back to him, is there?

01:32PM 8        A.   Not that we could find.

01:32PM 9        Q.   And let me ask you this, sir.  When you gave that

01:32PM 10   information on direct, you were a little more certain.  It was

01:32PM 11   September 4th when you spoke to Tim, correct, on direct

01:33PM 12   examination?

01:33PM 13       A.   I believe she showed me a paper.

01:33PM 14       Q.   But you told the government before they put you on the

01:33PM 15   stand that you weren't sure that was the call, correct?

01:33PM 16              MS. SHELVEY:  Objection, beyond the scope.

01:33PM 17              THE COURT:  Sustained, or overruled.

01:33PM 18       Q.   Correct?

01:33PM 19       A.   Yes.

01:33PM 20       Q.   You told them you weren't sure about it?

01:33PM 21       A.   Yes.

01:33PM 22       Q.   And you told them you weren't sure it was the date?

01:33PM 23       A.   Correct.

01:33PM 24       Q.   Or the time or the call, correct?

01:33PM 25       A.   Right.

1                    E. GREEN - RCX BY MR. CONNORS

01:33PM  2      Q.   And just to round this out, Blocker is the guy from

01:33PM  3   Arcade that you put "out bad" with no contact on May 18th,

01:33PM  4   2015, correct?

01:33PM  5      A.   Yes.

01:33PM  6      Q.   Because you called him in your own Facebook a lying

01:33PM  7   piece of shit?

01:33PM  8      A.   Yes, I'm not too sure of the date, but yes.

01:33PM  9                MR. CONNORS:  Thank you, sir.

01:33PM 10                THE COURT:  Thank you, Mr. Connors.  All right,

01:33PM 11   counsel.  Mr. Green, you can step down.  Thank you, and

01:33PM 12   counsel, can you approach?

01:34PM 13                Ladies and gentlemen, feel free to stretch.

01:34PM 14                (Whereupon, a sidebar discussion was held on the

01:34PM 15   record.)

01:34PM 16                THE COURT:  We'll take advantage of the 30 minutes

01:34PM 17   that we have left.

01:34PM 18                MR. TRIPI:  I wasn't prepared for that.  I don't

01:34PM 19   have any stuff for Mango.

01:34PM 20                MR. CONNORS:  I don't, either.  I thought we were

01:34PM 21   ending today.

01:34PM 22                MR. TRIPI:  I'm sorry.  I should have had it

01:34PM 23   ready.

01:34PM 24                (Whereupon, the proceeding continued.)

01:34PM 25                THE COURT:  Okay.  All right.  We're going to

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

01:34PM  2    finish early today.  I'm going to remind you of the schedule

01:34PM  3    for the rest of this week and tomorrow.  We're going to start

01:34PM  4    at 9:00 and go to 1:30 p.m., and then Friday is a full day, the

01:34PM  5    9:00 to 5:00.  We'll obviously have a lunch break.

01:34PM  6                    Let me remind you of my admonitions before you

01:34PM  7    leave, and they are as follows.  Don't discuss the case among

01:35PM  8    yourselves or with anyone else.  This includes discussing it by

01:35PM  9    social media.  In fairness to all parties, you have to keep an

01:35PM 10    open demeanor throughout the trial, reaching your conclusion

01:35PM 11    only during your final deliberations, after all of the evidence

01:35PM 12    is in and after you've heard the attorneys' summations and my

01:35PM 13    instructions to you on the law, and then and only then, once

01:35PM 14    you have had a chance to talk to each other about the case.

01:35PM 15                    If anyone tries to talk to you about the case or

01:35PM 16    does anything else you think is improper, you need to let me

01:35PM 17    know that right away by letting our courtroom deputy or court

01:35PM 18    security officer know and do not seek advice from each other.

01:35PM 19    Err on the side of caution and let me know about anything you

01:35PM 20    think is potentially necessary to bring to my attention.

01:35PM 21                    Do not visit any location at issue in this case

01:35PM 22    and do not do any research or make any investigation about this

01:35PM 23    case on your own.  Do not talk to any of the witnesses, parties

01:35PM 24    or attorneys outside of this courtroom or in this courtroom,

01:36PM 25    and this includes even to pass the time of day.  In no other

7414

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

01:36PM   2   way can all parties be assured of the absolute impartiality

01:36PM   3   they are entitled to expect from you as jurors.

01:36PM   4              And you need to avoid any media accounts about

01:36PM   5   this case.  As I've said, these courtrooms are open courtrooms.

01:36PM   6   That means anyone can come in and watch the proceedings.  Even

01:36PM   7   if inadvertently you end up seeing or hearing something in the

01:36PM   8   media, you need to let me know about that right away.

01:36PM   9              I want to thank you for your attention and

01:36PM  10   patience.  You all are doing a great job.  It is an important

01:36PM  11   duty you are fulfilling.  As I said during voir dire, our

01:36PM  12   criminal justice system depends on the cooperation and the

01:36PM  13   diligence of folks like you, and we wouldn't be able to be here

01:36PM  14   handling the trial without you.  So I know, as I said before,

01:36PM  15   this is a significant amount of time away from your everyday

01:37PM  16   lives and I appreciate it and everybody here appreciates it and

01:37PM  17   you're doing a wonderful job.  And have a wonderful afternoon

01:37PM  18   and we'll see you tomorrow.

01:37PM  19              (Whereupon, the jury is escorted from the

01:37PM  20   courtroom.)

01:38PM  21              THE COURT:  Why don't we take a quick five-minute

01:38PM  22   break and reconvene.  I would caution you against walking

01:38PM  23   outside until the jury leaves.  All right.  If the defendants

01:38PM  24   want to stick around for this discussion, you are welcome to,

01:38PM  25   but if you want to waive, you're welcome.

1                     USA VS. D. PIRK, A. JENKINS & T ENIX

01:38PM   2               MR. COVERT:  Mr. Jenkins is going to waive his

01:38PM   3       appearance.

01:38PM   4               THE COURT:  Okay.

01:38PM   5               The discussion pertains more to Mr. Pirk and Mr.

01:38PM   6       Enix.

01:38PM   7               MR. COVERT:  I like those discussions.

01:38PM   8               (Whereupon, there was a break in the proceeding.)

02:02PM   9               MR. TRIPI:  This is going to be DePasquale and he

02:02PM  10       was on Enix search and Dave Brown was on Pirk search and we'll

02:02PM  11       have more evidence.

02:02PM  12               THE COURT:  So this is just Enix.  Mr. Pirk and

02:02PM  13       Mr. Enix and Mr. Enix are waiving.

02:02PM  14               MR. COVERT:  I think he'll waive it.  Mr. Pirk is

02:02PM  15       here.

02:02PM  16               MR. DEAL:  Mr. Jenkins waives his presence.

02:02PM  17               THE COURT:  And Mr. Enix does?

02:02PM  18               MR. CONNORS:  Yes.

02:02PM  19               THE COURT:  Mr. Pirk and all counsel are here.  Go

02:02PM  20       ahead.

02:02PM  21               MR. TRIPI:  We're dealing with the Marsh Harbor

02:02PM  22       pursuant to the -- pursuant to the search warrant May 12th,

02:02PM  23       2016.  A portion of the search was pursuant to the search

02:02PM  24       warrant.  The other portion of the search was a consent search.

02:02PM  25       Mr. Enix was not there and his wife was there.  And so items

1              USA VS. D. PIRK, A. JENKINS & T ENIX

02:02PM  2    generally found, and I'll show you the photos, there was

02:02PM  3    firearm evidence and other evidence that was seized, which

02:03PM  4    included burner phones and documents.  Specifically, the

02:03PM  5    documents for all of the searches were conducted in Western

02:03PM  6    District of New York, so the documentation that we left in the

02:03PM  7    clubhouses was recovered from Mr. Enix's closet.

02:03PM  8              THE COURT:  Say that again.

02:03PM  9              MR. TRIPI:  All of the search warrant materials

02:03PM 10    that were left in clubhouses here, he had copies of them in the

02:03PM 11    closet.

02:03PM 12              THE COURT:  I don't know what that means.

02:03PM 13              MR. TRIPI:  When we execute a search warrant, they

02:03PM 14    leave an inventory and return.

02:03PM 15              THE COURT:  Like the receipt that you are leaving.

02:03PM 16              MR. TRIPI:  They were located in the closet in his

02:03PM 17    house in Florida, and every search that we did in the Buffalo

02:03PM 18    area, this is received, 136.44.  This is the area where the

02:03PM 19    clothes are pulled out, and you'll see that in one of the

02:03PM 20    photos, and this is all Kingsman-related material as well as

02:03PM 21    some firearms or firearm components.

02:03PM 22              Can we go to 136.180, Ms. Prawel.  So you had a

02:03PM 23    box of Kingsmen paraphernalia, shirts and things like that.  I

02:03PM 24    don't think those were seized but they are in the photograph.

02:03PM 25    Here is a Ruger firearm, an empty box that has the manual for

7417

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM  2      it, so the gun was not located in the house, and obviously we

02:03PM  3      can make arguments about what that means later.  The manual is

02:03PM  4      there and then is another box for a Smith & Wesson, no firearm

02:03PM  5      there, and I'll wait to go through the photos for other

02:03PM  6      firearms.

02:03PM  7                    THE COURT:  Anything in either of the gun boxes

02:03PM  8      other than a manual?

02:03PM  9                    MR. TRIPI:  No, sir, no.  I believe just the

02:03PM 10      manual, and I'll show you that in a minute in another photo,

02:03PM 11      the actual manuals.  Then here similarly what we pulled out of

02:03PM 12      Kingsmen clubhouses, this is a tire thumper.  The actual use is

02:03PM 13      to check the air pressure like on a tractor trailer.  This was

02:03PM 14      located -- and our argument, it's similar to what is in every

02:03PM 15      Kingsmen clubhouse.  And then this crate here is going to have

02:03PM 16      a lot of the documentation right on top of the box that had all

02:03PM 17      of the Kingsmen documentation.  This is a butt for a gun.  It

02:03PM 18      was not seized.  It was photographed because I think they made

02:03PM 19      a determination that it was beyond the scope of the warrant, so

02:03PM 20      they didn't seize the butt of the gun.

02:03PM 21                    THE COURT:  What do you mean, the butt of the gun?

02:03PM 22      I'm not a gun person.  You're going to have to tell me what you

02:03PM 23      mean.

02:03PM 24                    MR. TRIPI:  The stock of the rifle that you could

02:03PM 25      attach to a rifle.  It attaches to the stock of the gun.

1          USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM  2          THE COURT:  Okay.

02:03PM  3          MR. TRIPI:  136.90.  All of the other things that

02:03PM  4  I'm showing you come out of the crate.  136.97.

02:03PM  5          THE COURT:  Remind me the date of the search.

02:03PM  6          MR. TRIPI:  May 12th, 2016.  This is a leather --

02:03PM  7  essentially like a flapjack.  It's a blunt object you would use

02:03PM  8  to strike someone.  It's heavy lead in the end and has like a

02:03PM  9  whipping action.  So that was in the crate with what I'll say

02:03PM 10  is Kingsmen documentation.

02:03PM 11          146.95, we located the manual for a tech 9 firearm

02:03PM 12  and that was not in the house.

02:03PM 13          THE COURT:  Is that from one of the empty boxes?

02:03PM 14          MR. TRIPI:  Let me clarify.  My understanding is

02:03PM 15  this came out of the crate that had all of the other documents

02:03PM 16  in it.  I'm being corrected.  There is a blue box taken out of

02:03PM 17  the crate before they're laid out in the photographs.  This

02:03PM 18  manual was in the blue box in the crate before the photos were

02:03PM 19  taken amongst those items.  And then as far as unrecovered

02:03PM 20  firearms, this is a manual for a Glock, Government's Exhibit

02:03PM 21  136.96.

02:03PM 22          Now, my argument on this is this is a missing

02:03PM 23  anti-personnel going back to the Tech-9, that is not a

02:03PM 24  hunting-type rifle.

02:03PM 25          THE COURT:  It's a missing what?

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM 2                    MR. TRIPI:  That is it, an anti-personnel you use

02:03PM 3       to shoot people that is not a target, a gun you use for target

02:03PM 4       practice or hunting.

02:03PM 5                    THE COURT:  I mean, is it illegal under Florida

02:03PM 6       law?

02:03PM 7                    MR. TRIPI:  I don't know.  I'm arguing that is.

02:03PM 8                    MR. GRABLE:  It is.

02:03PM 9                    THE COURT:  Legal or illegal?

02:03PM 10                   MR. GRABLE:  Legal.

02:03PM 11                   MR. TRIPI:  I'm arguing it's illegal under federal

02:03PM 12      law.

02:03PM 13                   THE COURT:  I know that and that is a great point.

02:03PM 14      Because it's illegal under federal law when you use it, possess

02:03PM 15      it in furtherance of violence or drugs.

02:03PM 16                   MR. TRIPI:  And my argument is it's not here.  So

02:03PM 17      he has possessory interest in a firearm as part of an

02:03PM 18      organization that there is firearms flowing through it, so to

02:03PM 19      speak, and we can't find this gun.  So it's the logical

02:03PM 20      inference.

02:03PM 21                   THE COURT:  Isn't this the same gun that was in

02:03PM 22      Caruso's pants?

02:03PM 23                   MR. TRIPI:  Similar.

02:03PM 24                   THE COURT:  I don't think he loaned it to Caruso,

02:03PM 25      though.

1        USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM  2        In that crate.  This is less controversial, but

02:03PM  3   Blaze, Kingsmen MC business cards with his phone number on it.

02:03PM  4   I won't bother pulling that up.

02:03PM  5        THE COURT:  None of this is at issue in terms of

02:03PM  6   coming into evidence.  Other than the guns, that is it.

02:03PM  7        MR. TRIPI:  I'm trying to link the proximity to

02:03PM  8   the guns like you do with the drugs.  I'm trying to link the

02:03PM  9   proximity of the firearms and the ammunition to the Kingsmen

02:03PM 10   materials.

02:03PM 11        THE COURT:  Was there anything in the crate in

02:03PM 12   these boxes that were actually pulled out that was non-Kingsmen

02:03PM 13   related?

02:03PM 14        MR. TRIPI:  As far as I understand it, in the

02:03PM 15   crate was newspaper articles about Mr. Jenkins' state trial and

02:03PM 16   our search warrants and so if there was something that isn't,

02:03PM 17   it's nothing I took an interest in and made myself aware of.

02:03PM 18   The items I'm aware of were all Kingsmen related and they do

02:03PM 19   with this case.

02:03PM 20        The Lugar box is 136.81.  If we can get that

02:03PM 21   pulled up, another unlocated firearm.  And the manual for that

02:03PM 22   is 136.83.  And the whole house was searched.  Can we go to

02:03PM 23   136.83.  So that is it, the firearm that should be in the

02:03PM 24   house.  136.89 is a firearm cleaning kit.  136.76, that was

02:03PM 25   next to the boxes in the corner of the closet.  This is a

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM  2      firearm, your Honor, which is depicted in 136.77.

02:03PM  3                    And then under his bed between the mattress of the

02:03PM  4      bed, if you look at 136.71, there was another firearm located

02:03PM  5      in the master bed.  And 136.72 shows that out of the holster

02:03PM  6      made safe.  That is a carbide -style firearm.

02:03PM  7                    THE COURT:  Meaning?

02:03PM  8                    MR. TRIPI:  We've heard references to carbide

02:03PM  9      firearms during crosses of government witnesses.

02:03PM 10                    THE COURT:  What does that mean?

02:03PM 11                    MR. TRIPI:  It's the style, I guess, of the type

02:03PM 12      of weapon it is.  Then in the box that was in the crate, so

02:03PM 13      136.102, this is a box that was in that crate.  You see more

02:03PM 14      ammunition next to the crate.  Sorry.

02:03PM 15                    And either in the box or next to the crate was the

02:03PM 16      article about Jenkins' state trial, 136.105.  I think you can

02:03PM 17      almost see it in the box.  Also in the box and in the crate,

02:03PM 18      without having the agent here who actually seized it, I'm

02:03PM 19      covering myself a little bit about one of the two that were

02:03PM 20      next to each other, burner phones.  These phones had initials

02:03PM 21      programmed into them, four initials.

02:03PM 22                    THE COURT:  I remember this from the defense.

02:03PM 23                    MR. TRIPI:  And they were 716 numbers.  We were

02:03PM 24      never able to fully identify who D was, for example, but they

02:03PM 25      had very limited contact numbers in them.

7422

1        USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM  2        136.109, Ms. Prawel.  We certainly heard the

02:03PM  3   testimony of burner phones up to this point in the trial.  I'll

02:03PM  4   say in the box or the crate.

02:03PM  5        THE COURT:  This is no argument that these can't

02:03PM  6   come in.

02:03PM  7        MR. TRIPI:  I'm, again, it's in proximity to the

02:03PM  8   firearms.

02:03PM  9        THE COURT:  The subject of your motion in limine

02:03PM 10   was the guns.

02:03PM 11        MR. GRABLE:  Everything related to the guns as

02:03PM 12   well.

02:03PM 13        MR. TRIPI:  I don't recall that.

02:03PM 14        THE COURT:  I don't recall that.

02:03PM 15        MR. GRABLE:  I don't have it with me, but I have a

02:03PM 16   clear recollection, anything related to the guns.

02:03PM 17        THE COURT:  And perhaps you're right.

02:03PM 18        MR. GRABLE:  And I'll check it to make sure.

02:03PM 19        THE COURT:  You could be right, Mr. Grable.  As

02:03PM 20   you're saying that, I think you're correct.  So was there any

02:03PM 21   information retrievable from the phones?

02:03PM 22        MR. TRIPI:  There was an initial and then a phone

02:03PM 23   number.  And then a 716 area code.

02:03PM 24        THE COURT:  And we know they are burner phones?

02:03PM 25        MR. TRIPI:  Very limited information in them,

7423

1                     USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM 2    consistent with flip phones, which are, in this day and age,

02:03PM 3    those are the phones that are sold in the prepackaged style.

02:03PM 4                     THE COURT:  Who would be able to testify to that,

02:03PM 5    though?

02:03PM 6                     MR. TRIPI:  We already had Agent Pinder, who

02:03PM 7    downloaded Filip Caruso's Cricket phone, that was a flip phone,

02:03PM 8    and Monica Brown, and linked Mr. Pirk to a burner phone she had

02:03PM 9    in plastic.

02:03PM 10                    THE COURT:  But, I mean, you don't know if they

02:03PM 11   are just old cell phones.  And, I mean, I have old cell phones

02:03PM 12   like that.

02:03PM 13                    MR. TRIPI:  I don't think you have A, B, C and D

02:03PM 14   with 716.

02:03PM 15                    THE COURT:  No, I don't.

02:03PM 16                    MR. TRIPI:  That is my argument, that the nature

02:03PM 17   of what was in them makes it clear.

02:03PM 18                    THE COURT:  I just want to make sure I'm

02:03PM 19   understanding correctly.  It's not possible, is it, from a cell

02:03PM 20   phone like that, to ascertain whether or not it was a prepaid

02:03PM 21   plan or it's a phone that was on an operating plan?

02:03PM 22                    MR. TRIPI:  I don't believe that.

02:03PM 23                    MR. CONNORS:  I didn't hear the end of the

02:03PM 24   question.

02:03PM 25                    THE COURT:  Whether it was a phone or prepaid plan

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM  2    or that it was a regular monthly service phone and it is just

02:03PM  3    an old looking phone.

02:03PM  4                    MR. CONNORS:  Subscription.

02:03PM  5                    MR. TRIPI:  And my answer is, I don't believe we

02:03PM  6    could say that.

02:03PM  7                    MR. GRABLE:  Then I guess is there any data pulled

02:03PM  8    from these phones connecting these phones related to Kingsmen?

02:03PM  9                    THE COURT:  It doesn't look like it.

02:03PM 10                    MR. TRIPI:  It's a very strong inference when you

02:03PM 11    have four numbers and one letter next to each number, which is

02:03PM 12    very cryptic, I think.  There are strong arguments to be made.

02:03PM 13                    THE COURT:  Okay.

02:03PM 14                    Before you go ahead, Mr. Enix is contending that

02:03PM 15    the documentation that Mr. Tripi wants to introduce that was

02:03PM 16    found should also be kept out under 403.

02:03PM 17                    MR. GRABLE:  Certainly, all of the gun-related

02:03PM 18    documentation, yes.  Absent some connection to some illegal

02:03PM 19    conduct consistent with the arguments we made in the written

02:03PM 20    submission, even the empty boxes, all gun-related

02:03PM 21    paraphernalia, manuals, boxes, we would also -- we would move

02:03PM 22    to preclude the burner phones, absent some similar issue,

02:03PM 23    absent some connection or data culled from the phones to

02:03PM 24    suggest they are connected to any.

02:03PM 25                    MR. TRIPI:  There was one call, a 716, on December

1          USA VS. D. PIRK, A. JENKINS & T ENIX

02:03PM  2    4th, I don't remember.

02:03PM  3              THE COURT:  September 4th, 2014?

02:03PM  4              MR. CONNORS:  Call to whom?

02:03PM  5              MR. TRIPI:  I wish I knew, I wish I knew.

02:03PM  6              THE COURT:  Did he get a number?

02:03PM  7              MR. TRIPI:  You want to tell us?  There is a

02:03PM  8    number in the phone.

02:03PM  9              MR. GRABLE:  There are phone calls in, calls would

02:03PM  10   come to various people.

02:03PM  11             THE COURT:  But you would agree with me here you

02:03PM  12   have phones in the home of the regional president of the

02:03PM  13   Kingsmen near various other Kingsmen materials, and there is

02:03PM  14   initials on them.

02:03PM  15             MR. TRIPI:  To be clear, and I could easily have

02:03PM  16   testimony to this account, you can delete, like any other

02:03PM  17   phone, you can delete the call log.  What we had for Samsung

02:03PM  18   phone is letter D in the contact list, 716-255-7283, and this

02:03PM  19   is Government Exhibit 3503.5.  We had a D.  We'll probably

02:03PM  20   argue that is Drifter.  And then we had a P 716-255-7282.  And

02:03PM  21   then a T 716-255-7164.

02:03PM  22             MR. CONNORS:  Could you slow down with those

02:03PM  23   numbers.

02:03PM  24             MR. TRIPI:  1762557284.

02:04PM  25             Let's pull up 3503.5.

|   |   |
|---|---|
|  | 1 |
| 02:04PM | 2 |
| 02:04PM | 3 |
| 02:04PM | 4 |
| 02:04PM | 5 |
| 02:04PM | 6 |
| 02:04PM | 7 |
| 02:05PM | 8 |
| 02:05PM | 9 |
| 02:05PM | 10 |
| 02:05PM | 11 |
| 02:05PM | 12 |
| 02:05PM | 13 |
| 02:05PM | 14 |
| 02:05PM | 15 |
| 02:05PM | 16 |
| 02:05PM | 17 |
| 02:05PM | 18 |
| 02:05PM | 19 |
| 02:05PM | 20 |
| 02:05PM | 21 |
| 02:05PM | 22 |
| 02:06PM | 23 |
| 02:06PM | 24 |
| 02:06PM | 25 |

1          USA VS. D. PIRK, A. JENKINS & T ENIX

2          MR. CONNORS:  D, P, T and W?

3          MR. TRIPI:  Star 611 on September 15, 2014 at

4     5:11.

5          THE COURT:  What is star 6-1-1.

6          THE CLERK:  Verizon customer service.

7          MR. TRIPI:  And call on September 4th, 2014 at

8     8:19.

9          MR. GRABLE:  The other call 3852 was his wife.

10          MR. TRIPI:  That is a phone registered to his

11     wife.

12          MR. GRABLE:  Correct.

13          MR. TRIPI:  Right.  And then the other phone is a

14     205 number, 243-7455, it's got two numbers stored in it, a 352

15     number, and a 205 number under the initials A and initial C.

16          THE COURT:  The other phone, what was the two

17     numbers stored under A and Z and the area codes for that.  C as

18     in cat?

19          THE COURT:  Joe, you're getting frustrated.

20          MR. TRIPI:  I'm getting talked over from three

21     different angles.

22          A and C.  A is 352 and C is a 205.

23          THE COURT:  Deep breath.

24          MR. TRIPI:  The second phone is a Trac phone.

25          THE COURT:  352, 205, the geographical.

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:06PM  2                    MR. TRIPI:  Florida and I don't know the other.

02:06PM  3                    MR. CULLINANE:  Alabama.

02:06PM  4                    MR. TRIPI:  Alabama, I'm told.

02:06PM  5            As we learn from Scott Johnson, the area code.

02:06PM  6            THE COURT:  I know that.  Trust me, I know that.

02:06PM  7                    MR. TRIPI:  So if I can move on to Exhibit

02:06PM  8  136.118.  It doesn't show them all there, there are the search

02:06PM  9  warrant documents for each of the clubhouses.

02:06PM 10            MR. CONNORS:  Without talking over you, if I could

02:06PM 11  correct you, that 205 is both Alabama and Ohio.

02:06PM 12            MR. TRIPI:  Actually, you're correcting Brendan.

02:07PM 13  That's fine.

02:07PM 14            MR. CONNORS:  Brendan, sorry.  Rarely happens.

02:07PM 15            THE COURT:  You just got thrown under the bus.

02:07PM 16            MR. CULLINANE:  I apologize.

02:07PM 17            THE COURT:  You said 205, both is Alabama and

02:07PM 18  Ohio.

02:07PM 19            MR. CONNORS:  I did.

02:07PM 20            MR. TRIPI:  So these search warrant materials were

02:07PM 21  in the crate.  And they were seized as it relates to each

02:07PM 22  clubhouse.  And there are additional photos of what appear to

02:08PM 23  be his Nomad vest, his wife's vest, and I showed you a lot of

02:08PM 24  these at the detention hearing.

02:08PM 25            THE COURT:  I remember that.

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:08PM  2              I thought there were other firearms seized.

02:08PM  3              MR. TRIPI:  It was two firearms and then multiple

02:08PM  4    boxes and --

02:08PM  5              THE COURT:  What about the hollow-point bullets?

02:08PM  6              MR. TRIPI:  That was in the one exhibit that I

02:08PM  7    showed you.  The box, if we can go back, Ms. Prawel, to

02:08PM  8    136.103, which was in the box where I believe the news article

02:08PM  9    came out of.

02:08PM 10              THE COURT:  Can I see that?

02:09PM 11              MR. TRIPI:  136.102, Ms. Prawel, please.

02:09PM 12              THE COURT:  And it looks like they are on top of

02:09PM 13    something.  What is underneath it.  A patch.

02:09PM 14              MR. TRIPI:  A Harley-Davidson patch.  And I can't

02:09PM 15    tell what's under the plastic bag.  There is something related

02:09PM 16    to Kingsmen and U.S. Marshals right there that it's on top of.

02:09PM 17    And if you go back a little bit, it's referencing the September

02:09PM 18    6th prosecution, I believe that to be the news article that I

02:09PM 19    showed you earlier, which was the news article, and I'm

02:10PM 20    informed there are more hollow points in the bag right there.

02:10PM 21              THE COURT:  Wasn't there other ammunition that was

02:10PM 22    found?

02:10PM 23              MR. TRIPI:  Yeah, in a Smith & Wesson box.  I

02:10PM 24    believe there was ammunition as well as the firearms were

02:10PM 25    loaded.  But the hollow points were the --

1              USA VS. D. PIRK, A. JENKINS & T ENIX

02:10PM  2              THE COURT:  The caliber of the hollow points, do

02:10PM  3    they match any of the firearms that were actually physically

02:10PM  4    present?

02:11PM  5              MR. TRIPI:  These are the hollow points.

02:11PM  6              THE COURT:  Can I see them?

02:11PM  7              MR. TRIPI:  They are 38 special.  Agent Donnelly

02:11PM  8    told me these are the hollow points in the carrying case that

02:11PM  9    is in the picture and the 38 Special would be the Ruger

02:12PM  10   revolver that we did not locate, which is this gun right here.

02:12PM  11   So, essentially, Judge, as to the firearms and ammunition and

02:12PM  12   the manuals that reference that other firearms should have been

02:12PM  13   there, my argument is similar as I would make in a drug case.

02:12PM  14   It's all in proximity to Kingsmen paraphernalia, Kingsmen

02:12PM  15   materials.  The tire thumper, the guns, those are the types of

02:12PM  16   weapons you've seen entered in the clubhouses, from the tire

02:12PM  17   thumpers you heard reference in other testimony.

02:12PM  18              THE COURT:  What was the name you attributed that

02:12PM  19   other piece of --

02:12PM  20              MR. TRIPI:  A tire thumper.

02:12PM  21              MR. GRABLE:  Flap Jack.

02:13PM  22              THE COURT:  Flap Jack.

02:13PM  23              MR. TRIPI:  And the ammunition coming -- hollow

02:13PM  24   point, obviously, that is meant for maximum damage.  It's not a

02:13PM  25   round that you would target practice with or hunt with.

7430

1          USA VS. D. PIRK, A. JENKINS & T ENIX

02:13PM  2          THE COURT:  It's more expensive than regular

02:13PM  3   ammunition, right?

02:13PM  4          MR. TRIPI:  It is.  I believe the Tek-9 speaks for

02:13PM  5   itself, is the type of gun someone would have that for and

02:13PM  6   similar to the type of gun Mr. Caruso had.  Of the phones with

02:13PM  7   cryptic information in them, with some call indicating they

02:13PM  8   were being used around that point in time with the

02:13PM  9   understanding that data can be deleted from any phone and when

02:13PM  10   it's deleted, it's gone.  We've heard that the storage capacity

02:13PM  11   for these providers, and this is a substantial provider like

02:14PM  12   Verizon, is only three to five days for that.  We would have

02:14PM  13   been long out of the box by the time we seized these to be able

02:14PM  14   to get any data from any source, whether a third-party provider

02:14PM  15   or in the phones, if they were available.

02:14PM  16          And I'm told in the bag there were additional 380

02:14PM  17   rounds, Judge.  These are also hollow-point 380 rounds,

02:14PM  18   different than the 38 special.

02:14PM  19          THE COURT:  Do they match any of the guns?

02:14PM  20          MR. TRIPI:  This is from a semi-automatic, not a

02:14PM  21   revolver, and I don't believe.

02:14PM  22          THE COURT:  Both the government's 136.204 on the

02:15PM  23   one in your hand were both in the box that you showed.

02:15PM  24          MR. TRIPI:  Right on top of the article for

02:15PM  25   murders.  So, your Honor, I think you understand my argument

7431

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:15PM  2     then.

02:15PM  3                    THE COURT:  I do.  Can you answer, I want to know

02:15PM  4     about the other ammunition and whether it matched anything.

02:15PM  5     But I want to be clear, there is a box for a Ruger.  There is a

02:15PM  6     box for a Ruger?

02:15PM  7                    MR. TRIPI:  Yes.

02:15PM  8                    THE COURT:  And a manual for the Ruger?

02:15PM  9                    MR. TRIPI:  Yes.

02:15PM 10                    THE COURT:  And there is the manual for Tek-9?

02:15PM 11                    MR. TRIPI:  Yes.

02:15PM 12                    THE COURT:  And was there a box for the Tek-9?

02:15PM 13                    MR. TRIPI:  Not that we saw labeled "Tek-9."

02:15PM 14                    THE COURT:  There is another box.  That was Smith

02:15PM 15     & Wesson?

02:15PM 16                    MR. TRIPI:  Yes.

02:15PM 17                    THE COURT:  And what kind of firearm -- we don't

02:15PM 18     know.  It was just a Smith & Wesson box?

02:15PM 19                    MR. TRIPI:  Correct.

02:15PM 20                    THE COURT:  And then the firearms that you did

02:15PM 21     recover were two, correct?

02:16PM 22                    MR. TRIPI:  The two firearms that were in the

02:16PM 23     photos, I believe it was a 9-mm Glock.

02:16PM 24                    We do have the Smith & Wesson 380.

02:16PM 25                    THE COURT:  It's a 380?

7432

1                   USA VS. D. PIRK, A. JENKINS & T ENIX

02:16PM  2          MR. TRIPI:  Yes.

02:16PM  3          THE COURT:  So the caliber for other hollow-point

02:16PM  4   bullets would fit in there?

02:16PM  5          MR. TRIPI:  Yes.  It says "380" on the slide and

02:16PM  6   these are 380.

02:16PM  7          THE COURT:  Where was the Smith & Wesson firearm

02:16PM  8   recovered?

02:16PM  9          MR. TRIPI:  That was in the -- if we go back.

02:17PM 10          It was in the gray box next to the box.

02:17PM 11          THE COURT:  The Smith & Wesson 380 that the

02:17PM 12   hollow-point bullets would fit in was in the gray lockbox.

02:17PM 13          MR. TRIPI:  If we go to 146.75, Ms. Prawel.  This

02:17PM 14   is the gray lockbox that the gun is in.  And then I believe

02:17PM 15   this is the box that everything else was in.

02:18PM 16          THE COURT:  The 9-mm Glock, that was under the

02:18PM 17   bed?

02:18PM 18          MR. TRIPI:  In between the mattresses.

02:18PM 19          THE COURT:  But there were two firearms recovered,

02:18PM 20   correct?

02:18PM 21          MR. TRIPI:  Two.

02:18PM 22          THE COURT:  And because I've been trying to keep

02:18PM 23   track of it, we have -- I think it was Mr. Green, was it, who

02:18PM 24   said he hugged Mr. Enix in New York?

02:18PM 25          MR. TRIPI:  There was the whole thing about the

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:18PM   2    pat down at the all-hands meeting.

02:18PM   3              MR. CONNORS:  It was a hug, not a pat down.

02:18PM   4              MR. TRIPI:  It ended up being a hug.

02:18PM   5              THE COURT:  He thought it was a firearm, but

02:18PM   6    couldn't identify what it was.  And we have the testimony about

02:19PM   7    the Pagan incident and the truck or the trunk full of guns.

02:19PM   8              MR. TRIPI:  Yeah.

02:19PM   9              THE COURT:  But is there any testimony that has

02:19PM  10    been admitted up to this point of anyone putting a gun in Mr.

02:19PM  11    Enix's hand?

02:19PM  12              MR. TRIPI:  I believe that Mr. McIndoo did when he

02:19PM  13    said both of them brought guns into the Pagans meeting they

02:19PM  14    staged at the hesitation, I'm probably saying it more clearly

02:19PM  15    than Mr. McIndoo.

02:19PM  16              MR. CONNORS:  A lot more clearly.

02:19PM  17              MR. TRIPI:  Don't jump down my throat.

02:19PM  18    Essentially the crux of the testimony was they staged at the

02:19PM  19    Hess Station.  That is where Mr. McIndoo was given the street

02:19PM  20    sweeper.  And Mr. Enix and Mr. Pirk were armed.  Obviously the

02:19PM  21    inference was guns that you couldn't see that would have had to

02:19PM  22    have been handguns.  In other words, guns that the Pagans would

02:19PM  23    not have saw and they talked about who they were going to shoot

02:20PM  24    and the manner in which they were going to shoot after in the

02:20PM  25    car ride back with Mr. McIndoo.

1          USA VS. D. PIRK, A. JENKINS & T ENIX

02:20PM  2          I can point to that and the point to the trip to

02:20PM  3     Tennessee and we certainly have evidence of everyone coming

02:20PM  4     armed.

02:20PM  5          THE COURT:  Was there any specific testimony of

02:20PM  6     Mr. Enix with a firearm in Tennessee?

02:20PM  7          MR. TRIPI:  There are Facebook messages in

02:20PM  8     evidence about bringing in the firearms.  And I believe there

02:20PM  9     was, I'm not sure if Mr. Caruso said it explicitly.  He

02:20PM 10     certainly cataloged people who had guns.

02:20PM 11          THE COURT:  There is no question you can make the

02:20PM 12     argument and there is an inference.  But with Mr. Pirk, there

02:20PM 13     has been some specific testimony about the type of firearms

02:20PM 14     that he had and where he had them.  Even the last witness,

02:20PM 15     Haley, was saying --

02:20PM 16          MR. TRIPI:  I think someone was saying that Pirk

02:20PM 17     -- I was trying to think of who it was, someone, I think it was

02:20PM 18     Caruso, that said Pirk and Enix had the same kind of gun that

02:21PM 19     he seen in New York, Glock, that is exactly it, that was who it

02:21PM 20     was.  And I asked him many times and he said as it related to

02:21PM 21     Mr. Enix, I believe he said once.  And Mr. Connors asked him he

02:21PM 22     do you know how, he travels and flies here.  And that was Mr.

02:21PM 23     Caruso.

02:21PM 24          THE COURT:  Okay.

02:21PM 25          All right, Mr. Grable.

7435

1          USA VS. D. PIRK, A. JENKINS & T ENIX

02:21PM   2          MR. GRABLE:  Thank you, Judge.  We briefed the

02:21PM   3     legal authority and our legal arguments in the prior

02:21PM   4     submission.  I'll rely on those.  When your Honor considered

02:21PM   5     this issue in limine and to consider our submissions, the

02:21PM   6     parties' various submissions, I think at that point in and then

02:21PM   7     through from that point to the present, the Court has made it

02:21PM   8     clear to the government there should be some specific

02:21PM   9     connection between a particular firearm and testimony from a

02:22PM  10     witness.

02:22PM  11          THE COURT:  Or, I mean, it doesn't have to be the

02:22PM  12     particular firearm, but it has to be some testimony, and I'll

02:22PM  13     give you the cites, and, in other words, it doesn't have to be

02:22PM  14     it was that particular Glock.  But there would have to be

02:22PM  15     somebody suggesting or testifying that Mr. Enix was seen with

02:22PM  16     the 9 mm or similar type of firearm before I would find a link,

02:22PM  17     I guess.

02:22PM  18          MR. GRABLE:  Right.  For example, there was

02:22PM  19     testimony from, I believe it was Mr. McIndoo, that Mr. Pirk had

02:22PM  20     a certain round cartridge case associated with a shotgun and

02:22PM  21     there was a photograph and the witness was shown that

02:22PM  22     photograph and he said, I think, "It looks like it.  I'm not

02:22PM  23     positive that is the one."  There has been no similar testimony

02:22PM  24     as to Mr. Enix.  No witnesses have looked at a picture or

02:22PM  25     something seized from the home and said, you know, that is what

1           USA VS. D. PIRK, A. JENKINS & T ENIX

02:22PM  2    it looks like, what I saw him with.  And you were reminding the

02:23PM  3    government at various points as the witnesses were coming, I

02:23PM  4    took it to mean is the kind of proof you were expecting.  And I

02:23PM  5    remember Mr. Tripi saying we have Mr. McIndoo and Mr. Caruso

02:23PM  6    and Mr. Green and Mr. Haley, and never once did any of the

02:23PM  7    witnesses get shown an exhibit in the manner that Mr. McIndoo

02:23PM  8    was shown a concrete photograph with respect to this shotgun

02:23PM  9    cylinder.  And so I think for all of the reasons the Court has

02:23PM  10   previously stated in its discussions about our motion in limine

02:23PM  11   and for all of the legal reasons we cited before, any of the

02:23PM  12   gun-related stuff that has not been connected to any illegal

02:23PM  13   conduct is, in our argument, inadmissible under 401 and 403.

02:23PM  14           THE COURT:  What about the argument, though, that

02:23PM  15   the illegal conduct is the Kingsmen Motorcycle Club.  And that

02:23PM  16   finding, for instance, hollow-point bullets in a crate with all

02:24PM  17   of the other documentation regarding the Kingsmen Motorcycle

02:24PM  18   Club, at least there is an alleged link between the illegal

02:24PM  19   conduct, the Kingsman Motorcycle Club, and the material the

02:24PM  20   government is seeking to introduce?

02:24PM  21           MR. GRABLE:  By that logic, any firearm found

02:24PM  22   completely unconnected like these would be admissible.  But the

02:24PM  23   case --

02:24PM  24           THE COURT:  There is no case directly on point.

02:24PM  25           MR. GRABLE:  I think your Honor indicated

7437

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:24PM  2      throughout, there should be something more to connect.  In

02:24PM  3      particular, we have the gun counts in the case.

02:24PM  4                    THE COURT:  My view is, there has to be a link,

02:24PM  5      either it has to be found at the crime scene, which could be

02:24PM  6      the clubhouses, not Mr. Enix's home.  There has to be a link

02:24PM  7      with the alleged criminal activity or the defense has to open

02:24PM  8      the door, which I don't view that you haven't made a claim up

02:24PM  9      to this point that, for instance, Mr. Enix didn't like

02:25PM 10      firearms, never touched a firearm.  If you were to try and make

02:25PM 11      a claim like that, that would be opening the door.  So really,

02:25PM 12      at this point, the basis, from my perspective, for the

02:25PM 13      government to get this in is there has to be a link with the

02:25PM 14      alleged criminal activity and these materials.

02:25PM 15                    MR. GRABLE:  Correct.  And the reality is that Mr.

02:25PM 16      Enix and his family, his wife and children, they are hunters,

02:25PM 17      all of them.  They boar hunt in Florida.  I think the

02:25PM 18      government probably found in the computer where he is an avid

02:25PM 19      hunter and as are his wife and kids.  The absence of any

02:25PM 20      link --

02:25PM 21                    THE COURT:  But let me ask you this.  Because when

02:25PM 22      you're dealing with, for instance, like a hollow-point bullet,

02:25PM 23      which is a different type of ammunition than what it would

02:25PM 24      normally be, and on top of all of this material related to

02:25PM 25      Kingsmen, isn't there at least an argument that there is some

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:26PM  2     link there?

02:26PM  3                    MR. GRABLE:  I'm actually versed in firearms.

02:26PM  4     I've shot regular firearms and hollow-point ammunition,

02:26PM  5     including at federal law enforcement training centers.  And

02:26PM  6     I'll tell you in Florida, hollow points are legal and they're

02:26PM  7     often kept in a person's home.  They're better for personal

02:26PM  8     protection, if someone breaks into your house.  If you're going

02:26PM  9     to use a firearm to defend your home, you want to shoot for

02:26PM 10     center mass, which is the center of the person, and you want a

02:26PM 11     cartridge that will take out the person who has invaded your

02:26PM 12     home.  So none of this is suggestive of illegal conduct, per

02:26PM 13     se, as something that the state of Florida says you want to

02:26PM 14     protect your home with hollow-point ammunition, you can.

02:26PM 15                    THE COURT:  But what about the fact it's found

02:26PM 16     right on top of the patches of Harley-Davidson and a newspaper

02:26PM 17     article about the murders?

02:26PM 18                    MR. GRABLE:  The one gun is found in a gray box.

02:27PM 19                    THE COURT:  I'm talking about bullets.

02:27PM 20                    MR. GRABLE:  Neither gun is found near the

02:27PM 21     paperwork.  And the ammunition in the box, I don't know what

02:27PM 22     else is in the box, to me the more pertinent question is where

02:27PM 23     were the guns found.  And then the fundamental question, the

02:27PM 24     one the Court is asking, is there a link between that gun and

02:27PM 25     any of the conduct that has been develop during the course of

7439

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:27PM   2      the trial, and we have heard no link.

02:27PM   3                    THE COURT:  About the thumper that Paul Maue was

02:27PM   4      using.  There has been testimony that he was using a piece of

02:27PM   5      equipment like that.

02:27PM   6                    MR. CONNORS:  No link to Enix.

02:27PM   7                    THE COURT:  There is a link of a thumper to

02:27PM   8      criminal activity and you find a thumper in Mr. Enix's home in

02:27PM   9      a box or close proximity to other Kingsmen-related material.

02:27PM   10                    MR. GRABLE:  The tire thumper, I think the

02:27PM   11      testimony about Maue was mini baseball bat.

02:27PM   12                    THE COURT:  Somebody referred to as a --

02:27PM   13                    MR. GRABLE:  Somebody said a mallet.  There is

02:28PM   14      clearly no allegation this thumper was connected with the any

02:28PM   15      of the witnesses.  This was on the floor of the closet, but I

02:28PM   16      could be wrong, and I don't see a link and any of the conduct

02:28PM   17      developed through the course of the trial.

02:28PM   18                    THE COURT:  And what about the flap jack, it was

02:28PM   19      found in the box, right?

02:28PM   20                    MR. GRABLE:  Same argument.

02:28PM   21                    THE COURT:  The flap jack was in the box.  Can I

02:28PM   22      see it?

02:28PM   23                    MR. GRABLE:  Also legal in the state of Florida.

02:28PM   24                    THE COURT:  And I'm assuming a tire thumper is

02:28PM   25      legal.

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:28PM  2             THE COURT:  What is the legitimate purpose of

02:28PM  3     something like that?

02:28PM  4             MR. GRABLE:  Self defense tool.

02:28PM  5             MR. TRIPI:  Particularly if you're the regional

02:29PM  6     president of the Kingsmen and people don't like you like the

02:29PM  7     Outlaws.

02:29PM  8             MR. CONNORS:  All right, all right.

02:29PM  9             MR. TRIPI:  It's my argument.

02:29PM 10             MR. GRABLE:  Everything is sinister.

02:29PM 11             THE COURT:  Anything else, Mr. Grable.

02:29PM 12             MR. GRABLE:  Judge, the KMC related business cards

02:29PM 13     and the patches on the vest, given the testimony given so far,

02:29PM 14     that is relevant.  And so the business cards and patches and

02:29PM 15     vest, anything related to the guns and certainly the newspaper

02:29PM 16     articles as well.  I know we've had prior argument on that.

02:29PM 17     And we object to the burner phones subject to connection.  Any

02:29PM 18     suggestion (a) they were burner phones.  That these were burner

02:29PM 19     phones and used with any conduct pertinent to this case.  Same

02:29PM 20     arguments as to those.

02:29PM 21             MR. TRIPI:  Judge, I'm informed that per the FBI

02:29PM 22     agent Dave Brown, it's legal to own that.  It is illegal to

02:30PM 23     carry it concealed.

02:30PM 24             THE COURT:  Flap jack.  What about, the guns were

02:30PM 25     legal in Florida, correct?  I mean, in other words --

1           USA VS. D. PIRK, A. JENKINS & T ENIX

02:30PM  2           MR. TRIPI:  As far as I understand, Florida is a

02:30PM  3    firearm friendly state.

02:30PM  4           THE COURT:  Were they registered to anyone or did

02:30PM  5    they not have to be registered?

02:30PM  6           MR. TRIPI:  You know, Judge, I'm sure they were

02:30PM  7    run.  I need to double check that.

02:30PM  8           THE COURT:  Hasn't there been some suggestion that

02:30PM  9    Mrs. Enix --

02:30PM 10           MR. CONNORS:  She has a permit.

02:30PM 11           MR. TRIPI:  There are additional witnesses coming

02:30PM 12    up that if I still can't get this stuff in.  I am going to

02:30PM 13    wait.  I have Koszuta to go and still have Long and to go and

02:30PM 14    Fritts and a couple of other Kingsmen as well.  So if I need to

02:30PM 15    wait on this, I'm going to wait on it.  But I do think there is

02:30PM 16    sufficient evidence in the record as of this date.  But I would

02:30PM 17    go back to *Patino*, it's not the particular firearm that makes

02:31PM 18    it a 924(c).  To the extent counsel was saying I have to link a

02:31PM 19    particular firearm, that is inaccurate.  Caruso was shown a

02:31PM 20    photo of Pirk's Glock and was shown a picture again and he said

02:31PM 21    Enix's Glock was just like that.  Caruso, as I stood here, I

02:31PM 22    thought he said they were armed in the clubhouses when they got

02:31PM 23    there, separate and apart from guns that were in the trunks.

02:31PM 24    He said Pirk and Enix had guns on their person.  And I always

02:31PM 25    said from the start, I'm never going to be able to say, with

7442

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:31PM  2    the exception of that is the gun as the street sweeper.

02:31PM  3           THE COURT:  I'm not suggesting that you need that,

02:31PM  4    but I have the been of the mind-set that you need to have

02:31PM  5    somebody on the witness stand saying this the type of gun that

02:31PM  6    I saw Mr. Enix with and then show him a photograph and I would

02:32PM  7    say, yes, that looks like the gun that I saw Mr. Enix with.

02:32PM  8           MR. TRIPI:  I believe so far we've linked them to

02:32PM  9    handguns Glocks and the two guns you see in the house look

02:32PM 10    similar to that.

02:32PM 11           THE COURT:  But we haven't had anyone shown a

02:32PM 12    picture of one of these firearms and I said yes that looks like

02:32PM 13    the gun that I saw Mr. Enix with.

02:32PM 14           MR. TRIPI:  You're right.  I only showed Caruso

02:32PM 15    Pirk's Glock and he said Enix looked like that.  I didn't, on

02:32PM 16    the spot, pause and find a gun from Enix's house.  You're

02:32PM 17    right.  But a Glock is a Glock and we have a Glock.  I didn't

02:32PM 18    think it was worth the time to find that photo in that moment.

02:32PM 19    But Caruso puts them with guns in the Florida clubhouse when he

02:32PM 20    gets there and also puts them armed in New York.  And Enix was

02:32PM 21    one particular occasion.  McIndoo has them armed going into the

02:32PM 22    Pagan meeting with what we can infer are handguns based on the

02:33PM 23    testimony.  I don't recall Masse, I'm going to look that up.

02:33PM 24    Green says that he believes Enix is armed in the all-hands

02:33PM 25    meeting based on the bulge during the hug.

7443

1              USA VS. D. PIRK, A. JENKINS & T ENIX

02:33PM  2              THE COURT:  I'll tell you right now, Green's

02:33PM  3     testimony isn't going to do it.

02:33PM  4              MR. TRIPI:  I'm giving you a list.

02:33PM  5              THE COURT:  He felt something, something that felt

02:33PM  6     like a gun.

02:33PM  7              MR. TRIPI:  He definitely was weaker on the stand

02:33PM  8     than he had been prior.  I concede to you that.

02:33PM  9              MR. CONNORS:  How come you didn't yell at him?

02:33PM 10              MR. TRIPI:  I was less firm with him.  It wasn't

02:33PM 11     my witness.

02:33PM 12              MR. CONNORS:  Good point.

02:33PM 13              MR. TRIPI:  And then Mr. Haley's post

02:33PM 14     contemporaneous with the Tennessee trip consistent with

02:33PM 15     Caruso's testimony, people were armed, and, in fact, Haley was

02:33PM 16     armed.

02:33PM 17              THE COURT:  He doesn't say anything specifically

02:33PM 18     about Tim Enix.

02:33PM 19              MR. TRIPI:  He said people were armed and Enix

02:34PM 20     talked about bringing the guns in.  I think we can infer that

02:34PM 21     Enix has a gun.  And especially when you look on the Facebook

02:34PM 22     post, Haley is talking about Enix and 20 shooters going to

02:34PM 23     Tennessee.  There is no objection to that.  That could be

02:34PM 24     characterized as an adoptive admission.

02:34PM 25              THE COURT:  Say that again.

1            USA VS. D. PIRK, A. JENKINS & T ENIX

02:34PM   2            MR. TRIPI:  An adoptive admission.

02:34PM   3            THE COURT:  What is the adopted admission?

02:34PM   4            MR. TRIPI:  Haley is saying 20 shooters went to

02:34PM   5    Tennessee and Enix is on that list and you don't have anyone

02:34PM   6    say, no, we weren't.  We weren't armed.  We weren't shooters.

02:34PM   7    No.  Everyone is skipping along.  That is they were proud of

02:34PM   8    and that is what he got praised for.  And I don't think we

02:34PM   9    could divorce the possession of his guns from his position in

02:34PM   10   this gang that he joined in 2012.  And so I believe every where

02:34PM   11   he goes, he is a Kingsmen.  Just like a drug dealer in a drug

02:35PM   12   conspiracy, every where they go, they are a drug dealer.  And

02:35PM   13   repeated possessions of that gun would be relevant in a drug

02:35PM   14   conspiracy, I believe they are just as relative and probative

02:35PM   15   here.

02:35PM   16           THE COURT:  Here is the problem I'm having with it

02:35PM   17   though.  The search was done on May 12th, 2016.  At that point

02:35PM   18   Mr. Enix had been in custody two months?

02:35PM   19           MR. TRIPI:  Approximately.

02:35PM   20           THE COURT:  So he has been out of the house for

02:35PM   21   approximately two months.  The fact that the firearms, in

02:35PM   22   particular, are found in or near the proximity of other

02:35PM   23   Kingsmen material, we don't know if Mr. Enix put them there.

02:35PM   24   We don't know if his wife, once he was in custody, put

02:35PM   25   everything there.

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:35PM 2            MR. TRIPI:  She is part of the organization.  She

02:35PM 3    has her letters with the "old lady" vest.  She is a Section 2.

02:35PM 4    We didn't indict.  We didn't indict the whole family.  They

02:36PM 5    have drug tests in their phone.

02:36PM 6            MR. CONNORS:  Oh, Joe.

02:36PM 7            THE COURT:  There has been no --

02:36PM 8            MR. TRIPI:  I'm not introducing Cory's phone with

02:36PM 9    me Linda Enix, but they are aware of it.

02:36PM 10           MR. CONNORS:  I hope you understand that when he

02:36PM 11   goes off like this, we dispute everything he says.  We haven't

02:36PM 12   had a chance to talk.  I don't want you to think acquiescing to

02:36PM 13   the comments.

02:36PM 14           THE COURT:  I know.

02:36PM 15           MR. TRIPI:  Cory Picks didn't have him on the

02:36PM 16   phone.

02:36PM 17           MR. CONNORS:  You know none of the backgrounds.

02:36PM 18           MR. TRIPI:  Yes or no?

02:36PM 19           MR. CONNORS:  I'm not on trial.

02:36PM 20           THE COURT:  I go back to the United States vs.

02:36PM 21   Arlene, I'm not suggesting to you, Mr. Tripi, that you don't

02:36PM 22   have to establish the firearm, I'm not suggesting to you that

02:36PM 23   you need to establish the firearm at issue.  No question about

02:36PM 24   it.  The Patino case, and I'll give you the cite so it's clear,

02:37PM 25   962 F. 2d 263, Second Circuit from 1992, makes it clear that

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:37PM  2      the type of firearm alleged in the indictment or the type of

02:37PM  3      firearm is not an essential element of a 924(c) count.  I go

02:37PM  4      back though to United States vs. Arlene 835 F. 3d 277, Second

02:37PM  5      Circuit case from 2016, where there were objections to the

02:37PM  6      reliance to guns, block guns in support of a 924(c) conviction.

02:37PM  7      And the government sought to link the firearms to the

02:37PM  8      respective counts.  But, in that case, the firearms were found

02:38PM  9      on the lander street in Newburg.  They were so-called block

02:38PM  10     guns to be used when needed and the defendant was seen on

02:38PM  11     Lander Street in possession of one of the block guns.

02:38PM  12             I also, I've done a lot of research on this.  The

02:38PM  13     only other cites I'll put on the record that I was able to come

02:38PM  14     up with were a couple of state court citations.  But they are

02:38PM  15     at least helpful in some regard.  One is People vs. Early, 191

02:38PM  16     AD 2nd 807 Third Department from 1993 where the defendant

02:38PM  17     objected to a club being introduced for an assault and robbery,

02:38PM  18     but the Court found that there was sufficient evidence

02:38PM  19     connecting the club with the defendant because there was

02:39PM  20     testimony that it looked like the club used during the assault.

02:39PM  21     Another similar state court case, People vs. Ferrara 105 AD 2nd

02:39PM  22     497 Third Department from 1984 that reached a similar

02:39PM  23     conclusion.

02:39PM  24             Look it, I'm not suggesting there is no probative

02:39PM  25     value at all.  There is.  But I got to weigh it against the

1              USA VS. D. PIRK, A. JENKINS & T ENIX

02:39PM   2    danger of unfair prejudice with respect to the suggestion that

02:39PM   3    is going to be made that Mr. Enix actually used these firearms,

02:39PM   4    including firearms that maybe at one point in time were

02:39PM   5    contained in an empty box in support of this criminal activity.

02:39PM   6    And you look like --

02:39PM   7              MR. TRIPI:  I wanted to wait.

02:39PM   8              THE COURT:  And I just don't see that you have

02:39PM   9    established enough of a probative value.  Because basically

02:40PM  10    what you're relying on at this point, and I have to go back and

02:40PM  11    look at the Caruso testimony, I guess I don't -- I don't off

02:40PM  12    the top of my head recall what he said.  What I know you don't

02:40PM  13    have in the record is you don't have anyone who has testified

02:40PM  14    that Mr. Enix had this particular firearm and then shown a

02:40PM  15    picture and said, yes, that looks like the firearm that I saw

02:40PM  16    him have.  You do have that with Mr. Pirk, but you don't have

02:40PM  17    that with Mr. Enix.  So the fact that they are found in close

02:40PM  18    proximity to the Kingsmen Motorcycle Club documentation isn't

02:40PM  19    enough because Mr. Enix wasn't living in this home at the time

02:40PM  20    of the search.

02:40PM  21              MR. TRIPI:  I have to disagree on one point, which

02:40PM  22    is it when Caruso says they both had Glocks.

02:40PM  23              THE COURT:  I have to look at that again.

02:40PM  24              MR. TRIPI:  On that point.  And then your Honor --

02:40PM  25              THE COURT:  Is the defense disputing that Mr. Enix

7448

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:40PM  2    owned a Glock?  I mean, in other words, I mean, I guess, I'm

02:41PM  3    going to have to look.  Let me ask the question another way.

02:41PM  4    Is the defense disputing that Mr. Caruso testified that Mr.

02:41PM  5    Enix was in possession of a Glock, what was it, in the New York

02:41PM  6    or Tennessee?

02:41PM  7                    MR. TRIPI:  I think he put him at one point in

02:41PM  8    Florida, excuse me, in New York, and then at the clubhouse in

02:41PM  9    Florida.

02:41PM 10                    MR. GRABLE:  Judge, I would like to look at that

02:41PM 11    again and speak to Mr. Enix as well overnight.

02:41PM 12                    MR. TRIPI:  I believe the Glock testimony was in

02:41PM 13    connection with New York.  And just armed, like, generic

02:41PM 14    handgun, in Florida.  That is it my recollection.

02:41PM 15                    THE COURT:  And if that is the case, maybe I will

02:41PM 16    get the Glock in.  I guess I want to look and see what Mr.

02:41PM 17    Caruso' testimony is.

02:41PM 18                    MR. TRIPI:  One other point and we can move on as

02:41PM 19    far as I'm concerned.  The Court said "use."  He is not charged

02:42PM 20    with use.

02:42PM 21                    THE COURT:  He is charged as an aider and abetter

02:42PM 22    and possession; it's a misstatement on my part.

02:42PM 23                    MR. TRIPI:  I just because it has connotation.

02:42PM 24                    THE COURT:  I get that.  The burner phones, they

02:42PM 25    will come in over the defense objection.  But you can't refer

7449

1                USA VS. D. PIRK, A. JENKINS & T ENIX

02:42PM  2    to them as so-called burner phones.  You can refer to them by

02:42PM  3    the characteristics.  That they had initials for contact

02:42PM  4    information and 716 area codes, where they were found.  But we

02:42PM  5    don't know if they were associated to a monthly plan.

02:42PM  6                MR. TRIPI:  Burner phones are for argument for me

02:42PM  7    later, not for a witnesses to state.

02:42PM  8                THE COURT:  So it's clear why I'm letting those

02:42PM  9    in, I think the fact they are found in or around the

02:42PM  10   Kingsmen-related material is relevant and more particularly the

02:42PM  11   fact that they were in use on or around September of 2014 and

02:42PM  12   then at least one of them has four different numbers with a 716

02:43PM  13   area code with just initials on the contact information on the

02:43PM  14   whole makes them more probative than unfairly prejudicial and

02:43PM  15   I'll let them in.

02:43PM  16               MR. TRIPI:  The tire thumper.

02:43PM  17               THE COURT:  The what?  The tire thumper.

02:43PM  18               MR. TRIPI:  And the leather flap Jack.

02:43PM  19               THE COURT:  And where was the tire thumper found?

02:43PM  20               MR. TRIPI:  In the closet.  I don't know if it was

02:43PM  21   the box or the crate or one of the other closed containers.

02:43PM  22   All of it was in the closet.

02:43PM  23               THE COURT:  The testimony these tire thumpers were

02:43PM  24   in other clubhouse?

02:43PM  25               MR. TRIPI:  We laid.

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:43PM   2              THE COURT:  They were found in other clubhouses?

02:43PM   3              MR. TRIPI:  Yes.

02:43PM   4              THE COURT:  I'll let the tire thumper in.

02:43PM   5              MR. CONNORS:  Can we be heard?

02:43PM   6              THE COURT:  Mr. Grable spent a whole bunch of

02:43PM   7    times.  I didn't know I needed to hear from both of you.  I

02:43PM   8    thought when Mr. Grable was addressing, he was addressing all

02:43PM   9    of this.

02:43PM  10              MR. CONNORS:  Not on the tire thumper.

02:44PM  11              THE COURT:  He talked about the tire thumper.  Go

02:44PM  12    ahead.  I didn't understand that you wanted.

02:44PM  13              MR. CONNORS:  The point is --

02:44PM  14              THE COURT:  You never hesitated to pipe up when

02:44PM  15    you want to be heard.

02:44PM  16              MR. CONNORS:  I don't.  The point I want to make

02:44PM  17    with respect to the evidence is what is otherwise not unlawful,

02:44PM  18    there needs to be some type of a connection to make it relevant

02:44PM  19    under 401 and to draw some logical inference.  So if you have,

02:44PM  20    we'll call the tire thumper, there is nothing in the record to

02:44PM  21    discuss, there aren't a myriad uses for that and it's found in

02:44PM  22    someone's closet and there is no way to see it's per se

02:44PM  23    contraband.  And I think, under the circumstances, that and the

02:44PM  24    phones need to have some type of a logical inference that can

02:44PM  25    be drawn from a determined piece of evidence that is tied up

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:44PM  2    with this particular case.  I think those items shouldn't be

02:44PM  3    admissible in the absence of that link.  If there is received a

02:45PM  4    link and somebody says that is the one that Maue used or

02:45PM  5    someone says that somebody can tie it in 401, that is okay.

02:45PM  6    Under these circumstances, it's too attenuated.  It doesn't

02:45PM  7    really connect to make a fact or more or less probable without

02:45PM  8    the evidence, so that is the ultimate test.  Respectfully, I

02:45PM  9    ask you to consider that.

02:45PM  10                   THE COURT:  Anything else?

02:45PM  11                   MR. CONNORS:  No.

02:45PM  12                   THE COURT:  Mr. Grable, anything else?

02:45PM  13                   MR. GRABLE:  No, thank you.

02:45PM  14                   THE COURT:  The tire thumper is coming in because

02:45PM  15   as far as I'm concerned there has been enough evidence produced

02:45PM  16   at trial that the tire thumpers were used by Kingsmen and there

02:45PM  17   is evidence that Mr. Maue was using it at the South Buffalo

02:45PM  18   confrontation, and evidence that tire thumpers were found

02:45PM  19   during the searches of the various clubhouses.  And the tire

02:45PM  20   thumper was found in the closet at or around what was arguably

02:45PM  21   Mr. Enix's material because it reflected various Kingsmen

02:46PM  22   Motorcycle Club documentation.  And when I compare that against

02:46PM  23   any unfair prejudice, I don't view the tire thumper as

02:46PM  24   particularly prejudicial.  It's certainly not unfairly

02:46PM  25   prejudicial.  It's very different than a firearm, very

USA VS. D. PIRK, A. JENKINS & T ENIX

different than a firearm and very different than hollow point bullets and very different than the other firearms.  At least there was evidence of in and around the material.  So the tire thumper is coming in.

The phones, I think, are actually even more probative than the tire thumper because of the fact that, in particular, the one phone has four numbers in the contact information, and they are all 716 area codes.  Mr. Grable and Mr. Connors, you've been the first ones to try and establish that Florida is on a different side of the world than New York. And the fact that Mr. Enix has phones in his closet around the Kingsmen material with four different initials 716 area codes make them, as far as I'm concerned, very probative.  Especially because there was evidence they were used at or about the time of the murders in this case.

MR. GRABLE:  Just to inquire as to the numbers found on those phones, I don't know what data the government pulled.

MR. TRIPI:  Just the 302, Jim.

MR. GRABLE:  Do we know to whom they are attached?

THE COURT:  Do we know who they are attached to?

MR. TRIPI:  No, I don't know.  I don't know who they are attached to.

THE COURT:  So, you know, it goes to the weight

7453

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:47PM  2      and not the admissibility.

02:47PM  3                    MR. GRABLE:  And I take it from that the

02:47PM  4      government never ran the number the to find out who the

02:47PM  5      subscribers were and never ascertained the identity of the

02:48PM  6      subscribers.

02:48PM  7                    MR. TRIPI:  You have whatever records we were able

02:48PM  8      to pull.

02:48PM  9                    THE COURT:  You must have the subscribers.

02:48PM 10                    MR. TRIPI:  There is not a lot of retention time

02:48PM 11      with some of the companies.  As I stand here right now, I don't

02:48PM 12      think Cricket.

02:48PM 13                    THE COURT:  The four phone numbers.

02:48PM 14                    MR. TRIPI:  I have to double check that.  I'm sure

02:48PM 15      it was done, but I don't have an answer for you at this second.

02:48PM 16                    THE COURT:  If it was done, you disclosed the

02:48PM 17      information.

02:48PM 18                    MR. TRIPI:  They have every phone record we have.

02:48PM 19                    THE COURT:  In any event, I'm letting it in.

02:48PM 20                    MR. CONNORS:  Have you considered whether an

02:48PM 21      instruction to the jury might be appropriate that would deal

02:48PM 22      with the fact that some of these items are not per se crimes,

02:48PM 23      some of them.

02:48PM 24                    THE COURT:  If you want an instruction, you're

02:48PM 25      certainly free to propose that.  In other words, I don't think

7454

|  |  |  |
|---|---|---|
| | 1 | USA VS. D. PIRK, A. JENKINS & T ENIX |
| 02:48PM | 2 | anyone is suggesting a tire thumper is illegal.  You use it to |
| 02:49PM | 3 | check tires, right?  That is the name of it? |
| 02:49PM | 4 | MR. CONNORS:  I agree. |
| 02:49PM | 5 | MR. TRIPI:  The use is that.  I'll make arguments |
| 02:49PM | 6 | the Kingsmen had other uses for that and evidence of the |
| 02:49PM | 7 | agreement is demonstrated by Enix has it, Paul Maue has it, all |
| 02:49PM | 8 | clubhouses have it. |
| 02:49PM | 9 | THE COURT:  It's a linkage between Mr. Enix and |
| 02:49PM | 10 | the tools of the trade between the Kingsmen and -- |
| 02:49PM | 11 | MR. TRIPI:  Which is exactly what *Old Chief* tells |
| 02:49PM | 12 | us, the Supreme Court. |
| 02:49PM | 13 | THE COURT:  Does it? |
| 02:49PM | 14 | MR. TRIPI:  Yes.  Doesn't have to go to the |
| 02:49PM | 15 | ultimate fact. |
| 02:49PM | 16 | THE COURT:  The tire thumper, and it's a bat.  I |
| 02:49PM | 17 | mean, I don't see that -- - I don't think the jury will be |
| 02:49PM | 18 | confused that a tire thumper, it looks like a bat and it's not |
| 02:49PM | 19 | illegal on -- if you have concerns. |
| 02:49PM | 20 | MR. CONNORS:  And of the phones as well. |
| 02:49PM | 21 | THE COURT:  I'm not letting them elicit testimony |
| 02:50PM | 22 | they are burner phones. |
| 02:50PM | 23 | MR. CONNORS:  I heard that. |
| 02:50PM | 24 | THE COURT:  They're cell phones.  I don't think |
| 02:50PM | 25 | anyone is going to suggest that a cell phone is illegal. |

1          USA VS. D. PIRK, A. JENKINS & T ENIX

02:50PM   2          MR. TRIPI:  Again, it's a tool.  We've had

02:50PM   3  testimony introduced in this case that these are the kinds of

02:50PM   4  tools that alleged members of the conspiracy used to further

02:50PM   5  the conspiracy.

02:50PM   6          THE COURT:  The firearms and ammunition, at this

02:50PM   7  point, I'm not going to let it in.

02:50PM   8          MR. TRIPI:  The hollow point?

02:50PM   9          THE COURT:  The hollow point and this.  There

02:50PM  10  hasn't been objection no testimony about a flap jack up to this

02:50PM  11  point, correct?

02:50PM  12          MR. TRIPI:  No.

02:50PM  13          THE COURT:  At this point, I'm not going to let it

02:50PM  14  in.

02:50PM  15          MR. TRIPI:  My inclination, if the Court is

02:50PM  16  amenable to, in the interest of moving things along, Chris

02:50PM  17  DePasquale does the search.  I would put in the things I'm

02:51PM  18  allowed to put in and perhaps recall him at a later date after

02:51PM  19  I call some more Kingsmen members if I'm able to make more

02:51PM  20  links with the ammunition and guns and other types of items,

02:51PM  21  the flap jack, to recall him for rest of the items seized.

02:51PM  22          THE COURT:  I'll allow that if, in fact, you get

02:51PM  23  to the point and having established a link between the other

02:51PM  24  items and Mr. Enix.

02:51PM  25          MR. TRIPI:  I understand.

7456

1              USA VS. D. PIRK, A. JENKINS & T ENIX

02:51PM  2              THE COURT:  Okay.  Anything else, Mr. Tripi, we

02:51PM  3     need to deal with before break for today?

02:51PM  4              MR. TRIPI:  No.  There is some scheduling I need

02:51PM  5     to work on when I get out of here and I'll --

02:52PM  6              THE COURT:  So we got Matt Allen first thing

02:52PM  7     tomorrow morning.

02:52PM  8              MR. TRIPI:  He'll be ready to go first thing in

02:52PM  9     the morning.  He is the cell towers, as you recall.  And I

02:52PM 10     expect maybe an hour on direct with him.  I don't know what the

02:52PM 11     cross will be.

02:52PM 12              MR. DEAL:  I didn't know what -- I haven't crossed

02:52PM 13     with more than fifteen minutes.

02:52PM 14              MR. TRIPI:  You've been great.

02:52PM 15              THE COURT:  You have the most improved award.

02:52PM 16              MR. DEAL:  I'm due.  I'll take the most improved

02:52PM 17     award.

02:52PM 18              THE COURT:  I haven't awarded it yet.

02:52PM 19              MR. TRIPI:  My thought, it's a half day tomorrow.

02:52PM 20              THE COURT:  Until 1:30 p.m.

02:52PM 21              MR. TRIPI:  So my thought, Matt Allen and

02:53PM 22     DePasquale for what we're permitted to get in Donnelly for

02:53PM 23     later search warrant, which would be some more devices and

02:53PM 24     short testimony.  And Mango, which I wasn't -- sorry about

02:53PM 25     that.  I wasn't ready to go because his next batch sort of

1                    USA VS. D. PIRK, A. JENKINS & T ENIX

02:53PM 2    relates to things I need to get in evidence before him.

02:53PM 3                    MR. CONNORS:  Think he'll get that far?

02:53PM 4                    MR. TRIPI:  No.  I'll have that ready to go

02:53PM 5    Friday.  I have a problem.  Every defense lawyer, it's a full

02:53PM 6    day, every defense lawyer that I have a cooperator is like

02:53PM 7    engaged.  I anticipated Rob Osborne for Friday.

02:53PM 8                    THE COURT:  The FPD CLE is not a reason.

02:53PM 9                    MR. TRIPI:  Andrew Brodigan has a trial scheduled

02:53PM 10   for three months.  He couldn't Friday.  He can Monday.  Mark

02:53PM 11   has Mike Long.  He started a trial Monday.  It's going two

02:54PM 12   weeks, so running out of options.  And I need to find what

02:54PM 13   lawyer is not engaged in a trial to get ready for Friday.

02:54PM 14                    THE COURT:  Are you going to have a full day of

02:54PM 15   testimony?

02:54PM 16                    MR. TRIPI:  I'm going to hitting the phones as

02:54PM 17   heavily as I can.

02:54PM 18                    THE COURT:  I know, say whatever you want in terms

02:54PM 19   of directives from me.  I do not want to be down for a full day

02:54PM 20   or even I don't want to waste the full day.

02:54PM 21                    MR. TRIPI:  I agree.  We'll fill the day.  It's a

02:54PM 22   matter of me figuring out who I can get here and I'll drop your

02:54PM 23   name if necessary.

02:54PM 24                    THE COURT:  You definitely can, because it's a

02:54PM 25   full day.  If the defense counsel going to be assisting on

7458

1                      USA VS. D. PIRK, A. JENKINS & T ENIX

02:54PM  2    coming in here and sitting in a courtroom and watching the

02:54PM  3    client.  Definitely they can't say anything or do anything, but

02:54PM  4    if they are going to assist on that, federal court takes

02:55PM  5    precedence over any state court proceeding.

02:55PM  6                      MR. TRIPI:  My options might be speaking to Ms.

02:55PM  7    Huffman about Mr. Koszuta.  I don't believe she is in trial.  I

02:55PM  8    know she was going to visit him one last time for next end of

02:55PM  9    the week so that was the only -- she hadn't got her last visit

02:55PM 10    in with him and that she scheduled.

02:55PM 11                      THE COURT:  Where is he?  Is he housed locally?

02:55PM 12                      MR. TRIPI:  I think he is in Niagara, so that is

02:55PM 13    probably where I'm looking at in terms of some of the

02:55PM 14    accommodating.

02:55PM 15                      THE COURT:  Okay.

02:55PM 16                      MR. TRIPI:  I'll work on it and let you know.

02:55PM 17                      THE COURT:  Okay.  And we have our exhibit meeting

02:55PM 18    at 1:30 p.m. tomorrow.

02:55PM 19                      MR. TRIPI:  Yes.

02:55PM 20                      THE COURT:  All right.  Anything else, Mr. Tripi?

02:55PM 21                      MR. TRIPI:  No, your Honor.

02:55PM 22                      THE COURT:  Mr. Easton?

02:55PM 23                      MR. EASTON:  No, your Honor.

02:55PM 24                      THE COURT:  Mr. Covert?

02:55PM 25                      MR. COVERT:  No, your Honor.

7459

1              USA VS. D. PIRK, A. JENKINS & T ENIX

02:55PM   2              THE COURT:  Mr. Connors?

02:55PM   3              MR. CONNORS:  No, your Honor.

02:55PM   4              THE COURT:  Plan to be here by twenty of so that

02:56PM   5      hopefully we can get started.

6                          *    *    *

7                     CERTIFICATE OF REPORTER

8

9          I certify that the foregoing is a correct transcript of the

10      record of proceedings in the above-entitled matter.

11

12      S/ Karen J. Clark,  RPR

13

14      Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25